UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

April 16, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   Tate & Lyle North American Sugars v.
M/V Leon 1, etc., et al.
Civil #L-00-2348

In the Matter of the Complaint
of Eternity Shipping, Ltd., et al.
Civil #L-01-250

Josefina Gonzales, etc., v.
Tate & Lyle North American Sugars, et al.
Civil #L-01-327

Dear Counsel:

Three cases appear to be related: L-0-2348, L-01-250 and L-01-327. Counsel shall confer and submit by April 25, 2001 a joint status report stating:

(i)   whether the cases should be consolidated for discovery and trial;

(ii)  the status of discovery.

(iii) why the Clerk's Office was not notified that L-01-327 was a related case when it was filed, and

(iv)  a proposed schedule leading to the filing of dispositive motions.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file