

**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410-347-7354

Offices In
Maryland
Washington, D.C.
Virginia

April 17, 2001

**VIA HAND-DELIVERY**

The Honorable Benson E. Legg
United States District Court
 for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

      Re:    Tate & Lyle North American Sugars, Inc.
              v. M/V LEON I, etc., et al.
              Civil #: L-00-2348

              In the Matter of the Complaint of
              Eternity Shipping Ltd., et al.
              Civil #: L-01-250

              Josefina Gonzales, etc., v. Tate & Lyle
              North American Sugars, et al.
              Civil #: L-01-327

Dear Judge Legg:

      This will respond to your Honor's Memorandum to Counsel dated April 16, 2001, which we received by fax today. For ease of reference, we attach hereto a copy of our prior hand-delivered letter of February 8, 2001 to your Honor. Although your Honor's Memorandum to Counsel had requested a joint status report, we believe that the circumstances are such that this prompt response is appropriate.

*[Handwritten note:]* Thank you for the status report. I will await the further status report of 5/7/01. B. Legg US DJ 4/19/01