UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 11  P 2:08

CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 5, 2001

MEMORANDUM TO COUNSEL RE:   In the Matter of the Complaint of
Eternity Shipping Ltd., et al., etc.
Civil #L-01-250

Dear Counsel:

I thank Mr. Whitman for his letter of December 4, 2001. The request for an extension of the initial factual discovery deadline is hereby granted to December 27, 2001. The telephone conference call of December 20, 2001, is rescheduled to January 8, 2002, at 5 p.m.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

B. Legg

Benson Everett Legg

c:    Court File