UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

January 22, 2002

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   In the Matter of Eternity Shipping, Ltd.
et al., etc.
Civil #L-01-250

Dear Counsel:

A telephone conference will be held on January 25, 2002, at 3:30 p.m. for the purpose of scheduling. One of counsel is asked to initiate this conference call.

The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file