# OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410-347-7354

Offices In
Maryland
Washington, D.C.
Virginia

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 28  A 9:38

AT BALTIMORE
_____ DEPUTY

*Need tel. conf*
*Done*

January 9, 2002

**VIA HAND-DELIVERY**

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

    Re:    In the Matter of the Complaint of
              Eternity Shipping Ltd., et al.
              for Exoneration from or Limitation of Liability
              Civil Action #: L-01-CV-0250

Dear Judge Legg:

       This letter will report on the teleconference among all counsel which took place yesterday evening at the appointed time, while your Honor was unavoidably detained in Court.

       Counsel had the opportunity to discuss in some detail the extent of the discovery that appears likely to be necessary in this case, and it was agreed that the schedule originally proposed in my letter of January 2, 2002 appears to be overly optimistic, particularly given the need to accommodate the schedules of at least five different sets of lawyers and the likelihood of overseas travel.

       All counsel have now agreed to request that the Court enter a supplemental Scheduling Order containing the following deadlines, which we discussed and agreed to yesterday evening:

          1.    Moving for joinder of additional parties and amendment of pleadings – April 8, 2002

APPROVED THIS 25TH DAY OF January, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.



The Honorable Benson E. Legg
January 9, 2002
Page 2

      2.    Completion of factual discovery, exchange of initial expert disclosures (all parties) and submission of status report – October 8, 2002

      3.    Exchange of rebuttal/responsive expert disclosures (all parties) – November 8, 2002

      4.    Filing of dispositive motions – December 8, 2002

      5.    Completion of expert discovery – February 8, 2003

We appreciate your Honor's attention and consideration in the handling of this rather complex matter. If your Honor has any concerns about the proposed schedule or otherwise desires to reconvene yesterday's telephone conference, I will be happy to set up another conference call.

                              Respectfully yours,

                                M. Hamilton Whitman, Jr.

MHWjr/pkp

cc:    (via facsimile and first class mail)
       Jeffrey J. Asperger, Esquire
       James D. Skeen, Esquire
       W. Charles Bailey, Jr., Esquire
       R. Blake Brunkenhoefer, Esquire
       Francis J. Gorman, Esquire
       Bernard J. Sevel, Esquire
       Eric M. Veit, Esquire