$50 FEE PAID
#118-3964
FEE NOT PAID
(ORDER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * |

Civil Action No. L-01-CV-0250

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __James D. Skeen__ Esquire a member of the Bar of this court, moves the admission of __Jeffrey J. Asperger__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Tate & Lyle North American Sugars, Inc.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Illinois__

and/or the following United States Court(s): __USDC N.D. IL, USDC N.D. Ind., USDC, S.D. Fla., USDC, S.C.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6//98

ORIGINAL

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or ____James D. Skeen____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| Signature / James D. Skeen | Signature / Jeffrey J. Asperger |
| Wright, Constable & Skeen, L.L.P. | Asperger Caraher, L.L.C. |
| Address 100 North Charles Street, 16th Fl Baltimore, MD 21201 | Address Three Illinois Center 303 East Wacker Drive Chicago, IL 60601 |
| (410) 659-1306 | (312) 856-9901 |
| Office phone number | Office phone number |
| (410) 659-1350 | (312) 856-9905 |
| Fax number | Fax number |
| Md. U.S. District Court Number 00010 | |

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___

MAR 1 1 2002

AT BAL[...]
CLERK U.S. DISTRICT C[...]
BY _____ DEPUTY

**ORDER**

Motion __X__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

Dated 3/11/02

_____
Judge, U. S. District Court