

Wright, Constable & Skeen, L.L.P.  |  Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

April 29, 2002

WRITER'S DIRECT DIAL/E-MAIL:
(410) 659-1306/Jskeen@wcsllp.com

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris
W. Jay Lee

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax 410-825-0715

www.wcslaw.com

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

RE: In the Matter of the Complaint of
Eternity Shipping Ltd., et al.
For Exoneration from or Limitation of Liability
Civil Action #: L-01-CV-0250

Dear Judge Legg:

 On April 8, 2002, claimant Tate & Lyle filed a motion for leave to file third party complaint against the American Bureau of Shipping. As I stated in the motion, none of the parties object to the filing of the third party complaint so that there would be no opposition to our motion.

We would respectfully request that the Court grant this motion so that we can serve the third party defendant and not cause any unnecessary delay in the scheduling of depositions in this case.

Thank you for your consideration in this regard.

Very truly yours,

James D. Skeen

JDS/kf
Enclosure

cc: M. Hamilton Whitman, Jr., Esquire (via facsimile)((410) 547-0699)
Bernard J. Sevel, Esquire (via facsimile) ((410) 332-1825
Francis J. Gorman, Esquire (via facsimile) ((410) 528-0602)
R. Blake Brunkenhoefer, Esquire (via facsimile) ((361) 888-5855)
W. Charles Bailey, Jr., Esquire (via facsimile) ((410) 783-1368)
Jeffrey J. Asperger, Esquire (via facsimile) ((312) 856-9905)

⊗ MOTION GRANTED, May 5, 2002
B. Legg
USDJ

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia