**ORIGINAL**

**UNITED STATES DISTRICT COURT**      **FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT § | |
| OF ETERNITY SHIPPING, LTD. AND § | **CIVIL ACTION NO. L-01-250** |
| EUROCARRIERS, S.A., *in a cause for* § | **Admiralty / Fed. R. Civ. P. 9(h)** |
| *exoneration from or limitation of liability* § | |

## ORDER OF THE COURT

Upon consideration of Claimant-JOSEFINA GONZALES' "Motion for Leave to File Third-Party Complaint and First Amended Claim for Damages," seeing there to be no opposition to the motion, and for good cause shown thereby, it is this *13TH* day of *MAY*, 2002,

ORDERED, that the clerk of this court shall accept for filing Claimant/Third- Party Plaintiff-JOSEFINA GONZALES' Third-Party Complaint and attendant First Amended Claim for Damages, which shall be and are hereby deemed to have been filed as of the date of this order. The clerk shall transmit a copy of this order to all counsel of record.

_____
UNITED STATES DISTRICT JUDGE