**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE COMPLAINT
OF ETERNITY SHIPPING, LTD. AND
EUROCARRIERS, S.A. FOR EXONERATION        *
FROM OR LIMITATION OF LIABILITY

             Plaintiff(s)        *

                 Case No.: L-01-CV-250

vs.        *

_____        *

             Defendant(s)
                 ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __James W. Bartlett, III__, am a member in good standing of the bar of this Court. My bar number is __00017__. I am moving the admission of __Robert G. Clyne__ to appear *pro hac vice* in this case as counsel for __American Bureau of Shipping__.

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| New York | 1989 |
| New Jersey | 1989 |
| D.N.J. | 1989 |
| SDNY | 1989 |
| EDNY | 1989 |
| 7th Circuit | 1991 |
| 3d Circuit | 1999 |

2.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

*FEE PAID # 1155959*
*FEE NOT PAID (LETTER)*

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2002 JUN 21 P 12: 20 CLERK'S OFFICE AT BALTIMORE DEPUTY

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ James W. Bartlett | /s/ Robert G. Clyne |
| Signature | Signature                    Prid 288141 |
| James W. Bartlett, III | Robert G. Clyne          Plid 8210 |
| Printed Name | Printed Name |
| Semmes, Bowen & Semmes, P.C. | Hill Rivkins & Hayden LLP |
| Firm | Firm |
| 250 West Pratt Street Baltimore, Maryland 21201-2423 | 45 Broadway, Suite 1500 New York, New York 10006-3739 |
| Address | Address |
| (410) 539-5040 | (212) 669-0600 |
| Telephone Number | Telephone Number |
| (410) 539-5223 | (212) 669-0698 |
| Fax Number | Fax Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

☑ GRANTED           ☐ DENIED

6/20/02                        /s/ B. Legg

Date                           United States District Judge