

Wright, Constable & Skeen, L.L.P. | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

December 30, 2002

**WRITER'S DIRECT DIAL/E-MAIL:**
(410) 659-1306/Jskeen@wcsllp.com

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax    410-825-0715

www.wcslaw.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -2  P 3: 13

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

The Honorable Benson E. Legg
United States District Court Judge
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

RE:   In the Matter of the Complaint of
      Eternity Shipping Ltd., et al.
      For Exoneration from or Limitation of Liability
      Civil Action #: L-01-CV-0250

Dear Judge Legg:

On behalf of all the parties in this action, I am requesting that the current scheduling order as set forth by the Court's September 26, 2002 approval of the schedule set forth in my letter of September 24, 2002, be amended.

The current factual discovery cut off is April 30, 2003, however due to the number of counsel and witnesses in Greece, the depositions to be taken in Greece could only be scheduled for the last two weeks in May 2003. Counsel also believe that an additional 30 days to June 30, 2003 would be necessary for possible depositions that could not be completed earlier or depositions of persons first identified during the Greek depositions.

The parties proposed revised schedule is as follows:

1.   Completion of factual discovery, exchange of initial expert disclosures (all parties) and submission of status report – June 30, 2003.

2.   Exchange of rebuttal/response of expert disclosures (all parties) – July 30, 2003.

3.   Filing of dispositive motions, August 29, 2003.

4.   Completion of expert discovery – October 31, 2003.

APPROVED THIS 2nd DAY OF January, 2003

BENSON EVERETT LEGG, U.S.D.J.

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
December 30, 2002
Page 2

      Again, all counsel are in agreement with this proposed schedule and have pledged to cooperate and work together to complete factual discovery within the period of time proposed. We would respectfully request your approval.

                                Very truly yours,

                                James D. Skeen

JDS/kf

cc:    M. Hamilton Whitman, Jr., Esquire (via facsimile)((410) 547-0699)
       Bernard J. Sevel, Esquire (via facsimile) ((410) 332-1825
       Francis J. Gorman, Esquire (via facsimile) ((410) 528-0602)
       R. Blake Brunkenhoefer, Esquire (via facsimile) ((361) 888-5855)
       W. Charles Bailey, Jr., Esquire (via facsimile) ((410) 783-1368)
       James W. Bartlett, III, Esquire (via facsimile) ((410) 539-5223)
       Robert G. Clyne, Esquire (via facsimile) ((212) 669-0699)
       James A. Saville, Esquire (via facsimile) ((212) 669-0699)
       Jeffrey J. Asperger, Esquire (via facsimile) ((312) 856-9905)

127904 v. (09362.00001)