IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN THE MATTER OF <br> THE COMPLAINT OF <br> ETERNITY SHIPPING, LTD. AND <br> EUROCARRIERS, S.A <br> FOR EXONERATION FROM OR <br> LIMITATION OF LIABILITY | * <br> <br> *   Civil Action No.: L-01-CV-0250 <br> <br> * |

* * * * * * * * * * * * *

## PRAECIPE

Eurocarriers, S.A. and Eternity Shipping, Ltd., Limitation Plaintiffs herein, hereby give notice in accordance with Federal Rule of Civil Procedure 44.1 of their intention to raise issues concerning foreign law in connection with the claim asserted by Josefina Gonzales arising out of the death of Juan Gonzales. Limitation Plaintiffs intend to raise issues concerning the law of the Republic of the Philippines (the nationality of Mr. Gonzales, and the law applicable to his employment and Employment Contract), the Republic of Malta (the flag state of the M/V LEON I, and the nationality of Eternity Shipping Ltd.), and the Hellenic Republic (or Greece, the nationality of ship Managers Eurocarriers, S.A.).

M. Hamilton Whitman, Jr.
Eric M. Veit
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120

Attorneys for Limitation Plaintiffs
Eurocarriers, S.A. and Eternity Shipping, Ltd.