# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

James W. Bartlett, III
Direct Dial: (410) 576-4833
Email: jbartlett@mail.semmes.com

OFFICES IN
HAGERSTOWN, MARYLAND
McLEAN, VIRGINIA
SALISBURY, MARYLAND
WASHINGTON, D.C.

June 25, 2003

The Honorable Benson E. Legg
Chief Judge
United States District Court
   for the District of Maryland
Third Floor, Room 340
101 West Lombard Street
Baltimore, Maryland 21201

      RE:   In the Matter of the Complaint of Eternity Shipping Ltd., *et al.*
              For Exoneration from or Limitation of Liability
              Civil Action No. L-01-CV-0250

Dear Judge Legg:

      On behalf of all of the parties to this action, we write to respectfully request a short extension of the discovery/scheduling order in this matter.

      As Your Honor is aware, this matter involves claims arising from the collapse of a crane aboard the M/V LEON I while that vessel was in the process of discharging cargo at the Domino Sugar wharf on July 29, 2000. A limitation of liability proceeding is pending before Your Honor as well as several other actions.

      Factual discovery is currently scheduled to be completed by June 30, 2003. Towards this end, numerous fact witnesses have been deposed from Tate & Lyle/North American Sugars, Inc. – the sugar facility at which the damage occurred. In addition, limitation plaintiffs have produced for depositions in Greece a number of fact witnesses who were involved in the management/operation of the M/V LEON I and/or the crane installation on that vessel.

      This week Tate & Lyle/Domino is producing its chartering manager, Mr. Edward O'Rourke, and ABS is producing its former surveyor who attended the conversion/installation of cranes aboard the M/V LEON I in November/December 2001.

{B0353100:1}

# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

The Honorable Benson E. Legg
June 25, 2003
Page 2


    Due to the unavailability of overseas witnesses and scheduling conflicts among counsel, it has been exceedingly difficult to complete the depositions despite the progress to date. On this score there are several crew members who are no longer employed by limitation plaintiffs and who live abroad that need to be deposed. Also, there are additional witnesses on the subject of damages from Tate & Lyle/Domino that need to be deposed.

    For these reasons, and especially considering the difficulty in scheduling the depositions of foreign witnesses over whom none of the parties have control (but believe can be scheduled in the near future), the parties respectfully request the following extension of the discovery deadlines:

1. Completion of Factual Discovery by October 31, 2003.

2. Claimants'/Third-Party Plaintiffs' Expert Reports due by November 30, 2003.

3. Limitation Plaintiffs'/Third-Party Defendants' Expert Reports due December 31, 2003.

4. Completion of Expert Discovery by February 29, 2004.

5. Filing of Dispositive Motions by March 31, 2004.

    All counsel are in agreement with the foregoing proposed schedule, and we request Your Honor's approval of this schedule.

Very truly yours,


/S/

James W. Bartlett, III


/scd

{B0353100:1}