IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING LTD., ET AL. FOR EXONERATION FROM OR LIMITATION OF LIABILITY | : : : : : : : | CIVIL NO. L-01-250 |

## ORDER

The Court has received the parties' request for an extension of the discovery/scheduling order in this matter. At 10:00 a.m. on August 5, 2003, the Court will hold a telephone conference to discuss scheduling. One of counsel is asked to initiate the call. The call may be recorded electronically; please, therefore, do not use a speaker phone.

I have arbitrarily chosen the date and time for the conference call. Counsel should jointly contact chambers if they need to reschedule the call.

It is so ORDERED this 29th day of July, 2003.

_____/s/_____
Benson Everett Legg
Chief United States District Judge