

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120/ Fax 410-547-0699
www.ober.com

Eric M. Veit
emveit@ober.com
410-347-7312

**Offices In**
Maryland
Washington, D.C.
Virginia

August 1, 2003

**VIA ELECTRONIC FILING**

The Honorable Benson E. Legg
Chief Judge
United States District Court
 for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

    Re:    In the Matter of the Complaint of
                 Eternity Shipping Ltd., et al.
                 for Exoneration from or Limitation of Liability
                 Civil Action #: L-01-CV-0250

Dear Judge Legg:

      On behalf of all parties to this action, we write to request that the telephone conference scheduled for August 5, 2003 at 10:00 a.m., be rescheduled for later that same day at 4:00 p.m. This time will best accommodate all counsels' schedules. We are making arrangements with a teleconference service and will advise chambers of the procedures for Your Honor to participate in the call.

                                    Respectfully yours,

                                    /s/

                                  Eric M. Veit

EMV:pl
cc:    All Counsel
        M. Hamilton Whitman, Jr., Esquire

