IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

_____

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE COMPLAINT OF | | |
| ETERNITY SHIPPING, LTD. AND | * | |
| EUROCARRIERS, S.A. | | |
| FOR EXONERATION FROM OR | * | Civil Action No.: L-01-CV-0250 |
| LIMITATION OF LIABILITY | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER

In support of its Motion to Amend Scheduling Order, Limitation Plaintiffs Eternity Shipping Ltd. and Eurocarriers, S.A. and Third-Party Defendant American Bureau of Shipping submit the following points and authorities:

1. Federal Rule of Civil Procedure 16;

2. Federal Rule of Civil Procedure 26;

3. Federal Rule of Civil Procedure 30;

4. Rule 104 of the Rules of the U.S. District Court for the District of Maryland; and

5. Rule 105 of the Rules of the U.S. District Court for the District of Maryland.

| | |
|---|---|
| /s/ Robert G. Clyne | /s/ M. Hamilton Whitman, Jr. |
| Robert G. Clyne, Esq. | M. Hamilton Whitman, Jr., Esq. |
| James A. Saville, Esq. | Eric M. Veit, Esq. |
| Hill, Rivkins & Hayden, LLP | Ober, Kaler, Grimes & Shriver |
| 45 Broadway, Suite 1500 | 120 E. Baltimore Street |
| New York, New York 10006 | Baltimore, Maryland 21202 |

and

James W. Bartlett, III, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423

Counsel for Limitation Plaintiffs
Eternity Shipping Ltd. and
Eurocarriers, S.A.

Counsel for Third-Party Defendants
American Bureau of Shipping

Case 1:01-cv-00250-BEL     Document 46-2     Filed 11/05/2003     Page 3 of 3