IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

_____

| | |
|---|---|
| IN THE MATTER OF | * |
| THE COMPLAINT OF | |
| ETERNITY SHIPPING, LTD. AND | * |
| EUROCARRIERS, S.A. | |
| FOR EXONERATION FROM OR | * |
| LIMITATION OF LIABILITY | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the Motion to Amend Scheduling Order of Limitation Plaintiffs Eternity Shipping, Ltd. and Eurocarriers, S.A. and Third Party Defendant American Bureau of Shipping, and any opposition thereto, it is this _____ day of _____, 2003,

**ORDERED**, that the Motion is **GRANTED**;

and

**FURTHER ORDERED** that the deadline for completion of all discovery regarding Tate & Lyle's business damages be extended from November 5, 2003, to February 5, 2004.

_____
Judge
U.S. District Court for the District of Maryland

cc:   All Counsel

731799