IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

---

| | |
|---|---|
| IN THE MATTER OF | * |
| THE COMPLAINT OF | |
| ETERNITY SHIPPING, LTD. AND | * |
| EUROCARRIERS, S.A. | |
| FOR EXONERATION FROM OR | *   Civil Action No.: L-01-CV-0250 |
| LIMITATION OF LIABILITY | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO WITHDRAW**
**MOTION TO AMEND SCHEDULING ORDER**

Limitation Plaintiffs Eternity Shipping Ltd. and Eurocarriers, S.A. ("Limitation Plaintiffs"), and Third-Party Defendant American Bureau of Shipping ("ABS"), by their undersigned counsel, hereby withdraw, without prejudice, their motion to amend Scheduling Order of August 15, 2003. The motion to amend scheduling order was filed on November 5, 2003.

| | |
|---|---|
| /s/ Robert G. Clyne | /s/ M. Hamilton Whitman, Jr. |
| Robert G. Clyne, Esq. | M. Hamilton Whitman, Jr., Esq. |
| James A. Saville, Esq. | Eric M. Veit, Esq. |
| Hill, Rivkins & Hayden, LLP | Ober, Kaler, Grimes & Shriver |
| 45 Broadway, Suite 1500 | 120 E. Baltimore Street |
| New York, New York 10006 | Baltimore, Maryland 21202 |
| | |
| and | |
| | |
| James W. Bartlett, III, Esquire | Counsel for Limitation Plaintiffs |
| Semmes, Bowen & Semmes | Eternity Shipping Ltd. and |
| 250 W. Pratt Street, 16th Floor | Eurocarriers, S.A. |
| Baltimore, Maryland 21201-2423 | |
| | |
| Counsel for Third-Party Defendants | |
| American Bureau of Shipping | |

732062

732062