IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

_____

| | |
|---|---|
| IN THE MATTER OF | * |
| THE COMPLAINT OF | |
| ETERNITY SHIPPING, LTD. AND | * |
| EUROCARRIERS, S.A. | Civil Action No.: L-01-CV-0250 |
| FOR EXONERATION FROM OR | * |
| LIMITATION OF LIABILITY | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Motion to Withdraw Motion to Motion to Amend Scheduling Order of Limitation Plaintiffs Eternity Shipping, Ltd. and Eurocarriers, S.A. and Third Party Defendant American Bureau of Shipping, and any opposition thereto, it is this _____ day of _____, 2003,

**ORDERED**, that the Motion is **GRANTED**;

and Limitation Plaintiffs Eternity Shipping, Ltd. and Eurocarriers, S.A. and Third Party Defendant American Bureau of Shipping's Motion to Amend Scheduling Order is considered withdrawn with prejudice.

_____
Judge
U.S. District Court for the District of Maryland

cc:   All Counsel

732064