# W&S

Wright, Constable & Skeen, L.L.P.   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Joy K. Sakellaris
  Karen Saks Shrager
  Eric T. Schline

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone    410-825-0750
  Fax      410-825-0715

www.wcslaw.com

February 4, 2004

**Writer's Direct Dial/E-mail Address**
(410) 659-1306/jskeen@wcslaw.com

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD  21201

> **Re:** **In the Matter of the Complaint of
> Eternity Shipping, Ltd., et al, For Exoneration
> from or Limitation of Liability
> Civil Action No.:  L-01-CV-0250**

Dear Judge Legg:

On behalf of all parties to this action, we respectfully request a three-month extension of the deadlines set forth in the Scheduling Order dated August 15, 2003.

As your Honor is aware, this matter involves claims arising from the collapse of a deck crane aboard the M/V Leon I while the vessel was discharging cargo at the Domino Sugar wharf on July 29, 2001.  A limitation of liability proceeding is pending before your Honor.

Pursuant to the August 15, 2003 Scheduling Order, factual discovery is to be completed by February 5, 2004.  Towards this end, the parties have been actively engaged in discovery.  Since the parties' last appearance before this Court, the parties have exchanged written discovery and taken the deposition via telephone connection to Poland of the former electrician of the M/V Leon I.  Additionally, Tate & Lyle will produce on February 10, 2004 two witnesses for deposition in Baltimore in response to a Rule 30(b)(6) Deposition Notice served by The Honorable Benson E. Legg

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

150213 v. (09362.00001)

The Honorable Benson E. Legg
February 4, 2004
Page 2

Limitation Plaintiffs. These depositions were originally scheduled to be completed before the February 5, 2004 deadline for factual discovery. Due to winter weather, the parties rescheduled these depositions for February 10, 2004.

The parties have been diligently attempting to schedule the depositions of Captain Ernesto Escatron, Chief Officer Ramone Labastida, and bosun Rolando Balita. These key witnesses are former officers and crewmembers of the M/V Leon I. The parties have encountered difficulty scheduling these depositions because these witnesses live abroad, are at sea many months of the year, and are no longer employed by Limitation Plaintiffs. Chief Officer Labastida is currently aboard the M/V Aries Forest. The parties are attempting to contact Chief Officer Labastida to schedule his deposition via telephone. Counsel are also attempting to contact bosun Balita, who resides in the Philippines.

At last contact, Captain Escatron was aboard the M/V Captain George Tsangaris. Captain Escatron said he may be returning to the Philippines at the end of January and that he was unavailable in January for deposition. Although initially cooperative, he has recently failed to timely respond to the parties' communications. The parties have not been successful in scheduling his deposition despite repeated attempts.

Due to the difficulty in scheduling the depositions of these foreign, seafaring witnesses and in the belief that the depositions can be scheduled in the near future, the parties respectfully request a three-month extension of all discovery deadlines. With this extension, the new dates for the Scheduling Order would be as follows:

1. Completion of factual discovery by May 5, 2004;
2. Claimants'/Third-Party Plaintiff's expert reports due June 7, 2004;
3. Limitation Plaintiffs'/Third-Party Defendants' expert reports due July 5, 2004;
4. Completion of expert discovery by September 7, 2004; and
5. Dispositive motions to be filed by October 6, 2004.

All counsel are in agreement with the foregoing proposed schedule. We would most appreciate your Honor's consideration of the proposed extension of the Scheduling Order.

Very truly yours,
/S/
James D. Skeen

cc:    All Counsel of Record

134547 v. (99998.00001)