UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 20, 2004

MEMORANDUM TO COUNSEL RE:     In the Matter of the Complaint of Eternity Shipping,
Ltd., *et al.*, for Exoneration from or Limitation of
Liability
Civil #L-01-250

Dear Counsel:

On February 12, 2004, the Court held a telephone conference regarding the parties' recent request for a three-month extension of the discovery and dispositive motions deadlines. As discussed during the tape-recorded teleconference, the Court RULES as follows:

(i)     the Court GRANTS the parties' motion for a three-month extension;

(ii)     the new schedule is as follows:

    (a)     completion of factual discovery:  May 5, 2004,

    (b)     claimants'/third-party plaintiff's expert reports due:  June 7, 2004,

    (c)     limitation plaintiffs'/third-party defendants' expert reports due:  July 5, 2004,

    (d)     completion of expert discovery: September 7, 2004, and

    (e)     dispositive motions due: October 6, 2004;

(iii)     Counsel has agreed that there will be no further extensions of the factual discovery deadline, which means that regardless of whether factual discovery has been completed by May 5th, expert discovery and the filing of dispositive motions will proceed as outlined above; and

(iv)     in the event that a deponent's attendance at a deposition is secured after the expiration of the deadline for fact discovery, the deposition may take place but will not alter the expert discovery and dispositive motions deadlines.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:      Court file