IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

---

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE COMPLAINT OF | | |
| ETERNITY SHIPPING, LTD. AND | * | CIVIL ACTION NO. |
| EUROCARRIERS, S.A. | | |
| FOR EXONERATION FROM OR | * | L-01-CV-0250 |
| LIMITATION OF LIABILITY | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2004, a copy of the foregoing Notice of Subpoena to Take Deposition *Duces Tecum* of St. Agnes Hospital was served by mail, postage prepaid to:

>Bernard J. Sevel, Esquire
>Arnold, Sevel & Gay, P.A.
>The B&O Building, Suite 560
>2 North Charles Street
>Baltimore, Maryland 21201
>
>Attorneys for Claimant Robert J. Cantey
>and Claimant William Langeville
>
>and
>
>James D. Skeen, Esquire
>Wright, Constable & Skeen, L.L.P.
>One Charles Center, 16th Floor
>100 North Charles Street
>Baltimore, Maryland 21201
>
>and
>
>Jeffrey J. Asperger, Esquire
>Michelle Meklir McBride, Esquire
>Asperger Caraher, L.L.C.
>Three Illinois Center

303 East Wacker Drive
Chicago, Illinois 60601

Attorneys for Claimant Robert J. Cantey,
Claimant William Langeville, and
Claimant Tate & Lyle North American Sugars, Inc.

and

Francis J. Gorman, P.C.
Gorman & Williams
Two North Charles Street
Baltimore, Maryland 21201-3754

Attorneys for Louis Dreyfus Sugar Company

and

R. Blake Brunkenhoefer, Esquire
Brunkenhoefer & Associates, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478

and

W. Charles Bailey, Jr., Esquire
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland 21201

Attorneys for Claimant Josefina Gonzales

and

Robert G. Clyne, Esquire
James A. Saville, Jr., Esquire
Hill Rivkins & Hayden, LLP
45 Broadway, Suite 1500
New York, New York 10006

and

James W. Bartlett, III, Esquire
Semmes, Bowen & Semmes

250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423

Attorneys for Third Party Defendant
American Bureau of Shipping

                                                  /s/
                                        Eric M. Veit

741427