

**OBER | KALER**
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**M. Hamilton Whitman, Jr.**
mhwhitman@ober.com
410-347-7354

**Offices In**
Maryland
Washington, D.C.
Virginia

June 14, 2004

**VIA ELECTRONIC FILING**

The Honorable Benson E. Legg
United States District Court
 for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

Re:    In the Matter of the Complaint of
Eternity Shipping Ltd., et al.
for Exoneration from or Limitation of Liability
Civil Action No.: L-01-CV-0250

Dear Judge Legg:

Enclosed for your Honor's information is a copy of my letter of today's date confirming discussions among counsel with regard to expert discovery in this case. As your Honor will see, counsel have agreed to adjust the dates for delivery of expert reports by one week, in order to accommodate the request of counsel for claimants and third-party plaintiff. This adjustment will not affect the Court's deadlines for completion of expert discovery for filing of dispositive motions.

We trust that this is acceptable to the Court and appreciate your Honor's continued consideration as the parties proceed toward conclusion of discovery in this case.

Respectfully yours,

M. Hamilton Whitman, Jr.

MHWjr/tnj
Enclosure

cc:    All Counsel (*via facsimile*)

745418.1