

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**M. Hamilton Whitman, Jr.**
mhwhitman@ober.com
410-347-7354

**Offices In**
Maryland
Washington, D.C.
Virginia

June 14, 2004

## VIA FACSIMILE

Jeffrey J. Asperger, Esquire
Erin Walz, Esquire
Asperger Caraher, L.L.C.
303 East Wacker Drive
Chicago, IL 60601

Francis J. Gorman, P.C.
Gorman & Williams
Two North Charles Street
Baltimore, Maryland 21201-3754

Robert G. Clyne, Esquire
James A. Saville, Jr., Esquire
Hill Rivkins & Hayden, LLP
45 Broadway, Suite 1500
New York, New York 10006

Bernard J. Sevel, Esquire
Philip Wright, Esquire
Arnold, Sevel & Gay, P.A.
The B&O Building, Suite 560
2 North Charles Street
Baltimore, Maryland 21201

R. Blake Brunkenhoefer, Esquire
Brunkenhoefer & Associates, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478

James D. Skeen, Esquire
Skeen & Kauffman
800 North Charles Street
Suite 400
Baltimore, Maryland 21201

W. Charles Bailey, Jr., Esquire
Greber & Simms
Suite 702
20 South Charles Street
Baltimore, Maryland 21201

James W. Bartlett, III
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423

Re:   In the Matter of the Complaint of
Eternity Shipping Ltd., et al.
for Exoneration from or Limitation of Liability
Civil Action No.: L-01-CV-0250

Dear Counsel:

As all are aware, expert reports for claimants' and third-party plaintiff's experts were due on June 7, 2004 in accordance with the Court's Memorandum to Counsel dated February 20, 2004. As of close of business on June 11, for various reasons as explained to us by counsel, no expert reports had yet been received.



All Counsel
June 14, 2004
Page 2

Mr. Clyne and I have discussed with counsel for the claimants and third-party plaintiff our grave concern that their failure to provide timely expert reports could prejudice all parties' ability to comply with the Court's September 7, 2004 deadline for completion of expert discovery.

As a result of these discussions, counsel have agreed that the deadlines for delivery of expert reports for both sides will be extended by one week, and that (at a minimum) the following dates will be held for expert depositions: August 9, 10, 11, 25, 26 and 27. This should permit expert discovery to be concluded by September 7, 2004.

All counsel are agreed that, in any event, this minor adjustment to the schedule for expert discovery will not affect the Court's deadline for the filing of dispositive motions, which remains October 6, 2004.

By copy of this letter to Judge Legg, I am advising his Honor of this minor adjustment to the schedule for delivery of expert reports and confirming that the deadlines for completion of expert discovery and for filing of dispositive motions will not be affected.

Sincerely yours,

M. Hamilton Whitman, Jr.

MHW/tnj

cc:  The Honorable Benson E. Legg, United States District Judge

745409.1