

# HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699         e-mail: thefirm@hillrivkins.com

July 30, 2004

*Via E-Mail*

The Honorable Benson E. Legg
United States District Court Judge
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

        RE:    In the Matter of the Complaint of
                     Eternity Shipping Ltd., *et al.*
                     For Exoneration from or Limitation of Liability
                     Civil Action No. L-01-CV-0250

Dear Judge Legg:

      We represent American Bureau of Shipping ("ABS") and write in response to Your Honor's letter/order dated July 26, 2004, with respect to the captioned matter. In particular, we write to inform the Court of the status of Tate & Lyle's discovery requests as requested in point III of the aforementioned order.

      As we informed the Court in our letter of May 13, 2004, ABS has fully responded to Tate & Lyle's discovery requests. Accordingly, the issue is moot. We have discussed this issue with counsel for Tate & Lyle who agrees that no discovery dispute regarding ABS's production remains.

      We trust that the foregoing satisfactorily addresses the question put forward by the Court. If Your Honor would like for us to address the matter in further detail, we would be pleased to do so.

                              Respectfully submitted,

                              HILL RIVKINS & HAYDEN LLP

                              Robert G. Clyne

28005057-judge-legg

| NEW JERSEY OFFICE: | TEXAS OFFICE: | CONNECTICUT OFFICE: |
|---|---|---|
| 51 Newark Street, Suite 404 | 712 Main Street, Suite 1515 | 1115 Broad Street |
| Hoboken, NJ 07030-4543 | Houston, TX 77002-3209 | Bridgeport, CT 06604 |
| Tel: (201) 222-5180  Fax: (201) 222-5182 | Tel: (713) 222-1515  Fax: (713) 222-1359 | Tel: (203) 367-5535  Fax: (203) 367-5536 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: thefirm@hillrivkins.com |

July 30, 2004
The Honorable Benson E. Legg

cc:  *Via Telecopier 410-547-0699*  
M. Hamilton Whitman, Jr., Esq.  
Ober, Kaler, Grimes & Shriver

*Via Telecopier: 410-528-0602*  
Francis J. Gorman, Esq.  
Gorman & Williams

*Via Telecopier 410-659-1350*  
James D. Skeen, Esq.  
Wright, Constable & Skeen, LLP

*Via Telecopier 410-783-1368*  
W. Charles Bailey, Jr., Esq.  
Simms Showers

*Via Telecopier 312-856-9905*  
Jeffrey J. Asperger, Esq.  
Michelle Meklir, Esq.  
Asperger Carather, L.L.C.

*Via Telecopier: 361-888-5855*  
R. Blake Brunkenhoefer, Esq.  
Brunkenhoefer & Associates

*Via Telecopier 410-837-7820*  
Bernard J. Sevel, Esq.  
Arnold, Sevel & Gay, P.A.

*Via Telecopier 410-539-5223*  
James W. Bartlett, III, Esq.  
Semmes, Bowen & Semmes

HILL RIVKINS