IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Complaint : | |
| of Eternity Shipping, Ltd. and : | Civil Action No. L-01-250 |
| Eurocarriers, S.A. for Exoneration : | |
| from or Limitation of Liability : | |

**ORDER**

Pending before the Court in this admiralty action is Claimant Josefina Gonzales's Motion to Strike Petitioners' Praecipe and, in the alternative, for Determination of Foreign Law. For the reasons stated in the Memorandum of even date, the Court hereby:

(i) GRANTS Claimant's motion (Docket No. 49); and

(ii) STRIKES Limitation Plaintiffs' Praecipe (Docket No. 41).

IT IS SO ORDERED this 10th day of September, 2004.

_____/s/_____
Benson Everett Legg
Chief Judge