Republic of the Philippines
NATIONAL LABOR RELATIONS COMMISSION
FOURTH DIVISION
Cebu City

JOSEFINA M. GONZALES,
    Complainant-appellee,

NLRC Case No. V-000036-2001
RAB Case No. OFW(M)01-03-0014

- versus -

BRIGHT MARITIME CORPORATION
AND ETERNITY SHIPPING, LTD.,
    Respondent-appellants.
x—————————————————x

PROMULGATED: AUG 21 2002

## ORDER

This pertains to the satisfaction of judgment and receipt of payments filed by both parties with the Sub-Regional Arbitration Branch No. VI, Iloilo City on June 25, 2002 and forwarded to the NLRC-4th Division on July 4, 2002, wherein the complainant acquiesced to have received the full amount of US $ 55,000.00.

WHEREFORE, as prayed for by both parties duly assisted by their respective counsel, the instant case is hereby considered closed and terminated.

SO ORDERED.

Cebu City, Philippines.

                              IRENEA E. CENIZA
                              Presiding Commissioner

WE CONCUR:

EDGARDO M. ENERLAN
Commissioner

                              OSCAR S. UY
                              Commissioner

## CERTIFICATION

Pursuant to Article 213 of the Labor Code, as amended by R.A. 6715, it is hereby certified that the conclusions in the above ORDER were reached in consultation before the case was assigned to the writer of the opinion of the Commission.

                              IRENEA E. CENIZA
                              Presiding Commissioner

mlivt #10/036-01/IEC

EC002692