Republic of the Philippines
Department of Labor and Employment
**NATIONAL LABOR RELATIONS COMMISSION**
**NATIONAL CAPITAL REGION-NORTH**
Quezon City

MARICEL M. BURGOS,
        Complainant,

-versus-    NLRC NCR CASE NO. OFW (M) 10-1809-00

BRIGHT MARITIME CORPORATION, ET.AL.,
        Respondents.
x - - - - - - - - - - - - - - - - - - - - - x

## O R D E R

The instant case is hereby **DISMISSED WITH PREJUDICE** by reason of settlement.

**SO ORDERED.**

Quezon City, Philippines, October 31, 2000.

                              **ROMEO L. GO**
                              Labor Arbiter

**COPY FURNISHED:**

MARICEL M. BURGOS
712 Bliss Tunga, Moalboal
6032 CEBU

ATTY. ANNA LEA A. DY
Counsel for Respondents
5/F, EXCHANGE CORNER BLDG.,
107 Herrera cor. Esteban Sts.,
Legaspi Village, Makati City

Republic of the Philippines
Department of Labor and Employment
**NATIONAL LABOR RELATIONS COMMISSION**
**NATIONAL CAPITAL REGION-NORTH**
Quezon City

JOSE B. BURGOS/LOLITA L. BURGOS,
Complainants,

-versus-    NLRC NCR CASE NO. OFW (M) 01-01-0009-00

BRIGHT MARITIME CORPORATION, ET.AL.,
Respondents.
x - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

The instant case is hereby **DISMISSED WITH PREJUDICE** by reason of settlement.

**SO ORDERED.**

Quezon City, Philippines, January 18, 2001.

ROMEO L. GO
Labor Arbiter

**COPY FURNISHED:**

JOSE B. BURGOS, ET.AL.
Complainants
Moalboal,
6032 CEBU CITY

THE OWNER/MANAGER
BRIGHT MARITIME CORPORATION
G/F, COLUMBIAN INT'L. TOWERS,
500 Santol St., Sta. Mesa,
1016 METRO MANILA

BRIGHT MARITIME CORP.
LEGAL & CLAIMS DEPARTMENT
RECEIVED
BY:_____