
EXHIBIT "1"

## CURRICULUM VITAE OF RUBEN T. DEL ROSARIO

**PRINCIPAL OCCUPATION:**

Managing Partner, Del Rosario & Del Rosario Law Offices

**OFFICE ADDRESS:**

Del Rosario & Del Rosario Law Offices
15th Floor Pacific Star Builging
Makati Avenue corner Gil Puyat Avenue
1200 Makati City, Metro Manila, Philippines

Tel.: 810-1791
Fax: (63) (2) 817-1740; 810-3632
Telex: 63941 PANDI
E-mail: ruben.delrosario@delrosariolaw.com

**EDUCATION:**

Ateneo de Manila University, Bachelor of Laws (passed 1981 Bar Examinations, 25th place out of approximately 3,000 who took the bar exams)

University of Michigan, Ann Arbor, Michigan, U.S.A., Masters in Business Administration

University of Southampton, England, Institute of Maritime Law, Maritime Law Short Course

De La Salle University, A.B. Social Science

De La Salle University, B.S.C. Finance

**PROFESSIONAL (Philippine Organizations):**

**President,** Philippine Maritime Voluntary Arbitrators Association (2000 to present)

**President and Chairman,** Maritime Law Association of the Philippines (1992-1994)

**Director, Philippine Bar Association (1995 to 1999)**

**President,** Norwegian Maritime Foundation of the Philippines Inc. (1998 to present)

**Vice-President for Maritime Disputes,** Philippine Dispute Resolution Center Inc. (PDRCI), Philippine Chamber of Commerce and Industry (PCCI) (1995 to present)

**Accredited Arbitrator,** Philippine Dispute Resolution Center Inc.

Accredited Voluntary Arbitrator, National Conciliation and Mediation Board, Department of Labor

Chairman and President, Makati Law Foundation of the Philippines Inc. (1997-1998)

Vice-President, Propeller Club of the United States, Manila Chapter (1995)

President, Rotary Club of Alabang (1987-88), member 1986 to the present

Director, Propeller Club of the United States

Guest Lecturer, Philippine International Sea Freight Forwarders Association, Inc. (PISFA)

Guest Lecturer, Norwegian Training Center

Memberships: Integrated Bar of the Philippines; Legal Management Association of the Philippines; Philippine Bar Association, Propeller Club of the United States

Editor-in-Chief, Philippine Bar Association Newsletter (1991)

**PROFESSIONAL (International Organizations):**

Vice-Chairman, Maritime Law Committee, Inter-Pacific Bar Association (IPBA)

Philippine representative, Comite Maritime International (1990 to the present)

Philippine representative, International Bar Association (1995-1999)

Memberships: Inter-Pacific Bar Association, International Bar Association

**OTHERS:**

Member of Tripartite Committee that drafted the 2000 POEA Overseas Employment Contract

**INTERNATIONAL PAPERS:**

"Financial Collapse of Shipping Enterprises", Inter-Pacific Bar Association, Bangkok, Thailand, May 1999

"The Millenium Bug Problem; Year 2000 and It's Implications", Inter-Pacific Bar Association, Auckland, New Zealand, May 1998

"Safe Shipping into the Millenium", International Bar Association, Berlin, Germany, October 1996

"Procedures for Seeking Security from Time Charterers", International Bar Association, Melbourne, Australia, October 1994

"Recent Developments in Laws of the Philippines", Inter-Pacific Bar Association, Taipei, Taiwan, May, 1993

"Philippine Court Decisions on the ITF", International Bar Association, Hong Kong, October 1991

PUBLICATIONS:

**Primer, Amended POEA Contract, July 2002**

**Board of Editors, P&I International Magazine, January 2003**

**Contributor to various P&I Newsletters**

Weekly Columnist, "Shipping and the Law", Times Journal, January 1999 to March 1999

Weekly Columnist, "Shipping and the Law", Malaya, April 1998 to December, 1998

Weekly Columnist, "Shipping and the Law", The Manila Chronicle; this newspaper was the leading shipping newspaper in the Philippines; 1988 to 1997

Weekly Columnist, "Maritime Law", Philippine Shipper's Gazette, 1995 to 1997

Safe Shipping into the Millenium: The Philippine Manning Industry, **International Bar Association Journal**, September 1996

"Fraudulent Cargo Claims" International Cargo Crime Prevention, Published by **International Chamber of Commerce, International Maritime Bureau**, April, 1988

SEMINARS

Participant and at times, speaker at several International Bar Association Conferences (Hongkong, Melbourne, Berlin, Vancouver); Inter-Pacific Bar Association Conferences (Sydney, Taipei, San Francisco, Manila, Bangkok, Auckland, Vancouver); Comite Maritime International (Sydney, Antwerp, Singapore); and Maritime Law Association of the United States (Kauai, Bermuda, Palm Springs)

3