REPUBLIC OF THE PHILIPPINES
NATIONAL LABOR RELATIONS COMMISSION
FOURTH DIVISION
CEBU CITY

JOSEFINA M. GONZALES,
    Complainant-appellee,

EXHIBIT "6"

-versus-

NLRC Case No. 000036-2001
SRAB Case No. OFW(M)01-03-0014

BRIGHT MARITIME CORPORATION
AND ETERNITY SHIPPING, LTD.,
    Respondents-appellants.
x-------------------------------------------x

SATISFACTION OF JUDGMENT
AND RECEIPT OF PAYMENT

COME NOW complainant-appellee JOSEFINA M. GONZALES and respondents-appellants BRIGHT MARITIME CORPORATION and ETERNITY SHIPPING LTD., assisted by their respective undersigned counsels and to this Honorable Commission respectfully state:

1. That complainant-appellee JOSEFINA M. GONZALES received the amount of US DOLLARS FIFTY FIVE THOUSAND (US$55,000.00) as full, final and complete satisfaction of the Decision of the Honorable Fourth Division of the National Labor Relations Commission dated 14 March 2002;

2. That said payment was made by means of Citibank Check No. 69003 006806515 in the sum of **US DOLLARS FIFTY THOUSAND (US$50,000.00)** dated June 24, 2002 issued by **Del Rosario and Del Rosario** payable to complainant-appellee **JOSEFINA M. GONZALES**;

3. That further payment was made by means of Citibank Check No. 69003 006806514 in the sum of **US DOLLARS FIVE THOUSAND (US$5,000.00)** dated June 24, 2002 issued by **Del Rosario and Del Rosario** payable to complainant-appellee's counsel, **VON LOVEL BEDONA**;

3. That above payment in the total amount of US$55,000.00 was duly received by complainant-appellee in full and complete satisfaction of the judgment award of the Honorable Commission in its Decision dated 14 March 2002, as evidenced by a Receipt dated 25 June 2002 duly signed by complainant, a copy of which is attached hereto as **Annex "A"**.

## P R A Y E R

**WHEREFORE**, complainant and respondents respectfully pray that this Satisfaction of Judgment and Receipt of Payment be made of record and the case be considered closed and terminated.

Iloilo City for Cebu City, 25 June 2002.

| | |
|---|---|
| **JOSEFINA M. GONZALES**<br>Complainant-appellee<br><br>By: JOSIG G. NADA<br>Per SPA | **BRIGHT MARITIME CORP. and<br>ETERNITY SHIPPING LTD.**<br>Respondents-appellants<br><br>By:<br>**ATTY. ANALISA CABALLAR** |
| **BEDONA BEDONA CABADO<br>CABADO ALIM ENDONILA**<br>Counsel for Complainant<br>Suite 306, Cei Building<br>1091 Concepcion Street<br>1000 Ermita, Manila<br><br>By:<br><br>**VON LOVEL BEDONA**<br>PTR NO. 0528511<br>IBP NO. 01882 LIFETIME | **DEL ROSARIO & DEL ROSARIO**<br>Counsel for the Respondents<br>5/F Exchange Corner Building<br>107 Herrera cor. Esteban Streets<br>Legaspi Village, Makati City<br><br>By:<br><br>**ANNA LEA A. DY**<br>PTR NO.6748978, Makati, 1/16/02<br>IBP NO.544642, Makati, 12/26/01 |

### NOTIFICATION

The Honorable Commissioner
National Labor Relations Commission
Fourth Division, Cebu City

Greetings:

    Please submit the foregoing Satisfaction of Judgment and Receipt of Payment for consideration and approval of this Honorable Commission immediately upon receipt thereof.

Iloilo City for Cebu City, 25 June 2002.

