EXHIBIT "7"

Republic of the Philippines
**NATIONAL LABOR RELATIONS COMMISSION**
**FOURTH DIVISION**
Cebu City

JOSEFINA M. GONZALES,
    Complainant-Appellee,

NLRC Case No. V-000036-2001
- versus -
RAB Case No. OFW(M)01-03-0014

BRIGHT MARITIME CORPORATION
AND ETERNITY SHIPPING, LTD.,
    Respondent-Appellant.
x------------------------------x   PROMULGATED: SEP 3 0 2002

## RESOLUTION

Submitted to us for reconsideration is a satisfaction of judgment and receipt of payment under date of June 25, 2002 jointly signed by the complainant, and the respondent's representative, Atty. Analisa Caballar and duly assisted by their respective counsel, acknowledging full, final and complete satisfaction of our award in the amount of U.S. $55,000.00.

WHEREFORE, in view of the foregoing and as prayed for the above-entitled case is considered closed and terminated and removed from the business calendar of the Court.

SO ORDERED.

Cebu City, Philippines.

                                              IRENEA E. CENIZA
                                            Presiding Commissioner

WE CONCUR:

EDGARDO M. ENERLAN                            OSCAR S. UY
   Commissioner                                                Commissioner

## CERTIFICATION

Pursuant to Article 213 of the Labor Code, as amended by R.A. 6715, it is hereby certified that the conclusions in the above RESOLUTION were reached in consultation before the case was assigned to the writer of the opinion of the Commission.

                                              IRENEA E. CENIZA
                                            Presiding Commissioner