IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE COMPLAINT OF | | |
| ETERNITY SHIPPING, LTD. AND | * | Civil Action No.: L-01-CV-0250 |
| EUROCARRIERS, S.A | | |
| FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon reviewing Limitation Plaintiffs Eternity Shipping, Ltd. and Eurocarriers, S.A.'s, Motion For Summary Judgment on the First Amended Claim for Damages of Josefina Gonzales, and any opposition thereto, IT IS HEREBY ORDERED that the MOTION IS GRANTED.

_____    _____
Date                             The Honorable Judge Benson E. Legg

752357