IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A., FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * | CIVIL ACTION NO. L01CV0250 |
| * * * * * * * | * * | |
| TATE & LYLE NORTH AMERICAN SUGARS, INC., | * | |
| Claimant and Third-Party Plaintiff | * | |
| v. | * | |
| AMERICAN BUREAU OF SHIPPING | * | |
| Third-Party Defendant | * | |
| * * * * * * * * | * | |

**THIRD-PARTY DEFENDANT'S,
AMERICAN BUREAU OF SHIPPING,
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Third-Party Defendant, American Bureau of Shipping ("ABS"), by its attorneys, Robert G. Clyne and James A. Saville, Jr. of Hill Rivkins & Hayden LLP and James M. Bartlett, III of Semmes Bowen & Semmes, P.C., hereby moves this Court for entry of summary judgment in its favor and against Third-Party Plaintiff, Tate & Lyle North American Sugars, Inc. ("Tate & Lyle") and Third-Party Plaintiff, Josephina Gonzales ("Gonzales").

As fully set forth in the attached Memorandum of Law in Support of ABS' Motion for Summary Judgment, based upon the undisputed facts, Third-Party Plaintiffs' cannot establish a claim of negligence as they demonstrate that ABS owed them a duty nor have they adduced any admissible evidence to demonstrate that, even if ABS owed them a duty, ABS failed to detect a defect that was causally related to the casualty. Moreover, based on the undisputed facts, the

remoteness of the ABS survey to the casualty vitiates causation as a matter of law. Finally, as it is undisputed that the agreement between ABS and Eurocarriers did not intend to confer a benefit on the Third-Party Plaintiffs and, it is well settled that the warranty of workmanlike performance does not extend to the services provided by a classification society, Third-Party Plaintiffs' causes of action based on third-party beneficiary and breach of warranty of workmanlike service fail as a matter of law.

WHEREFORE, ABS requests that this Court enter an Order granting its Motion for Summary Judgment and dismissing the claims of Tate & Lyle and Gonzales and granting such other and further relief as the court deems to be just and proper.

Robert G. Clyne
Federal Bar No. 81037

James A. Saville
Federal Bar No. 81036
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600 Telephone
(212) 669-0698 Facsimile

James W. Bartlett, III
Federal Bar No. 00017
Semmes, Bowen & Semmes, P.C.
250 West Pratt Street
Baltimore, Maryland 21201-2423
(410) 539-5040 Telephone
(410) 539-5223 Facsimile

Attorneys for American Bureau of Shipping

