IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A., FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * | CIVIL ACTION NO. L01CV0250 |
| * * * * * * * | * | |
| TATE & LYLE NORTH AMERICAN SUGARS, INC., | * | |
| Claimant and Third-Party Plaintiff | * | |
| v. | * | |
| AMERICAN BUREAU OF SHIPPING | * | |
| Third-Party Defendant | * | |
| * * * * * * * * | | |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits A through Q, which are an attachment to the Memorandum in Support of American Bureau of Shipping's Motion For Summary Judgment, exists only in paper format and are longer than fifteen pages or, if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: New York, New York
       October 6, 2004

_____
Robert G. Clyne
Federal Bar No. 81037
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600 Telephone
(212) 669-0698 Facsimile