# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2004, the foregoing Motion for Summary Judgment, Memorandum of Law in Support of American Bureau of Shipping's Motion for Summary Judgment and Notice of Filing Lengthy Exhibits were electronically filed and mailed Federal Express to

*R. Blake Brunkenhoefer, Esq.*
Brunkenhoefer & Hall P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478

*W. Charles Bailey, Jr., Esq.*
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland 21201

*Bernard J. Sevel, Esq.*
Arnold, Sevel & Gay, P.A.
The B&O Building, Suite 560
2 North Charles Street
Baltimore, Maryland 21201

*James D. Skeen, Esq.*
Skeen & Kauffman, LLP
800 North Charles Street
Suite 400
Baltimore, Maryland 21201

*Jeffrey J. Asperger, Esq.*
*Michelle E. Meklir, Esq.*
Asperger Caraher, L.L.C.
303 East Wacker Drive
Chicago, Illinois 60601

*Francis J. Gorman, P.C.*
Gorman & Williams
Two North Charles Street
Baltimore, Maryland 21201-3754

*M. Hamilton Whitman, Jr., Esq.*
Ober Kaler Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

      I hereby affirm under the penalty of perjury that the foregoing statements are true and correct.

_____
Robert G. Clyne

4