

**OBER | KALER**
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**M. Hamilton Whitman, Jr.**
mhwhitman@ober.com
410-347-7354

**Offices In**
Maryland
Washington, D.C.
Virginia

October 11, 2004

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Benson E. Legg
United States District Court
 for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

    Re:   In the Matter of the Complaint of
            Eternity Shipping Ltd., <u>et al</u>.
            for Exoneration from or Limitation of Liability
            Civil Action No.: L-01-CV-0250

Dear Judge Legg:

    As your Honor is aware, various dispositive motions were filed in this case on or before the October 6 deadline. Looking ahead, on behalf of all counsel I now request that the case be set in for a settlement conference. Our recent experience has been that the magistrate judges' schedules are booked sixty to ninety days into the future, which might well dovetail with the Court's anticipated schedule for resolution of the recently filed dispositive motions. With this case in the posture of a limitation action with multiple claimants, it might be an appropriate case for referral to Judge Bredar, who has substantial experience recently in mediating multiple party Limitation of Liability Act cases.

    Thank you for your continued consideration in the handling of this case.

                                       Respectfully yours,

                                       M. Hamilton Whitman, Jr.

MHWjr/pkp