*A S P E R G E R   C A R A H E R* LLC

**ATTORNEYS AT LAW**

Jeffrey J. Asperger
Direct: 312/240-0795
Email: jasperger@aspcar.com

October 21, 2004

**VIA ELECTRONIC FILING**
The Honorable Benson E. Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

        Re:    In the Matter of the Complaint of
                  Eternity Shipping, Ltd., et al,
                  For Exoneration from or Limitation of Liability
                  Civil Action No.: L-01-CV-0250

Dear Judge Legg:

On behalf of all parties to this action, we respectfully request a two week extension of the deadlines for response and reply briefs on the pending motions for summary judgment and on Tate & Lyle's pending motion for spoliation of evidence.

Dispositive motions were filed in this case on October 6, 2004. Under the present schedule, responses are due on October 25, 2004, and replies are due on November 8, 2004. Due to hectic schedules and the health concerns of one attorney, the parties agree that additional time for all parties to respond to the various pending motions is required.

This proposed schedule would include all pending motions for summary judgment and Tate & Lyle's motion for spoliation of evidence. With this extension, the new dates for the briefing of these motions would be as follows:

    All briefs in response/opposition to pending motions        November 8, 2004

    All reply briefs in support of pending motions                  November 22, 2004

*ASPERGER   CARAHER* LLC

The Honorable Benson E. Legg
October 21, 2004
Page 2

All counsel are in agreement with the foregoing proposed schedule. We would most appreciate your Honor's consideration of the proposed extension of the Scheduling Order.

Respectfully,

Jeffrey J. Asperger

JJA:jg

cc:   All Counsel of Record (via facsimile)

*ASPERGER   CARAHER* LLC

## CERTIFICATE OF SERVICE

     I, Jeffrey J. Asperger, do hereby certify that a true and correct copy of the above and foregoing document was served via email notification from the District Court and via facsimile upon:

Bernard S. Sevel, Esq.
ARNOLD, SEVEL & GAY, P.A.
The B&O Building, Suite 560
2 N. Charles Street
Baltimore, Maryland 21201
*Attorneys for Claimant Robert J. Cantey
and Claimant William Langeville*

W. Charles Bailey, Jr., Esq.
SIMMS SHOWERS LLP
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
*Attorneys for Claimant Josefina Gonzales*

James D. Skeen, Esq.
WRIGHT, CONSTABLE & SKEEN, L.L.P.
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, Maryland 21201
*Attorneys for Claimant Robert J. Cantey,
William Langeville and
Tate & Lyle North American Sugars, Inc.*

M. Hamilton Whitman, Jr.
Eric M. Veit
Charles Diorio
OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
Baltimore, MD 21202-1643
*Attorneys for Eternity Shipping*

Francis J. Gorman, P.C.
GORMAN & WILLIAMS
2 North Charles Street
Baltimore, Maryland 21201-3754
*Attorneys for
Louis Dreyfus Sugar Company*

James W. Bartlett, III, Esq.
Alexander M. Giles
SEMMES, BOWEN, & SEMMES, P.C.
250 West Pratt Street, 16th Floor
Baltimore, MD 21201-2423
*Attorneys for American Bureau of Shipping*

R. Blake Brunkenhoefer, Esq.
BRUNKENHOFER & REYNA, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
*Attorneys for Claimant Josefina Gonzales*

Robert G. Clyne, Esq.
James A. Saville
HILL, RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
*Attorneys for American Bureau of Shipping*

in accordance with all applicable provisions of the Federal Rules of Civil Procedure, on this 21st day of October, 2004.

                                           /s/
                                Jeffrey J. Asperger