IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * | CIVIL ACTION NO. L-01-CV-0250 |

\* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Eric M. Veit, as counsel for Eternity Shipping, Ltd. and Eurocarriers, S.A.

_____
M. Hamilton Whitman, Jr., Trial Bar No. 00373
Ober Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)

Attorneys for Eternity Shipping, Ltd. and
Eurocarriers, S.A.