IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE COMPLAINT OF | * | |
| ETERNITY SHIPPING, LTD. AND<br>EUROCARRIERS, S.A. | * | CIVIL ACTION NO. |
| FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | * | L-01-CV-0250 |

\* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October 2004, a copy of the foregoing Notice of Withdrawal of Appearance was served on certain counsel of record by way of the court's electronic filing system and was mailed to all other counsel of record below:

Bernard J. Sevel, Esquire
Phillip Wright, Esquire
Arnold, Sevel & Gay, P.A.
The B&O Building, Suite 560
2 North Charles Street
Baltimore, Maryland 21201

Attorneys for Claimant Robert J. Cantey
and Claimant William Langeville

and

James D. Skeen, Esquire
Skeen & Kauffman
800 North Charles Street, Suite 400
Baltimore, Maryland 21201

and

Jeffrey J. Asperger, Esquire
Erin Walz, Esquire
Asperger Caraher, L.L.C.
Three Illinois Center
303 East Wacker Drive
Chicago, Illinois 60601

Attorneys for Claimant Robert J. Cantey,
Claimant William Langeville, and
Claimant Tate & Lyle North American Sugars, Inc.

and

Francis J. Gorman, P.C.
Gorman & Williams
Two North Charles Street
Baltimore, Maryland 21201-3754

Attorneys for Louis Dreyfus Sugar Company

and

R. Blake Brunkenhoefer, Esquire
Brunkenhoefer & Associates, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478

and

W. Charles Bailey, Jr., Esquire
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland 21201

Attorneys for Claimant Josefina Gonzales

and

Robert G. Clyne, Esquire
James A. Saville, Jr., Esquire
Hill Rivkins & Hayden, LLP
45 Broadway, Suite 1500
New York, New York 10006

and

James W. Bartlett, III, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423

Attorneys for Third Party Defendant
American Bureau of Shipping

                                            /s/
                                    M. Hamilton Whitman, Jr.