# PHOTOGRAPHS
**M.V. "LEON I"**
**Wire Rope Inspection**
**@ Chesapeake Engineering & Design, Inc.**
**Annapolis, Maryland**
**October 8, 2003**
**Our Case No. WT-21833**



# CAPTIONS TO PHOTOGRAPHS

**M.V. "LEON I"**
**Wire Rope Inspection**
**@ Chesapeake Engineering & Design, Inc.**
**Annapolis, Maryland**
**October 8, 2003**
**Our Case No. WT-21833**

1)      As stored on pallets
2)      As stored on pallets
3)      As stored on pallets
4)      Local wire break
5)      Local wire break
6)      Local wire break
7)      Cut end of wire rope
8)      Frayed end
9)      Part of failed section
10)     Part of failed section
11)     Part of failed section
12)     Part of failed section
13)     Cut end (possible where test piece taken)
14)     Typical tensile break
15)     Typical tensile break
16)     Intermediate section of wire rope
17)     Broken strand
18)     General condition of wire rope
19)     General condition of wire rope
20)     General condition of wire rope
21)     General condition of wire rope
22)     Cut ends (not failure)
23)     Failed area of wire rope
24)     Failed area of wire rope
25)     Failed area of wire rope
26)     Taking a sample strand in area of failure
27)     Area of failure
28)     Area of failure
29)     Area of failure

















































