1

1     IN THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF MARYLAND
3               (Northern Division)
4   IN THE MATTER OF THE COMPLAINT    *
5   OF ETERNITY SHIPPING, LTD. AND    *   Civil Action No.:
6   EUROCARRIERS, S.A. FOR            *   L01CV0250
7   EXONERATION FROM OR LIMITATION    *
8   OF LIABILITY                      *
9                    - - - - - -
10
11          Deposition of WILLEM SCHOONMADE
12               Baltimore, Maryland
13             Thursday, August 26, 2004
14                    2:30 P.M.
15  Job No.:  1-39309
16  Pages 1 - 174, Volume 1
17  Reported by:  Colleen L. Darkow, Notary Public
18
19
20
21
22



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF WILLEM SCHOONMADE, VOLUME 1
CONDUCTED ON THURSDAY, AUGUST 26, 2004

44

1   Q.   All the depositions that are listed?

2   A.   Yeah.

3   Q.   Have you looked at any others, any other

4  depositions than those listed in your documents

5  reviewed section?

6   A.   Not that I can think of.

7   Q.   Anything else that you requested?

8   A.   Yes, there is a -- the report of Mr. Heiner

9  Popp, the initial report I requested and that seemed to

10 be some kind of -- seemed to be kind of privileged

11 information.

12  Q.   Privileged information?

13  A.   That's what I understand.

14  Q.   So it was not provided to you?

15  A.   I have not seen yet Mr. Heiner Popp's report.

16       MR. CLYNE:  For the record, I think

17 Mr. Popp's report was produced with the expert reports.

18       MR. WHITMAN:  It was produced either with or

19 shortly before or after, I forget which now.

20  A.   Well, I've requested for it in the very early

21 stage.

22  Q.   All right.

DEPOSITION OF WILLEM SCHOONMADE, VOLUME 1
CONDUCTED ON THURSDAY, AUGUST 26, 2004

45

1          MR. WHITMAN:  It was produced recently.

2     Q.   In any event, you do not recall having seen
3 it yet?

4     A.   I have not seen it yet.

5     Q.   Anything else that you've seen in your list?

6     A.   Not that I can think of.

7     Q.   The rest of the materials were provided to
8 you?

9     A.   They were.

10    Q.   And is there anything else based upon -- now,
11 you have also attended certain depositions in this
12 matter, correct?

13    A.   Yes.  Well, deposition, Mr. Jim Dolan.
14 Mr. Jim Dolan's deposition I attended.

15    Q.   Any others?

16    A.   No.

17    Q.   You've also attended inspections of the wire
18 rope and the vessel?

19    A.   That's correct.

20    Q.   How many inspections of the wire rope have
21 you attended?

22    A.   One.