# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2004, the foregoing Memorandum of Third-Party Defendant American Bureau of Shipping's In Partial Opposition to Limitation Plaintiffs' Motion for Summary Judgment on the First Amended Claim for Damages of Josephina Gonzales and in Further Support of ABS" Motion for Summary Judgment was served on certain counsel of record by way of the court's electronic filing system and was mailed to all other counsel of record below:

*R. Blake Brunkenhoefer, Esq.*
Brunkenhoefer & Hall P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas  78478

*W. Charles Bailey, Jr., Esq.*
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland  21201

*Bernard J. Sevel, Esq.*
Arnold, Sevel & Gay, P.A.
The B&O Building, Suite 560
2 North Charles Street
Baltimore, Maryland  21201


*James D. Skeen, Esq.*
Skeen & Kauffman, LLP
800 North Charles Street
Suite 400
Baltimore, Maryland  21201

*Jeffrey J. Asperger, Esq.*
*Michelle E. Meklir, Esq.*
Asperger Caraher, L.L.C.
303 East Wacker Drive
Chicago, Illinois  60601

*Francis J. Gorman, P.C.*
Gorman & Williams
Two North Charles Street
Baltimore, Maryland  21201-3754

*M. Hamilton Whitman, Jr., Esq.*
Ober Kaler Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

   I hereby affirm under the penalty of perjury that the foregoing statements are true and correct.

                      /s/
                  Robert G. Clyne