IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE COMPLAINT OF | | |
| ETERNITY SHIPPING, LTD. AND | * | Civil Action No.: L01CV0250 |
| EUROCARRIERS, S.A. | | |
| FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits A through J, which are an attachment to Third-Party Plaintiffs' Response to American Bureau of Shipping's Motion for Summary Judgment, exists only in paper format and are longer than fifteen pages or, if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____
Jeffrey J. Asperger

## CERTIFICATE OF SERVICE

I, Jeffrey J. Asperger, do hereby certify that a true and correct copy of the above and foregoing document was served via em-mail notification from the District Court and in the manner indicated upon:

Bernard S. Sevel, Esq.  
ARNOLD, SEVEL & GAY, P.A.  
The B&O Building, Suite 560  
2 N. Charles Street  
Baltimore, Maryland 21201  
*Attorneys for Claimant Robert J. Cantey  
and Claimant William Langeville*

W. Charles Bailey, Jr., Esq.  
SIMMS SHOWERS LLP  
20 South Charles Street, Suite 702  
Baltimore, Maryland 21201  
*Attorneys for Claimant Josefina Gonzales*

James D. Skeen, Esq.  
WRIGHT, CONSTABLE & SKEEN, L.L.P.  
One Charles Center, 16th Floor  
100 North Charles Street  
Baltimore, Maryland 21201  
*Attorneys for Claimant Robert J. Cantey,  
William Langeville and  
Tate & Lyle North American Sugars, Inc.*

M. Hamilton Whitman, Jr.  
Eric M. Veit  
Charles Diorio  
OBER, KALER, GRIMES & SHRIVER  
120 East Baltimore Street  
Baltimore, MD 21202-1643  
*Attorneys for Eternity Shipping*

Francis J. Gorman, P.C.  
GORMAN & WILLIAMS  
2 North Charles Street  
Baltimore, Maryland 21201-3754  
*Attorneys for  
Louis Dreyfus Sugar Company*

James W. Bartlett, III, Esq.  
Alexander M. Giles  
SEMMES, BOWEN, & SEMMES, P.C.  
250 West Pratt Street, 16th Floor  
Baltimore, MD 21201-2423  
*Attorneys for American Bureau of Shipping*

R. Blake Brunkenhoefer, Esq.  
BRUNKENHOFER & REYNA, P.C.  
1770 Tower II  
555 N. Carancahua  
Corpus Christi, Texas 78478  
*Attorneys for Claimant Josefina Gonzales*

Robert G. Clyne, Esq.  
James A. Saville  
HILL, RIVKINS & HAYDEN LLP  
45 Broadway, Suite 1500  
New York, New York 10006  
*Attorneys for American Bureau of Shipping*

in accordance with all applicable provisions of the Federal Rules of Civil Procedure, on this 8th day of November, 2004.

_____/s/_____  
Jeffrey J. Asperger