# OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410-347-7354

Offices In
Maryland
Washington, D.C.
Virginia

September 2, 2004



**VIA FACSIMILE AND FIRST-CLASS MAIL**

Jeffrey J. Asperger, Esquire
Erin Walz, Esquire
Asperger Caraher, L.L.C.
Three Illinois Center
303 East Wacker Drive
Chicago, IL 60601

    Re:   M/V LEON I Limitation Proceeding

Dear Jeff and Erin:

    This follows up on the wire rope inspection by your experts Mike Parnell and Kevin Hislop which was performed on August 24, 2004 pursuant to the protocol prepared by Mr. Parnell. Please advise whether you intend to submit an expert report from Mr. Parnell and to profer him for deposition, so that arrangements can be made.

    Also, it is my understanding that Mr. Hislop intends to revise Basis 5 of Opinion 1 in his report to make specific reference to the U.S. Coast Guard Report and to the deposition of Esther Chmielewski. Please advise whether Mr. Hislop intends to revise his report or whether you and he simply intend to rest on his deposition testimony as to this point.

    I look forward to hearing from you.

                                 Sincerely yours,

                                  M. Hamilton Whitman, Jr.

MHWjr/pl

  cc:   All counsel
           Eric M. Veit, Esquire