IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | |
| OF ETERNITY SHIPPING, LTD and | | |
| EUROCARRIERS, S.A., | * | |
| | | |
| *in a cause for exoneration from* | * | Civil Action No. L-01-250 |
| *or limitation of liability* | | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 1-8, which are attachments to "Claimant-Josefina Gonzales' Opposition to Limitation Plaintiffs' Motion for Summary Judgment," exist only in paper format and are longer than fifteen pages or, if scanned, will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

                                                                Respectfully submitted,

                                                                /s/
                                          R. Blake Brunkenhoefer (S.D.Tex. #15559)*
                                          BRUNKENHOEFER & ASSOCIATES, P.C.
                                          1770 Tower II
                                          555 N. Carancahua
                                          Corpus Christi, Texas 78478
                                          (361) 888-6655
                                          Fax (361) 888-5855
                                          bbrunk@gulfattorneys.com
                                          (* Admitted Pro Hac Vice)

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing document was served via e-mail notification from the District Court and in the manner indicated, upon:

| | |
|---|---|
| M. Hamilton Whitman, Jr. <br> OBER, KALER, GRIMES <br> & SHRIVER, P.C. <br> 120 E. Baltimore Street <br> Baltimore, MD 21202 <br> **(VIA CM/RRR)** | James D. Skeen <br> WRIGHT, CONSTABLE <br> & SKEEN, L.L.P. <br> 1 Charles Center, 16th Floor <br> 100 N. Charles Street <br> Baltimore, MD 21201 <br> **(VIA CM/RRR)** |
| Jeffrey J. Asperger <br> Erin Walz <br> ASPERGER CARAHER, L.L.C. <br> Three Illinois Center <br> 303 East Wacker Drive, Suite 1000 <br> Chicago, Illinois 60601 <br> **(VIA CM/RRR)** | Bernard J. Sevel <br> ARNOLD, SEVEL & GAY, P.A. <br> Two N. Charles Street, Suite 560 <br> Baltimore, MD 21201 <br> **(VIA CM/RRR)** |
| Robert G. Clyne <br> HILL, RIVKINS & HAYDEN, L.L.P. <br> 45 Broadway, Suite 1500 <br> New York, NY 10006-3739 <br> **(VIA CM/RRR)** | James W. Bartlett, III <br> SEMMES, BOWEN & SEMMES <br> 250 W. Pratt Street, 16th Floor <br> Baltimore, MD 21201-2423 <br> **(VIA CM/RRR)** |
| Francis J. Gorman <br> GORMAN & WILLIAMS <br> Two N. Charles Street, Suite 750 <br> Baltimore, MD 21201 <br> **(VIA CM/RRR)** | W. Charles Bailey, Jr. <br> SIMMS SHOWERS, L.L.P. <br> 20 S. Charles St., Suite 702 <br> Baltimore, MD 21201-3291 <br> **(VIA CM/RRR)** |

in accordance with all applicable provisions of the Federal Rules of Civil Procedure, on this the 8th day of November, 2004.

/s/
R. Blake Brunkenhoefer