LAW OFFICES
OF
# SKEEN & KAUFFMAN, L.L.P.
800 NORTH CHARLES STREET, SUITE 400
BALTIMORE, MARYLAND 21201

JAMES D. SKEEN
TELEPHONE (410) 625-2252
FACSIMILE (410)625-2292
EMAIL jskeen@skaufflaw.com

November 19, 2004

**VIA ELECTRONIC FILING**

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

        Re:    In the Matter of the Complaint of
                  Eternity Shipping, Ltd., et al,
                  For Exoneration from or Limitation of Liability
                  Civil Action No.: L-01-CV-0250

Dear Judge Legg:

      In the spirit of cooperation the parties have reached an agreement on resolving the issues raised in Mr. Whitman's letter of November 8, 2004 concerning references to the United States Coast Guard Marine casualty investigation report and Tate & Lyle's Motion for Sanctions and Tate & Lyle's and Gonzales response to ABS's Motion for Summary Judgment.

      Counsel would propose the following for the Courts approval:

      1.    Tate & Lyle and Gonzales have prepared an Amended Response to ABS's Motion for Summary Judgment and seek the Courts approval to file. On the Courts approval of this request, the Amended Response will be filed.

      2.    Tate & Lyle's Motion for Sanction will be referred to an U.S. magistrate upon the filing of Tate & Lyle's reply memorandum.

      3.    The date for filing the final round of reply briefs in support of pending motions will be moved from November 22, 2004, to two weeks from the filing of Tate & Lyle's and Gonzales Amended Response to ABS's Motion for Summary Judgment.

      In light of the joint submission of these requests, counsel will presume that the Court has no objection to the third request so that it will be unnecessary to file Reply Briefs on Monday, November 22.

      Thank you for your consideration of this Joint proposal.

                            Very truly yours,

                            James D. Skeen

cc:
All counsel on record

JDS/mlh