# HILL RIVKINS

**HILL RIVKINS & HAYDEN LLP**
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                e-mail: thefirm@hillrivkins.com

*Via E-Filing*

November 23, 2004

Clerk of the Court
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore. MD 21201

> RE:   In the Matter of the Complaint of
> Eternity Shipping Ltd., *et al.*
> For Exoneration from or Limitation of Liability
> Civil Action No. L-01-CV-0250
> Our Ref.: 28005-RGC/JAS
> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Sir:

We represent Third-Party Defendant American Bureau of Shipping ("ABS") in connection with the captioned matter and enclose herewith for filing the signed Affirmation of Joseph Fortin, an unsigned copy of which had been submitted as Exhibit F to ABS' Motion for Summary Judgment, docket number 76. We request that the signed affirmation be substituted in place of the unsigned affirmation. A copy of the signed affirmation was provided to all counsel on November 8, 2004.

We appreciate your attention to the foregoing. Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

HILL RIVKINS & HAYDEN LLP

*[signature]*

James A .Saville, Jr.

28005079-CLERK

NEW JERSEY OFFICE:
51 Newark Street, Suite 404
Hoboken, NJ 07030-4543
Tel: (201) 222-5180 Fax: (201) 222-5182
e-mail: thefirm@hillrivkins.com

TEXAS OFFICE:
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT OFFICE:
1115 Broad Street
Bridgeport, CT 06604
Tel: (203) 367-5535 Fax: (203) 367-5536
e-mail: thefirm@hillrivkins.com

Clerk of the Court
United States District Court
District of Maryland
November 23, 2004
<u>Page Two</u>

cc:
*Blake Brunkenhoefer, Esq.*
Brunkenhoefer & Hall P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas  78478

*W. Charles Bailey, Jr., Esq.*
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland  21201

*Bernard J. Sevel, Esq.*
Arnold, Sevel & Gay, P.A.
The B&O Building, Suite 560
2 North Charles Street
Baltimore, Maryland  21201

*James D. Skeen, Esq.*
Skeen & Kauffman, LLP
800 North Charles Street
Suite 400
Baltimore, Maryland  21201

*Jeffrey J. Asperger, Esq.*
Asperger Caraher, L.L.C.
303 East Wacker Drive
Chicago, Illinois  60601

*Francis J. Gorman, P.C.*
Gorman & Williams
Two North Charles Street
Baltimore, Maryland  21201-3754

*M. Hamilton Whitman, Jr., Esq.*
Ober Kaler Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202

