

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410-347-7354

Offices In
Maryland
Washington, D.C.
Virginia

January 6, 2005

**VIA ELECTRONIC FILING**

The Honorable James K. Bredar
United States District Court
 for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

    Re:    In the Matter of the Complaint of
              Eternity Shipping Ltd., et al.
              for Exoneration from or Limitation of Liability
              Civil Action No.: L-01-CV-0250

Dear Judge Bredar:

      I write on behalf of all counsel in connection with the Settlement Conference scheduled for January 26, 2005 in this case.

      There are motions for summary judgment now pending as to a number of claims in the case. Pursuant to the revised schedule for briefing the outstanding motions, which was issued by Judge Legg this week, all final briefs on the pending motions will be filed no later than February 4, 2005. The motions for summary judgment will then be ripe for decision.

      Counsel have agreed that it would be more productive to hold the Settlement Conference after the Court has decided the outstanding summary judgment motions. We therefore request that the Settlement Conference now scheduled for January 26, 2005 be postponed until the earliest available date after the Court has ruled on the outstanding motions for summary judgment. We propose that we be tasked to notify your Honor upon our receipt of Judge Legg's rulings, so that the Settlement Conference can then be reset for the first available date.



The Honorable James K. Bredar
January 6, 2005
Page 2

We appreciate your Honor's consideration of this request.

Respectfully yours,

M. Hamilton Whitman, Jr.

MHWjr/pkp

cc: The Honorable James K. Bredar (Via Hand-Delivery)
The Honorable Benson E. Legg (Via Electronic Filing)
All Counsel of Record (Via Electronic Filing)