UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**JAMES K. BREDAR**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0950**<br>**(410) 962-2985 FAX** |

January 6, 2005

Marland Hamilton Whitman, Jr., Esquire
Eric M. Veit, Esquire
Ober Kaler Grimes and Shriver
120 East Baltimore Street
Baltimore, Maryland   21202-1643

John Walter Sippel, Jr., AUSA
Office of the U.S. Attorney
Sixth Floor, U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland   21201

Bernard J. Sevel, Esquire
Arnold Sevel and Gay PA
B&O Bldg, Suite 540
Two North Charles Street
Baltimore, Maryland   21201

W. Charles Bailey, Jr., Esquire
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, Maryland   21201-3754

James D. Skeen, Esquire
Skeen and Kauffman LLP
800 North Charles Street, Suite 400
Baltimore, Maryland   21201

Jeffrey J. Asperger, Esquire
Asperger Caraher LLC
Three Illinois Center
303 East Wacker Drive
Chicago, Illinois   60601

Francis Joseph Gorman, Esquire
Gorman and Williams PC
Two North Charles Street, Suite 750
Baltimore, Maryland   21201

James W. Bartlett, III, Esquire
Alexander M. Giles, Esquire
250 West Pratt Street
Baltimore, Maryland   2101

James A. Saville, Esquire
Robert G. Clyne, Esquire
Hill Rivkins and Hayden LLP
45 Broadway Suite 1500
New York, New York   10006-3739

Subject:   *In the Matter of the Complaint of Eternity Shipping, Ltd. and Eurocarriers, S.A. for Exoneration from or Limitation of Liability v American Bureau of Shipping*
   Civil No. BEL-01-250

Dear Counsel:

Letter to Counsel - *Eternity Shipping v Am Bureau of Shipping*
Page 2
January 6, 2005

     I am in receipt of counsel's letter requesting a postponement of the mediation and settlement conference scheduled for **Wednesday, January 26, 2005, at 10:00 a.m.** The request is granted, and the settlement conference is VACATED.

     It is understood that counsel will contact my assistant Charlotte Wyatt for rescheduling of the settlement conference, if needed, after rulings have issued on the parties' Motions for Summary Judgment.

     Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                                                            Very truly yours,

                                                                      /s/

                                                         James K. Bredar
                                                         United States Magistrate Judge

JKB/cw
cc: The Hon. Benson E. Legg
    Court file
    Chambers file