IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE COMPLAINT OF | | |
| ETERNITY SHIPPING, LTD. AND | * | Civil Action No.: L01CV0250 |
| EUROCARRIERS, S.A. | | |
| FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF R. BLAKE BRUNKENHOEFER

I R. Blake Brunkenhoefer hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Texas, the United States District Courts of the Southern, Northern, Eastern and Western Districts of Texas, and I have been admitted *pro hac* vice in other state and federal courts around the United States. I am over the age of 21; I have never been convicted of a crime of moral turpitude; and all the facts stated herein are true and correct and based on my personal knowledge.

2. On behalf of Claimant-Josefina Gonzales, I have filed her Opposition to the Motion(s) for Summary Judgment (and attendant Memoranda) filed by Claimant-Tate & Lyle North American Sugars, Inc. herein. Attached to said Opposition are several exhibits, including documents produced in discovery and other discovery materials.

3. Pursuant to Fe. R. Civ P. 56, I hereby declare that, in all instances, the exhibits are true and correct copies of the originals filed by myself, or sent to me by the Court reporter taking said deposition(s), the attorney producing said document(s), or the Affiant of said affidavit(s).

Pursuant to Fed. R. Civ. P. 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th Day of January, 2005.

/s/ _____
R. Blake Brunkenhoefer