→ *Too much rust ?*

## Vessel : M/V "LEON I"

DATE: March 2000

PORT: Crockett, USA – Vancouver, Canada

Photos & Report by Supt. Engineer Mr. Th. Tampathanis

### OFFICE CIRCULATION SLIP

| | | DATE | SIGNATURE |
|---|---|---|---|
| TECHNICAL | TM | 17/5/00 | |
| | PC | | |
| | SE | €1/00/00 | Tampathanis |
| MANAGEMENT | | | |
| OPERATIONS | | 26/6/00 | |
| CREW | | 26/6/00 | |
| PURCHASING | | 28/6/00 | |
| TECHNICAL | TM | | |
| | Author | | |
| QUALITY | | 12/7 | |

Please return to Technical Department

Auropoulos EXHIBIT 2
FOR IDENTIFICATION

PAGE........ OF ............PAGES
DANIELLE COVARRUBIAS, CSR

DATE...... 5/29 /2003

WITNESS ..........................

EXHIBIT 5

EC004584

## CLASSIFICATION / P&I / H&M INSURANCE / PORT STATE CONTROL:

\* VESSEL INSPECTED BY U.S.C.G. WHEN SHE WAS AT CROCKETT PORT WITH A SATISFACTORY RESULT. RELATIVE REPORT IS ATTACHED HEREWITH.

EC004589

ARE THERE ANY WORKING CARGO WIRES IN NEED OF REPLACEMENT? IF POSITIVE, ADVISE REASONS:

NO

LIST OF SPARE CARGO BLOCKS AND INDIVIDUAL SPARES (SHEAVES, PINS, BEARINGS) AVAILABLE ONBOARD. REFER TO MAKERS' MARKING AND SIZE:

NO SPARE CARGO BLOCKS OR INDIVIDUAL SPARES AVAILABLE ONBOARD

LIST OF CARGO BLOCKS AND/OR INDIVIDUAL SPARES TO BE SUPPLIED TO ENSURE BACK-UP IN CASE OF ANY POSSIBLE DAMAGE:

—

ARE THERE ANY CARGO BLOCKS IN NEED OF REPLACEMENT? IF POSITIVE, ADVISE REASON:

NO

NARRATIVE:
- REFERENCE TO CARGO BLOCKS', WIRES' AND WINCHES' CONDITION AND IF PROPER MAINTENANCE IS FOLLOWED.

* CARGO BLOCKS WERE ALL RECENTLY OVERHAULED DURING REPAIRS IN CHINA AND STILL ARE IN GOOD CONDITION
* CARGO WIRES ARE STILL IN GOOD WORKING CONDITION
* ONE ELECTRIC MOTOR REPAIRED / REWOUND AND INSTALLED TO No1 CRANE.

EC004600

Annual Exam

**Department of Transportation**
**U.S. COAST GUARD**
MSO-SF(5-97)

# UNITED STATES COAST GUARD
# PORT STATE CONTROL REPORT

DATE: 14 MAR 00

VESSEL NAME: LEON I  VESSEL TYPE: BLKS
CALL SIGN: 9HG46  GT: 19872  YEAR BUILT: 1981  FLAG: MALTA
BOARDING PORT: SFCMS, CROCKETT C&H  LLOYDS NUMBER: 7637864

AREAS EXAMINED:

| CONDUCTED DRILLS | U.S. NAVIGATION SAFETY REGS | LIFESAVING EQUIPMENT | CERTIFICATES | U.S. POLLUTION PREVENTION REGS |
|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ |

| DEFICIENCY DESCRIPTION | DEFICIENCY CITATION | ACTION TAKEN OR REQUIRED |
|---|---|---|
| 1) Replace damage flame screens for fuel oil tanks 7P, 5P, 4P, 4S. | SOLAS 74 AS AMENDED CH II-2/2.2.5 | CORRECT PRIOR TO RETURN TO U.S. AFTER SAILING FOREIGN |
| 2) Replace missing vent closures for air vent in way of main deck port ~~STBD~~ escape hatch. | ICLL 66 REG 19 | CORRECT PRIOR TO RETURN TO U.S. |
| 3) Replace missing vent closure for air vent in way of ~~port~~ STBD poop deck house passageway | ICLL 66 REG 19 | CORRECT PRIOR TO RETURN TO U.S. |
| 4) Repair hatch cover to tunnel access located between #4 and #5 holds | ICLL 66 REG 16 | CORRECT PRIOR TO RETURN TO U.S. |

Copy delivered to: X ERNESTO ESCATOR MASTER  X _____ (Signature)
(Printed Name/Position)

Boarding Officer: MK1 D. MARK CUMMINGS  _____ (Signature) Mark Cummings MK1
(Printed Name)

Unit Name and Address:
Commanding Officer
USCG Marine Safety Office
San Francisco Bay
Bldg 14, Coast Guard Island
Alameda, CA 94501-5100
ATTN: Vessel Boarding Branch
www.uscg.mil/d11/msosf

Office: (510) 437-3073
Facsimile: (510) 437-3072

Boarding Team Members:
LT. Stewart
Ltjg. Miller
MKCS Hanson

This report is for information only. Notice will be given if penalty action is initiated.

EC004621