

No: CSB 0000070

# Safety Management Certificate (Short Term)

*Issued under the provisions of the International Convention for the Safety of Life at Sea 1974, as amended, under the authority of the Government of the REPUBLIC OF MALTA*

### Particulars of ship

| | |
|---|---|
| Name of ship | M.V. LEON I |
| Distinctive number or letters | 9 H G Y 6 |
| Port of registry | VALLETTA |
| Type of ship | BULK CARRIER |
| Gross tonnage | 19872 |
| IMO number | 7637864 |
| Name and address of the Company[1] | EUROCARRIERS S.A. ATHENS GREECE |

*This is to certify that the Safety Management System of the ship has been audited and that it complies with the requirements of the International Management Code for the Safe Operation of Ships and for Pollution Prevention (ISM Code), adopted by the Organisation by Res. A.741(18) as amended, following verification that the Document of Compliance for the Company is applicable to this type of ship.*

This Safety Management Certificate is valid until     **21 October 2000**

Issued at **CASABLANCA**     on  **22 May 2000**

The undersigned declares that Lloyd's Register of Shipping is duly authorised by the said Government to issue this certificate.

M.S. BERNAT   ARN 13
Lloyd's Register of Shipping
71 Fenchurch Street, London EC3M 4BS

1. See paragraph 1.1.2 of the ISM Code
2. If applicable
3. To be completed between the **second** and the **third** anniversary date

FORM 2185 (06/98)

**EXHIBIT 6**