IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

---

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * | CIVIL ACTION NO.<br><br>L-01-CV-0250 |

\* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2005, a copy of the foregoing was served on certain counsel of record by way of the court's electronic filing system and was mailed to all other counsel of record below:

> Bernard J. Sevel, Esquire
> Phillip Wright, Esquire
> Arnold, Sevel & Gay, P.A.
> The B&O Building, Suite 560
> 2 North Charles Street
> Baltimore, Maryland 21201
>
> Attorneys for Claimant Robert J. Cantey
> and Claimant William Langeville
>
> and
>
> James D. Skeen, Esquire
> Skeen & Kauffman
> 800 North Charles Street, Suite 400
> Baltimore, Maryland  21201
>
> and

3

Jeffrey J. Asperger, Esquire
Erin Walz, Esquire
Asperger Caraher, L.L.C.
Three Illinois Center
303 East Wacker Drive
Chicago, Illinois 60601

Attorneys for Claimant Robert J. Cantey,
Claimant William Langeville, and
Claimant Tate & Lyle North American Sugars, Inc.

and

Francis J. Gorman, P.C.
Gorman & Williams
Two North Charles Street
Baltimore, Maryland 21201-3754

Attorneys for Louis Dreyfus Sugar Company

and

R. Blake Brunkenhoefer, Esquire
Brunkenhoefer & Associates, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478

and

W. Charles Bailey, Jr., Esquire
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland 21201

Attorneys for Claimant Josefina Gonzales

and

Robert G. Clyne, Esquire
James A. Saville, Jr., Esquire
Hill Rivkins & Hayden, LLP
45 Broadway, Suite 1500
New York, New York 10006

4

and

James W. Bartlett, III, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423

Attorneys for Third Party Defendant
American Bureau of Shipping

_____
M. Hamilton Whitman, Jr.

5