

ORIGINAL

FEE PAID
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE COMPLAINT
OF ETERNITY SHIPPING, LTD.,
ET AL. (limitation of liability)   *

        Plaintiff(s)   *

        Case No.: 1:01-CV-00250-BEL

vs.   *

        Defendant(s)

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, W. Charles Bailey, Jr. , am a member in good standing of the bar of this Court. My bar number is 023580 am moving the admission of R. Blake Brunkenhoefer to appear *pro hac vice* in this case as counsel for Claimant Josefina Gonzales

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State Bar of Texas | November 6, 1992 |
| U.S. District Court, Southern District of Texas | July 30, 1993 |
| U.S. District Court, Eastern District of Texas | August 9, 1994 |
| U.S. District Court, Western District of Texas | October 26, 1994 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __1__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 05 FEB -9 P 1:

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice



of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or ___W. CHARLES BAILEY, JR.___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.   The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT  
_[signature]_  
Signature

W. Charles Bailey, Jr.

SIMMS SHOWERS, L.L.P  
Firm  
20 S. Charles St., Ste. 702  
Baltimore, MD 21201-3754  
Address

(410) 783-5795  
Telephone Number

(410) 783-1368  
Fax Number

PROPOSED ADMITTEE  
_[signature]_  
Signature

R. Blake Brunkenhoefer  
Printed Name

BRUNKENHOEFER & ASSOCIATES, P.C  
Firm  
555 N. Carancahua, Ste. 1770, Tower II  
Corpus Christi, TX 78478

(361) 888-6655  
Telephone Number

(361) 888-5855  
Fax Number

********************************************************************

### ORDER

☒ GRANTED       ☐ DENIED

2-9-05  
Date

Felicia C. Cannon  
Clerk, United States District Court  
by: _[signature]_ Lisa Stancov