LAW OFFICES
OF
## SKEEN & KAUFFMAN, L.L.P.
911 NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201

JAMES D. SKEEN
TELEPHONE (410) 625-2252
FACSIMILE (410)625-2292
EMAIL jskeen@skaufflaw.com

March 24, 2005

The Honorable James K. Bredar,
U.S. Magistrate Judge
United States District Court
for the District Of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

        **RE:**    In the Matter of the Complaint of Eternity Shipping, Ltd and Eurocarriers, S.A. for Exoneration from or Limitation of Liability
                Civil Action No.: BEL-01-0250

Dear Judge Bredar:

      We must regretfully request another short extension of time to submit a joint motion for modification of the discovery schedule to Chief Judge Legg, in accordance with your Memorandum and Order of February 24, 2005 in this case.

      Jeff Asperger, lead counsel for Tate & Lyle has just concluded his trial in Phoenix and there has been insufficient time for counsel to confer and resolve discovery issues in accordance with your order. In light of the holiday weekend, we would respectfully request an extension until Friday, April 1, 2005 to submit the joint motion.

      The extension should not effect the schedule in this case as no further proceedings will be scheduled until the court rules on the pending motion for summary judgment.

      There are no objections to this request from the other parties in this case. We would respectfully request your approval of this revision to your Order.

                                                      Very truly yours,

                                                              /s/

                                                           James D. Skeen

cc: Chief Judge Benson E. Legg
    All Counsel
JDS/mlh