

# eurocarriers s.a.

Voula Center
102-104, V. PAVLOU STR.
GR-166 73, VOULA
GREECE

TEL: +301 9659781
FAX: +301 9659780
TLX: 215531 EURO GR
     215594 EURO GR

 

LLOYDS
ISM
CERTIFIED
1997

119390



Telefax

| | | | |
|---|---|---|---|
| TO   : ABS PIRAEUS | | FAX NO. : 4293218 |
| ATTN : MR. ADAMOPOULOS | | OUR REF : TECH/NK/1200 |
| FROM : TECH & PC DEPT. | | DATE    : 21.06.99 |
| Total number of pages   1 | | |
| RE   : M/V "LEON I" - GRT 19,872 | | |

PLEASE BE INFORMED THAT WE WISH TO RETROFIT TO OUR CAPTIONED GEARLESS BULK CARRIER FOUR DECK CRANES OF 25 TONS EACH.

PLEASE ADVISE WHETHER YOU MAY CARRY OUT THE NECESSARY TECHNICAL STUDY (STRENGTH - STABILITY) FOR NECESSARY REINFORCEMENTS.
IF POSITIVE, PLEASE ADVISE COST INVOLVED AND TIME REQUIRED.

PLEASE ALSO ADVISE APPROVAL COST INVOLVED.


BEST REGARDS
FOR EUROCARRIERS S.A.
(AS AGENTS ONLY)

N. KEKRIDIS
TECHNICAL MANAGER



EXHIBIT A

EC003058