**Christine Cusack**

| | |
|---|---|
| **From:** | Christine Cusack |
| **Sent:** | Wednesday, March 23, 2005 5:37 PM |
| **To:** | 'wcbailey@simmsshowers.com'; 'bbrunk@gulfattorneys.com'; 'jbartlett@semmes.com'; 'bcole@semmes.com'; 'agiles@semmes.com'; 'clyon@semmes.com'; 'rclyne@hillrivkins.com'; 'FJGorman@GandWlaw.com'; 'jsaville@hillrivkins.com'; 'berniesevel@aol.com'; 'jskeen@skaufflaw.com'; 'mhwhitman@ober.com'; 'pkpalmer@ober.com' |
| **Cc:** | Jeff Asperger |
| **Subject:** | Proposed Joint Motion |

Attached is a Proposed Joint Motion to Modify Discovery Schedule (in both WordPerfect and Word formats) per Judge Bredar's Memorandum and Order dated Feb. 24, 2005.  Please review same and submit any proposed changes to my attention before 1:00 p.m. CST at which time this Motion will be filed.
Thank you.




oint mtn. to modify   oint mtn. to modify
discovery...              discovery...

Christine M. Cusack, Paralegal
Asperger Associates LLC
Three Illinois Center
303 East Wacker Drive, Suite 1000
Chicago, Illinois  60601
312.240.0930 (Direct)
312.856.9901 (Main)
312.856.9905 (Fax)



**EXHIBIT**
_C_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

IN THE MATTER OF              *

THE COMPLAINT OF

ETERNITY SHIPPING, LTD. AND     *     Civil Action No.: L01CV0250

EUROCARRIERS, S.A.

FOR EXONERATION FROM OR      *

LIMITATION OF LIABILITY

                         *

*    *    *    *    *    *    *    *    *    *    *    *    *

## JOINT MOTION TO MODIFY DISCOVERY SCHEDULE

NOW COME all parties, by and through their respective attorneys, and hereby submit this

Joint Motion to Modify the Discovery Schedule, and in support thereof states as follows:

1.     This matter involves a fatal accident which occurred in July 2000 aboard the M/V

Leon as it discharged bulk sugar at Tate & Lyle Northern American Sugars, Inc.'s ("Tate & Lyle")

refinery in Baltimore.  A cable supporting the boom of a crane aboard the vessel parted, and the

boom collapsed onto the boom of a shore-side crane that, in turn, plunged into a hold of the vessel.

Two crewmen aboard the vessel were killed.

2.     Tate & Lyle had the M/V Leon arrested following this incident and filed this lawsuit

in August 2000. Eternity Shipping, Ltd. and Eurocarriers, S.A. ("ESL/EC") filed a limitation action

in September 2000 and American Bureau of Shipping ("ABS") was joined in the action in May

2002.

3.     Based on the contested liability, the amount of damages at issue, the number of

parties involved in the case, the extensive investigation involved, the numerous discovery documents

and the complexity of the issues, the parties feel it is necessary to amend the discovery schedule as

follows:

    a.     claimants'/third-party plaintiff's expert reports due: April 24, 2005;

    b.     limitation plaintiffs'/third-party defendants' expert reports due: May 24, 2005;

    c.     completion of expert discovery: June 24, 2005; and

    d.     dispositive motions due: July 25, 2005.

WHEREFORE, the parties respectfully request this Honorable Court amend the discovery schedule as proposed and for any and all other relief this Court deems fair and appopriate.

Agreed to by:


_____/s/_____
Jeffrey J. Asperger
Attorney for Tate & Lyle Northern American Sugars, Inc.


_____
Robert G. Clyne
Attorney for American Bureau of Shipping


_____
M. Hamilton Whitman, Jr.
Attorney for Eternity Shipping, Ltd. and Eurocarriers, S.A.


_____
R. Blake Brunkenhoefer
Attorney for Josefina Gonzalez