**Christine Cusack**

| | |
|---|---|
| **From:** | Christine Cusack |
| **Sent:** | Thursday, March 31, 2005 9:13 AM |
| **To:** | wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; rclyne@hillrivkins.com; FJGorman@GandWlaw.com; jsaville@hillrivkins.com; berniesevel@aol.com; jskeen@skauflaw.com; 'Whitman, M. Hamilton Jr.'; clyon@semmes.com |
| **Cc:** | Jeff Asperger |
| **Subject:** | Tate & Lyle remaining discovery |

Gentlemen:

This will confirm my telephone discussions with both Tony and Bob regarding the remaining discovery. We will disclose Mike Parnell as our rebuttal expert. Tony has indicated he wants to take the depo. To solve the Heiner Popp issue, Tony has offered him for depo. If discovery is extended, we intend to continue to person the depo of Balita. Unless I hear from anyone else, this summarizes our positions and I suggest we indicate that we will need 90 days to complete this work. Tony, would you be kind enough to put all this in writing, if we are in agreement? Please feel free to use our proposal in preparing your draft. Thanks.

Jeff


Jeffrey J. Asperger
Asperger Associates LLC
Three Illinois Center
303 East Wacker Drive, Suite 1000
Chicago, Illinois  60601
312.856.9901 (Main)
312.856.9905 (Fax)

1


EXHIBIT F