**Christine Cusack**

| | |
|---|---|
| **From:** | Jeff Asperger |
| **Sent:** | Monday, May 02, 2005 7:47 PM |
| **To:** | 'Whitman, M. Hamilton Jr.' |
| **Cc:** | 'Robert G. Clyne'; 'wcbailey@simmsshowers.com'; 'bbrunk@gulfattorneys.com'; 'jbartlett@semmes.com'; 'bcole@semmes.com'; 'agiles@semmes.com'; 'FJGorman@GandWlaw.com'; 'berniesevel@aol.com'; 'jskeen@skaufflaw.com'; 'clyon@semmes.com'; Christine Cusack; Daile Grigaitis; James A. Saville (jsaville@hillrivkins.com) |
| **Subject:** | Tate & Lyle: remaining discovery |

Tony and folks,

I propose the week of June 13 for the depo of Heiner Popp and our wire rope expert, Mike Parnell. The latter part of the week would work best. Please advise so that we can complete this discovery within the time limits set by the court. I will check dates with Mr. Parnell and follow up if you would advise of the availability of Capt. Popp. Thanks.

Jeff

Jeffrey J. Asperger
Asperger Associates LLC
Three Illinois Center
303 E. Wacker Dr. Suite 1000
Chicago, IL 60601
PH: 312.856.9901
FAX: 312.856.9905

This message contains material that may be **ATTORNEY/CLIENT privileged, confidential and exempt from disclosure** under applicable law. If you are not the intended recipient of this message, any dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail in error, please notify us immediately by replying to this message and then permanently deleting the original. Your receipt of this message is not intended to waive any applicable privileges.



1