## Christine Cusack

**From:** Jeff Asperger
**Sent:** Tuesday, June 07, 2005 5:24 PM
**To:** 'Robert G. Clyne'; Whitman, M. Hamilton Jr.; Christine Cusack
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; bernieseveI@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

Bob,

That is our agreement. If we don't have a ruling on this issue soon, I would propose that we provide a letter status update to the magistrate so that we can have some closure on this issue. Of course, please let us know if you folks decide that you have no interest in taking our wire rope expert's depo. We can then ask the magistrate to proceed on the pending motions, including our motion for sanctions. I know we all wish to get this matter moving, but we will not make any nonrefundable flight bookings until the matter is resolved. I will prepare a letter for the magistrate which I will forward to both of you for your approval.

Jeff

-----Original Message-----
**From:** Robert G. Clyne [mailto:RClyne@hillrivkins.com]
**Sent:** Tuesday, June 07, 2005 5:03 PM
**To:** Whitman, M. Hamilton Jr.; Christine Cusack; Jeff Asperger
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; bernieseveI@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

I will get back to you as well but we need to be perfectly clear on one issue. As per our understanding with Jeff, there will be no depositions without a court order authorizing same. Therefore, please do not tell us later on that witnesses have unrefundable flights and, thus, the depositions must go forward. No court order - no depositions. Consider yourselves on notice. Thank you.

Robert G. Clyne
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, NY 10006
Tele (212)669-0600
Fax (212)669-0698/0699

-----Original Message-----
**From:** Whitman, M. Hamilton Jr. [mailto:mhwhitman@ober.com]
**Sent:** Tuesday, June 07, 2005 5:58 PM
**To:** Christine Cusack; Jeff Asperger; Robert G. Clyne
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; bernieseveI@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

Christine:

I will be away from the office the remainder of this week but will get back to you.

Tony Whitman

**M. Hamilton Whitman, Jr.**
410-347-7354

6/13/2005


EXHIBIT U

# OBER | KALER

*Attorneys at Law*

www.ober.com
410-547-0699 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202

---

**From:** Christine Cusack [mailto:ccusack@asplaw.net]
**Sent:** Friday, June 03, 2005 10:26 AM
**To:** Whitman, M. Hamilton Jr.; Jeff Asperger; Robert G. Clyne
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

All,
Mike Parnell does not have any available dates in July for his deposition as he is already committed to work on 4 different projects during the month. He has availability as follows:
August 1 - 5
August 8 - 12
August 15 - 19
August 29 - September 2
Please let me know your availability on these dates. Please also advise if you still wish to produce Captain Popp for deposition in July or if you would prefer to schedule him during August when Mike Parnell is scheduled.
Thank you,
Christine Cusack


Christine M. Cusack, Paralegal
Asperger Associates LLC
Three Illinois Center
303 East Wacker Drive, Suite 1000
Chicago, Illinois 60601
312.240.0930 (Direct)
312.856.9901 (Main)
312.856.9905 (Fax)

> -----Original Message-----
> **From:** Whitman, M. Hamilton Jr. [mailto:mhwhitman@ober.com]
> **Sent:** Tuesday, May 03, 2005 3:11 PM
> **To:** Jeff Asperger; Robert G. Clyne
> **Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
> **Subject:** RE: Tate & Lyle: remaining discovery
>
> Jeff, Bob and all:
>
> I would be happy to block dates in July, on the express understanding that we are not agreeing to discovery

absent direction from the court. I have a three week arbitration beginning June 6, with depositions out of town and out of the country still to accomplish, along with all other hearing preparations, in the weeks between now and the hearing. I will also need to provide lead time to Heiner Popp, as he is retired and living in Colorado. Can we all hold July 5, 6 & 7 or July 13, 14 & 15?

Jeff, we need to have a report from Mr. Parnell.

I suggest a conference call Monday or Tuesday of next week.

