IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE COMPLAINT OF | | |
| ETERNITY SHIPPING, LTD. AND | * | Civil Action No.: L01CV0250 |
| EUROCARRIERS, S.A. | | |
| FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | | |
| | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## ORDER

Upon consideration of the Motion and Memorandum of Claimant Tate & Lyle North American Sugars, Inc. for Modification of Discovery Schedule,

IT IS HEREBY ORDERED that the discovery schedule be modified as follows:

October 1, 2005      Depositions of Captain Heiner Popp and Michael Parnell to be completed;

October 20, 2005      Tate & Lyle to supplement its response to ABS' summary judgment motion; and

October 27, 2005      ABS to reply to Tate & Lyle's supplemental response to its summary judgment motion.

Date:  _____                    _____

James K. Bredar
United States Magistrate Judge