# INVOICE

## READING CRANE AND ENGINEERING
Division of Pollock Research and Design Incorporated
11 Vanguard Drive, Reading, Pennsylvania 19606
Telephone (610) 582-7203      Fax (610) 582-7208

**SOLD TO:**
TATE & LYLE NORTH AMERICA SUGAR
ATTN: ACCOUNTS PAYABLE
PO BOX 2521
DECATUR, IL 62525

**SHIPPED TO:**
TATE & LYLE NORTH AMERICA SUGAR
1100 KEY HIGHWAY EAST
BALTIMORE, MD 21230

| INVOICE DATE | INVOICE NO. | CUSTOMER NO. | TERMS | CONTRACT NO. |
|---|---|---|---|---|
| 9/22/2000 | 20-0662 | | NET 30 | BX19050 |

**SERVICE PROVIDED**
CHECK OUT ELECTRICAL SYSTEM ON #4 CRANE

| DATE | QUANTITY | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 8/1/2000 | 1.00 | FOREMAN | 58.00 | 3.00 | 174.00 |
| | 1.00 | FOREMAN O.T. | 87.00 | 3.50 | 304.50 |
| | 1.00 | TECHNICIAN | 53.00 | 4.00 | 212.00 |
| | 1.00 | TRUCK & TOOL | 60.00 | 1.00 | 60.00 |
| 9/3/2000 | 1.00 | FOREMAN | 58.00 | 1.00 | 58.00 |

*Investigate Crane Failure*

TL 000056

EXHIBIT Baker 5
22-03KT

THANK YOU FOR YOUR BUSINESS !

| | |
|---|---|
| SUBTOTAL | 808.50 |
| FREIGHT | |
| TAX | |
| TOTAL DUE | 808.50 |

26

09/25/00 MON 15:37 FAX 4109319614 @003

# READING CRANE & ENGINEERING CO.

READING  
(610) 582-7203

Reading, PA 19606  
White Marsh, MD 21162-3400

WHITE MARSH  
(410) 931-9610

## SERVICE CALL REPORT

Customer: Domino Sugar / Tate & Lyle  
Location: Baltimore MD  
Job No.: BA-19050    Cust. P.O. #  
Serv. Date: 8/1/00    Contact person: Richard Baker  
Sheet ___ of ___  
T&M ☐   Contract ☐  
Tel. #

INSTRUCTIONS: Check out electrical on crane that fell.

### REPORT OF SERVICE

Waited for approval to check out crane electrical. Looked at drawings from electrician. When I finally got approval to check it out we checked the limit switch & it read open. Opened motor pecker head to check for thermals they appeared to be bypassed. Read motor windings high speed read .5 between windings & low speed read .9 ohms between windings reading between any 1 winding & all 3 high speed windings I read .4 ohms. From high or low speed windings to ground I read 32 meg ohms. Checked contactors in panel all are open & looked ok.

Tony Whitaker said we would receive a full set of prints.

Cement: Matt 6.5 HRS   Joe - 4.0 HRS   Signature: Matthew Weber

| | 07 | Test Weights | 13 | Electric Hoist | 19 | Gas-Welder | 25 | Pipe Bender |
|---|---|---|---|---|---|---|---|---|
| | 08 | Port-A-Pwr-101 | 14 | Transit/Level | 20 | Electric-Welder | 26 | Puller |
| 22" Roll Back | 09 | Port-A-Pwr-501 | 15 | Burning Outfit | 21 | Pipe Threader | 27 | |
| Enclosed Utility Trailer | 10 | Port-A-Band | 16 | Oxygen Tank | 22 | Punch Out Set | 28 | |
| 17" Scissor Lift | 11 | Impact ¾" | 17 | Acetylene Tank | 23 | Magnet Drill | 29 | |
| Scaffolding | 12 | Air Compressor | 18 | Fire Tarps | 24 | Hougen Drill | 30 | |

MATERIAL/PARTS BY RC&E:  
DESCRIPTION

Job is complete ☐   Incomplete ☐  
Arrive Job Site ____   Depart Job Site ____  
Total Hours: 6.5 HRS + 4.0 HRS   Min. Billing: 4 hrs  
Pick-up & Delivery of Parts: ____ hours  
Utility Truck & Tool Charge: $60.00 / Day  
Tool / Box Safety Meeting ☐

FOR CUSTOMER USE ONLY  
Safety violations  Y / N:  
Complaints:  
On Time / Late:  
Approval Signature: WE Funk

TL 000057

EXHIBIT 6 Baker

2/12/96