# OBER | KALER
A Professional Corporation
Attorneys at Law

# FACSIMILE

M. Hamilton Whitman Jr.
120 East Baltimore Street
Baltimore, MD 21202-1643
410-347-7354
fax 410-547-0699
e-mail: mhwhitman@ober.com

1401 H Street, NW
Washington, DC 20005-3324

254 N. Washington Street
Falls Church, VA 22046

**TO:** Jeffrey J. Asperger, Esquire/ Erin Walz, Esquire

**DATE:** September 2, 2004

**cc:**
James D. Skeen, Esquire (410-625-2292)
W. Charles Bailey, Jr., Esquire (410-783-1368)
R. Blake Brunkenhoefer, Esquire (361-888-5855)
Robert G. Clyne, Esquire/James A. Saville, Jr., Esquire (212-669-0698)
Bernard J. Sevel, Esquire/Phillip Wright, Esquire (410-837-7820)
James W. Bartlett, III, Esquire (410-539-5223)
Francis J. Gorman, Esquire (410-528-0602)

**FACSIMILE NO:** 312-856-9905

**FROM:** M. Hamilton Whitman, Jr.

**FILE NO:** 21519/64419

**RE:** LEON I Limitation Proceeding

**TOTAL PAGES:** 2

*** IMPORTANT NOTICE ***

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

OBER | KALER
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410-347-7354

Offices In
Maryland
Washington, D.C.
Virginia

September 2, 2004

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Jeffrey J. Asperger, Esquire
Erin Walz, Esquire
Asperger Caraher, L.L.C.
Three Illinois Center
303 East Wacker Drive
Chicago, IL 60601

Re: M/V LEON I Limitation Proceeding

Dear Jeff and Erin:

This follows up on the wire rope inspection by your experts Mike Parnell and Kevin Hislop which was performed on August 24, 2004 pursuant to the protocol prepared by Mr. Parnell. Please advise whether you intend to submit an expert report from Mr. Parnell and to profer him for deposition, so that arrangements can be made.

Also, it is my understanding that Mr. Hislop intends to revise Basis 5 of Opinion 1 in his report to make specific reference to the U.S. Coast Guard Report and to the deposition of Esther Chmielewski. Please advise whether Mr. Hislop intends to revise his report or whether you and he simply intend to rest on his deposition testimony as to this point.

I look forward to hearing from you.

Sincerely yours,

M. Hamilton Whitman, Jr.

MHWjr/pl

cc: All counsel
    Eric M. Veit, Esquire

TOTAL P.02
09/02/2004 THU 11:32 [TX/RX NO 8439] ☒002