IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE COMPLAINT OF | | |
| ETERNITY SHIPPING, LTD. AND | * | Civil Action No.: L01CV0250 |
| EUROCARRIERS, S.A. | | |
| FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO MODIFY DISCOVERY SCHEDULE

NOW COME all parties, by and through their respective attorneys, and hereby submit this Joint Motion to Modify the Discovery Schedule, and in support thereof states as follows:

1.  This matter involves a fatal accident which occurred in July 2000 aboard the M/V Leon as it discharged bulk sugar at Tate & Lyle Northern American Sugars, Inc.'s ("Tate & Lyle") refinery in Baltimore. A cable supporting the boom of a crane aboard the vessel parted, and the boom collapsed onto the boom of a shore-side crane that, in turn, plunged into a hold of the vessel. Two crewmen aboard the vessel were killed.

2.  Tate & Lyle had the M/V Leon arrested following this incident and filed this lawsuit in August 2000. Eternity Shipping, Ltd. and Eurocarriers, S.A. ("ESL/EC") filed a limitation action in September 2000 and American Bureau of Shipping ("ABS") was joined in the action in May 2002.

3. Based on the contested liability, the amount of damages at issue, the number of parties involved in the case, the extensive investigation involved, the numerous discovery documents and the complexity of the issues, the parties feel it is necessary to amend the discovery schedule as follows:

1. claimants'/third-party plaintiff's expert reports due: April 24, 2005;

2. limitation plaintiffs'/third-party defendants' expert reports due: May 24, 2005;

3. completion of expert discovery: June 24, 2005; and

4. dispositive motions due: July 25, 2005.

WHEREFORE, the parties respectfully request this Honorable Court amend the discovery schedule as proposed and for any and all other relief this Court deems fair and appopriate.

Agreed to by:

_____/s/_____
Jeffrey J. Asperger
Attorney for Tate & Lyle Northern American Sugars, Inc.


_____
Robert G. Clyne
Attorney for American Bureau of Shipping


_____
M. Hamilton Whitman, Jr.
Attorney for Eternity Shipping, Ltd. and Eurocarriers, S.A.

_____
R. Blake Brunkenhoefer
Attorney for Josefina Gonzalez



_____
W. Charles Bailey, Jr.
Attorney for Josefina Gonzalez



_____
Francis J. Gorman
Attorney for Louis Dreyfus Sugar Company



_____
Bernard J. Sevel
Attorney for Robert J. Cantey and William Langeville



_____
James D. Skeen
Attorney for Tate & Lyle Northern American Sugars, Inc.



_____
James W. Bartlett
Attorney for American Bureau of Shipping