## James A. Saville

**From:** Jeff Asperger [jasperger@asplaw.net]
**Sent:** Tuesday, May 03, 2005 1:50 PM
**To:** 'Whitman, M. Hamilton Jr.'; Robert G. Clyne; Jeff Asperger
**Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
**Subject:** RE: Tate & Lyle: remaining discovery

I am presuming that the court will enter the agreed order as requested, and I don't believe we should wait to schedule this discovery given how busy we all are. Tony, you indicated you have a difficult schedule. So do I. Is there a problem with talking about dates now? Thanks.

Jeff

> -----Original Message-----
> **From:** Whitman, M. Hamilton Jr. [mailto:mhwhitman@ober.com]
> **Sent:** Tuesday, May 03, 2005 10:59 AM
> **To:** Robert G. Clyne; Jeff Asperger
> **Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
> **Subject:** RE: Tate & Lyle: remaining discovery
>
> Nor have I.
>
> **M. Hamilton Whitman, Jr.**
> 410-347-7354
> mhwhitman@ober.com
>
> OBER | KALER
>
> *Attorneys at Law*
>
> www.ober.com
> 410-547-0699 -- Fax
> 120 East Baltimore Street
> Baltimore, Maryland 21202
>
> **From:** Robert G. Clyne [mailto:RClyne@hillrivkins.com]
> **Sent:** Tuesday, May 03, 2005 11:51 AM
> **To:** Jeff Asperger; Whitman, M. Hamilton Jr.
> **Cc:** wcbailey@simmsshowers.com; bbrunk@gulfattorneys.com; jbartlett@semmes.com; bcole@semmes.com; agiles@semmes.com; FJGorman@GandWlaw.com; berniesevel@aol.com; jskeen@skaufflaw.com; clyon@semmes.com; Christine Cusack; Daile Grigaitis; James A. Saville
> **Subject:** RE: Tate & Lyle: remaining discovery
>
> What time limits are we talking about that have been set by the court? I have not seen an order.

Robert G. Clyne
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, NY 10006
Tele (212)669-0600
Fax (212)669-0698/0699

-----Original Message-----
**From:** Jeff Asperger [mailto:jasperger@asplaw.net]
**Sent:** Monday, May 02, 2005 8:47 PM
**To:** 'Whitman, M. Hamilton Jr.'
**Cc:** Robert G. Clyne; 'wcbailey@simmsshowers.com'; 'bbrunk@gulfattorneys.com'; 'jbartlett@semmes.com'; 'bcole@semmes.com'; 'agiles@semmes.com'; 'FJGorman@GandWlaw.com'; 'berniesevel@aol.com'; 'jskeen@skaufflaw.com'; 'clyon@semmes.com'; Christine Cusack; Daile Grigaitis; James A. Saville
**Subject:** Tate & Lyle: remaining discovery


Tony and folks,

I propose the week of June 13 for the depo of Heiner Popp and our wire rope expert, Mike Parnell. The latter part of the week would work best. Please advise so that we can complete this discovery within the time limits set by the court. I will check dates with Mr. Parnell and follow up if you would advise of the availability of Capt. Popp. Thanks.

Jeff

Jeffrey J. Asperger
Asperger Associates LLC
Three Illinois Center
303 E. Wacker Dr.  Suite 1000
Chicago, IL   60601
PH:   312.856.9901
FAX:  312.856.9905

This message contains material that may be **ATTORNEY/CLIENT privileged, confidential and exempt from disclosure** under applicable law.  If you are not the intended recipient of this message, any dissemination, distribution or copying of this message is strictly prohibited.  If you have received this e-mail in error,  please notify us immediately by replying to this message and then permanently deleting the original.  Your receipt of this message is not intended to waive any applicable privileges.