IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN THE MATTER OF<br>THE COMPLAINT OF<br>ETERNITY SHIPPING, LTD. AND<br>EUROCARRIERS, S.A<br>FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | *<br><br>*   Civil Action No.: L-01-CV-0250<br><br>*<br><br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LIMITATION PLAINTIFFS' OPPOSITION
TO TATE & LYLE NORTH AMERICAN SUGARS, INC. 'S
MOTION FOR MODIFICATION OF THE DISCOVERY SCHEDLUE**

Limitation Plaintiffs Eternity Shipping, Ltd. and Eurocarriers, S.A., by their undersigned attorneys, respectfully oppose Tate & Lyle North American Sugars, Inc.'s Motion for a Modification of the Discovery Schedule. For the reasons set forth by American Bureau of Shipping in its Memorandum of Law in Opposition to Tate & Lyle's Motion for Modification of the Discovery Schedule, Limitation Plaintiffs join in the objection to the extent that any discovery that is to be taken should not be used to further the summary judgment submissions. Limitation Plaintiffs object to the resubmission of the fully briefed summary judgment motions and request that the pending motions be resolved expeditiously by the Court.

_____
M. Hamilton Whitman, Jr., Trial Bar No.: 00373
Carla N. Bailey, Trial Bar No.: 26367
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120

Attorneys for Eternity Shipping, Ltd. and
Eurocarriers, S.A.