IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN THE MATTER OF<br>THE COMPLAINT OF<br>ETERNITY SHIPPING, LTD. AND<br>EUROCARRIERS, S.A.<br>FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | *<br><br>*   Civil Action No.: L01CV0250<br><br>*<br><br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

### REPLY OF CLAIMANT TATE & LYLE NORTH AMERICAN SUGARS, INC. TO THIRD PARTY DEFENDANT AMERICAN BUREAU OF SHIPPING'S MEMORANDUM OF LAW IN OPPOSITION TO TATE & LYLE'S MOTION FOR MODIFICATION OF THE DISCOVERY SCHEDULE AND LIMITATION PLAINTIFFS' OPPOSITION TO TATE & LYLE NORTH AMERICAN SUGARS, INC.'S MOTION FOR MODIFICATION OF THE DISCOVERY SCHEDULE

NOW COMES Claimant, TATE & LYLE NORTH AMERICAN SUGARS, INC. (hereinafter referred to as "Tate & Lyle"), by and through its attorneys, ASPERGER ASSOCIATES LLC, and submits the following reply to Third Party Defendant American Bureau of Shipping's (hereinafter referred to as "ABS") Memorandum of Law in Opposition to Tate & Lyle's Motion for Modification of the Discovery Schedule and Limitation Plaintiffs' Opposition to Tate & Lyle North American Sugars, Inc.'s Motion for Modification of the Discovery Schedule.

ABS's Memorandum in Opposition misses the point. ABS has attempted to reargue what has already been decided by Judge Bredar. Tate & Lyle filed this motion because the parties could not reach agreement as to the meaning of Judge Bredar's order regarding modification of the discovery schedule. The case is at a standstill because ABS and Limitation Plaintiffs would not agree to submit a joint order for modification of the discovery schedule without a court order even though in Judge Bredar's Order, His Honor specifically stated "that a modification to the

discovery schedule order will be required" and ordered the parties to present a joint motion for such modification.

Judge Bredar's Order also states that "a reopening of discovery to allow Claimant to establish its own expert evidence clearly will be sufficient" to address any prejudice it has suffered regarding Limitation Plaintiff's failure to disclose Captain Popp's reports. Indeed, Judge Bredar held that any prejudice to Tate & Lyle "is easily cured, and the Court disagrees that reopening discovery for this purpose would not adequately address such issue as there is." Even with this clear mandate by Judge Bredar, ABS and Limitation Plaintiffs refuse to proceed with the deposition of Captain Popp in order to allow Tate & Lyle to establish its own expert evidence.

Tate & Lyle filed this motion to comply with the specific mandate from Judge Bredar and to break the logjam between the parties and move this case forward.

ASPERGER ASSOCIATES LLC

_____/s/_____
Jeffrey J. Asperger

Jeffrey J. Asperger
ASPERGER ASSOCIATES LLC
303 East Wacker Drive, Suite 1000
Chicago, lllinois 60601
(312) 856-9901

**SERVICE LIST**

   I, Jeffrey J. Asperger, do hereby certify that a true and correct copy of the above and foregoing document was served via e-mail notification from the District Court and in the manner indicated upon:

Bernard J. Sevel
ARNOLD, SEVEL & GAY, P.A.
The B&O Building
Two North Charles Street, Suite 560
Baltimore, Maryland 21201
*Attorneys for Claimant Robert J. Cantey
and Claimant William Langeville*

James D. Skeen
SKEEN & KAUFFMAN L.L.P.
800 North Charles Street, Suite 400
Baltimore, Maryland 21201
*Attorney for Tate & Lyle North American
Sugars, Inc.*

Francis J. Gorman
GORMAN & WILLIAMS
Two North Charles Street, Suite 750
Baltimore, Maryland 21201-3754
*Attorneys for
Louis Dreyfus Sugar Company*

R. Blake Brunkenhoefer
BRUNKENHOFER & ASSOCIATES
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
*Attorneys for Claimant Josefina Gonzales*

W. Charles Bailey, Jr.
SIMMS SHOWERS LLP
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
*Attorneys for Claimant Josefina Gonzales*

M. Hamilton Whitman, Jr.
Eric M. Veit
OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
Baltimore, MD 21202-1643
*Attorneys for Eternity Shipping*

James W. Bartlett, III
Alexander M. Giles
SEMMES, BOWEN, & SEMMES, P.C.
250 West Pratt Street, 16th Floor
Baltimore, MD 21201-2423
*Attorneys for American Bureau of Shipping*

Robert G. Clyne
James A. Saville
HILL, RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
*Attorneys for American Bureau of Shipping*

in accordance with all applicable provisions of the Federal Rules of Civil Procedure, on this 28th day of July, 2005.

                  _____/s/_____
                  Jeffrey J. Asperger