UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 4, 2005

MEMORANDUM TO COUNSEL RE:   In the Matter of the Complaint of Eternity Shipping, Ltd., *et al.*, for Exoneration from or Limitation of Liability
Civil #L-01-250

Dear Counsel:

The Court thanks Counsel for their September 29th status report. The Court SETS the following schedule:

| | |
|---|---|
| October 17, 2005: | Deadline for moving to re-open summary judgment motions |
| October 31, 2005: | Deadline for filing supplemental briefs based on the deposition testimony of Captain Heiner Popp and Mr. Mike Parnell |
| November 21, 2005: | All-day motions hearing beginning at 10:00 a.m. in Courtroom 7A |

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file