# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                                   Reply to Northern Division Address

October 5, 2005

**Jeffrey J Asperger**
Daile V. Grigaitis
Asperger Associates LLC
Three Illinois Center
303 E Wacker Dr, Suite 1000
Chicago, IL 60601

Re:  Eternity Shipping v. American Bureau of Shipping
      Civil Case No. L 01-250

Dear Counsel/Party:

Your Notice of Deposition of Captain Heiner Popp was filed electronically on 9/28/05; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Document filed in wrong case:**
☐ Case caption and number do not match. Document should be refiled in case no.: _____.
☐ Case number is incorrect and correct number cannot be determined. Document should be refiled in correct case.
☐ Document filed in consolidated member case which should have been filed in lead case. Document should be refiled in case no.: _____.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery requests and responses should not be filed with the court.
☒ Notices of service of discovery requests and responses should not be filed with the court.
☐ Rule 26(a) disclosures should not be filed with the court.

**Miscellaneous:**
☐ Document should not have been filed electronically. You must submit an original and the appropriate number of copies on paper to the Clerk within 48 hours.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☒ Other.  Notice of Deposition should not be filed with the court.

Very truly yours,

/s/
Evaleen Gibbons, Deputy Clerk
for
Felicia C. Cannon, Clerk

cc:  Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Filed in Error Letter - Clerk's Version

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**