IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE COMPLAINT OF | | |
| ETERNITY SHIPPING, LTD. AND | * | CIVIL ACTION NO. |
| EUROCARRIERS, S.A. | | |
| FOR EXONERATION FROM OR | * | L-01-CV-0250 |
| LIMITATION OF LIABILITY | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### AGREED MOTION FOR REOPENING OF SUMMARY JUDGMENT MOTIONS

In accordance with the Court's Memorandum to Counsel dated October 4, 2005, Limitation Plaintiffs Eternity Shipping, Ltd. and Eurocarriers, S.A. and Claimants Tate & Lyle North American Sugars, Inc. and American Bureau of Shipping hereby move the Court to reopen their respective Motions for Summary Judgment, Document Numbers [74], [73] and [76].

Counsel for Limitation Plaintiffs have been authorized to file this Motion on behalf of all movants.

_____
M. Hamilton Whitman, Jr.
Carla N. Bailey
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120

Attorneys for Eternity Shipping, Ltd. and Eurocarriers, S.A.