UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 8, 2005

MEMORANDUM TO COUNSEL RE:   In the Matter of the Complaint of Eternity Shipping, Ltd., *et al.*, for Exoneration from or Limitation of Liability
Civil #L-01-250

Dear Counsel:

On November 1, 2005, the Court held a telephone conference regarding a discovery dispute concerning experts Mike Parnell and Donald Pellow. The Court writes to confirm the following briefing deadlines set during the telephone conference:

(i) November 4, 2005: Deadline for American Bureau of Shipping ("ABS") to file a letter responding to Eurocarriers' October 28th letter to the Court regarding experts Parnell and Pellow

(ii) November 9, 2005: Deadline for Tate and Lyle North American Sugars, Inc. ("T&L") to file its supplemental summary judgment brief. The brief shall include a section that responds to ABS's and Eurocarriers' letters regarding experts Parnell and Pellow

(iii) November 16, 2005: Deadline for ABS to file its supplemental summary judgment brief

At 10:00 a.m. on November 21, 2005, the Court will hold a hearing regarding the discovery dispute and the pending summary judgment motions. If possible, Counsel shall arrange to have Captain Popp, Mr. Parnell, and Mr. Pellow available by telephone during the hearing.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file