**JOSEFINA M. GONZALES**
Complainant-appellee

By: JOSIE G. NADA
 Per SPA

**BRIGHT MARITIME CORP. and ETERNITY SHIPPING LTD.**
Respondents-appellants

By:
**ATTY. ANALISA CABALLAR**

**BEDONA BEDONA CABADO CABADO ALIM ENDONILA**
Counsel for Complainant
Suite 306, Cei Building
1091 Concepcion Street
1000 Ermita, Manila

By:

**VON LOVEL BEDONA**

**DEL ROSARIO & DEL ROSARIO**
Counsel for the Respondents
5/F Exchange Corner Building
107 Herrera cor. Esteban Streets
Legaspi Village, Makati City

By:

**ANNA LEA A. DY**



City of Iloilo
25 June 2002

## RECEIPT OF PAYMENT

Received from DEL ROSARIO & DEL ROSARIO LAW OFFICES the sum of Fifty Five Thousand US Dollars (US$55,000.00) broken down as follows:

1. Citibank Check No. 69003 006806515 dated June 24, 2002 in the sum of US Dollar Fifty Thousand (US$50,000.00) payable to JOSEFINA M. GONZALES;

2. Citibank Check No. 69003 006806514 dated June 24, 2002 in the sum of US Dollar Five Thousand (US$5,000.00) payable to VON LOVEL D. BEDOÑA

in satisfaction of the Judgment Award of the Decision of the Honorable Fourth Division dated March 14, 2002 in NLRC Case No. 000036-2001/SRAB Case No. OFW(M)01-03-0014..

JOSEFINA M. GONZALES
Complainant-Appellee

By: JOSIE G. NAVA
Per SPA.

# SPECIAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

I, JOSEFINA M. GONZALES, of legal age, widow, Filipino Citizen and a resident of Miramar Compound, Burgos Street, City Proper, Iloilo City, Philippines, name, appoint and constitute JOSIE G. NAVA, of legal age, widow, Filipino Citizen, and a resident of Miramar Compound, Burgos Street, Iloilo City, Philippines and/or JOEL M. GONZALES, of legal age, married, Filipino Citizen and a resident of Miramar Compound, Burgos Street, Iloilo City, Philippines, to be my true and lawful Attorneys-in-Fact, to do and perform on my behalf the following acts and deeds, to wit:

1. To follow-up, demand and receive from the Overseas Workers Welfare Administration and other government agencies whatever benefits due me in connection with the death of my son JUAN M. GONZALES, JR. who died on July 29, 2000;

2. To follow-up, demand and receive from Bright Maritime Corporation and/or Eternity Shipping Ltd., including their subsidiaries, owners, stockholders and agents, whatever benefits and privileges due me in accordance with Philippine and Foreign Laws;

3. To initiate the filing of cases in the Philippines and abroad, if necessary, in connection with the death of Juan Gonzales, Jr. in the Port of Baltimore, Maryland, U.S.A.;

4. To engage the services of counsels both in the Philippines and abroad in order the file any necessary actions and/or cases in order to protect my rights and interest over my claims in connection with the death of my son Juan M. Gonzales, Jr.;

5. To sign, execute and deliver any documents, agreements or other legal papers pertaining to the above-stated special powers.

HEREBY GIVING AND GRANTING unto my aforesaid Attorneys-in-Fact full power and authority to do and perform any and every act and thing whatsoever requisite, necessary or proper to be done in and about the premises as fully to all intents and purposes as I might or could do if personally present and acting in person; and

HEREBY RATIFYING AND CONFIRMING all that my said attorneys-in-fact shall lawfully do and cause to be done under and by virtue of these presents.

IN WITNESS WHEREOF, I have hereunto set my hand this ___ day of September, 2000 at Iloilo City, Philippines.

JOSEFINA M. GONZALES
Principal

·2

SIGNED IN THE PRESENCE OF:

_____  &  _____

REPUBLIC OF THE PHILIPPINES)
CITY       OF       ILOILO ) S.S.
x - - - - - - - - - - - - x

    At Iloilo City, Philippines, this 20th day of September, 2000, personally appeared before me JOSEFINA M. GONZALES, a Senior Citizen, known to me to be the same person who executed the foregoing instrument and she acknowledged before me that the same is her own free act and voluntary deed.

                          VON LOVEL D. BEDONA
                             Notary Public
                        Until December 31, 2001
                         P.T.R. No. 0164240
                      Iloilo City/Jan. 5, 2000

Doc. No. 122 ;
Page No. 27 :
Book No. XVI ;
Series of 2000.