Tony

**M. Hamilton Whitman, Jr.**
410-347-7354
mhwhitman@ober.com

# OBER | KALER

*Attorneys at Law*

www.ober.com
410-547-0699 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202

---

**From:** Jeff Asperger [mailto:jasperger@asplaw.net]
**Sent:** Tuesday, May 03, 2005 3:01 PM
**To:** 'Robert G. Clyne'; Jeff Asperger; Whitman, M. Hamilton Jr.
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

So what. If the court grants any extension, which it has indicated it intends to do, we will not have to scramble to complete the depos if we have dates set aside. If no extension is given, we simply do not proceed with the depos. There are lots of schedules to coordinate with summer vacations and such. Has this come to the point where we cannot agree to cooperate to get discovery done? Your choice.

-----Original Message-----
**From:** Robert G. Clyne [mailto:RClyne@hillrivkins.com]
**Sent:** Tuesday, May 03, 2005 12:51 PM
**To:** Jeff Asperger; Whitman, M. Hamilton Jr.
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

There was no agreed order.

Robert G. Clyne
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, NY 10006
Tele (212)669-0600

Fax (212)669-0698/0699

-----Original Message-----
**From:** Jeff Asperger [mailto:jasperger@asplaw.net]
**Sent:** Tuesday, May 03, 2005 1:50 PM
**To:** 'Whitman, M. Hamilton Jr.'; Robert G. Clyne; Jeff Asperger
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

I am presuming that the court will enter the agreed order as requested, and I don't believe we should wait to schedule this discovery given how busy we all are. Tony, you indicated you have a difficult schedule. So do I. Is there a problem with talking about dates now? Thanks.

Jeff

-----Original Message-----
**From:** Whitman, M. Hamilton Jr. [mailto:mhwhitman@ober.com]
**Sent:** Tuesday, May 03, 2005 10:59 AM
**To:** Robert G. Clyne; Jeff Asperger
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

Nor have I.

**M. Hamilton Whitman, Jr.**
410-347-7354
mhwhitman@ober.com

# OBER|KALER

*Attorneys at Law*

www.ober.com
410-547-0699 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202

---

**From:** Robert G. Clyne [mailto:RClyne@hillrivkins.com]
**Sent:** Tuesday, May 03, 2005 11:51 AM
**To:** Jeff Asperger; Whitman, M. Hamilton Jr.
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

What time limits are we talking about that have been set by the court? I have not seen an order.

Robert G. Clyne
Hill Rivkins & Hayden LLP

6/13/2005

45 Broadway, Suite 1500
New York, NY 10006
Tele (212)669-0600
Fax (212)669-0698/0699

-----Original Message-----
**From:** Jeff Asperger [mailto:jasperger@asplaw.net]
**Sent:** Monday, May 02, 2005 8:47 PM
**To:** 'Whitman, M. Hamilton Jr.'
**Cc:** Robert G. Clyne; 'wcbailey@simmsshowers.com'; 'bbrunk@gulfattorneys.com'; 'jbartlett@semmes.com'; 'bcole@semmes.com'; 'agiles@semmes.com'; 'FJGorman@GandWlaw.com'; 'berniesevel@aol.com'; 'jskeen@skaufflaw.com'; 'clyon@semmes.com'; Christine Cusack; Daile Grigaitis; James A. Saville
**Subject:** Tate & Lyle: remaining discovery


Tony and folks,

I propose the week of June 13 for the depo of Heiner Popp and our wire rope expert, Mike Parnell. The latter part of the week would work best. Please advise so that we can complete this discovery within the time limits set by the court. I will check dates with Mr. Parnell and follow up if you would advise of the availability of Capt. Popp. Thanks.

Jeff

Jeffrey J. Asperger
Asperger Associates LLC
Three Illinois Center
303 E. Wacker Dr. Suite 1000
Chicago, IL 60601
PH: 312.856.9901
FAX: 312.856.9905

This message contains material that may be **ATTORNEY/CLIENT privileged, confidential and exempt from disclosure** under applicable law. If you are not the intended recipient of this message, any dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail in error, please notify us immediately by replying to this message and then permanently deleting the original. Your receipt of this message is not intended to waive any applicable privileges.

6/13/2005