1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MARYLAND

3    Northern Division

4    --------------------------------X

ORIGINAL

5    IN THE MATTER OF THE COMPLAINT    :

6    OF ETERNITY SHIPPING, LTD., AND  :    Civil Action NO.:

7    EUROCARRIERS, S.A., FOR          :    L01CV0250

8    EXONERATION FROM OR LIMITATION   :

9    OF LIABILITY                     :

10   --------------------------------X

11   Deposition of CAPTAIN HEINER POPP

12   Baltimore, Maryland

13   Thursday, October 6, 2005

14   10:15 a.m.

15

16

17

18

19

20   Job No.:  1-64601

21   Pages: 1 - 93

22   Reported by:  Beatriz D. Fefel, RPR


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

10

1      Q      -- involving the LEON 1?

2      A      That's correct, by Ober, Kaler, Grimes &

3  Shriver.

4      Q      And when did you first, if you recollect,

5  when did you first receive notice or assignment of

6  this matter, the matter for which we're here today?

7      A      Was it the 29th of -- July, right?  29th of

8  July.

9      Q      On the date of the incident?

10     A      Yes.  29th of July.

11     Q      Of 2000?

12     A      2000.  And I was onboard at eleven o'clock

13  in the morning.  I was onboard, so I must have.

14     Q      Within an hour or so of the incident?

15     A      Within an hour, yeah.

16     Q      According to the Coast Guard report the

17  incident occurred at approximately nine-oh-seven a.m.

18  on the 29th of July, and you were onboard at eleven?

19     A      Yes.

20     Q      Thank you.  And can you tell us what you did

21  when you boarded the vessel?

22     A      I went on deck and started looking for what

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

11

1    happened.  I really didn't talk to anybody, I just

2    went on deck, looked at the crane, went up on the

3    crane, went into the crane cab, looked at the accident

4    site, took pictures of the accident site, took

5    measurements.

6        Q    I think the best thing for us to do at this

7    point, Captain, is for me to look at your August 2000

8    report, which I presume would have reported your

9    activities on that day?

10       A    Yes.

11           MR. WHITMAN:  You have in front of you the

12   August 3 report.

13           MR. ASPERGER:  Correct.

14           MR. WHITMAN:  Which we have provided to you.

15           MR. ASPERGER:  Yes.

16           MR. WHITMAN:  You have brought with you the

17   October 15 report.

18           MR. ASPERGER:  Yes.

19           MR. WHITMAN:  Which I've copied for

20   everybody.  Captain Popp, when he was asked to search

21   for his file, could not find his file, found a CD on

22   which he had loaded, I gather, or printed out what had

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

12

1    been on his computer, and he provided to me yesterday

2    this document, which is not on his letterhead, which

3    is dated August 9, which appears to have additional

4    observations beyond that in the August 3 report.  We

5    have searched our files and we have not found the

6    August 9 report.

7    BY MR. ASPERGER:

8        Q    Go ahead.

9        A    The second page is August 14th.  So. . .

10       Q    Yes.

11       A    Right?

12       Q    Umh-humh.

13       A    So basically the August 9 report was a

14   report that was made up at the time, which was an

15   updated on the August the 14th.  The computer

16   automatically wrote the date in.

17       Q    Thank you for that explanation.

18       A    But I did not change the date on the front

19   page.

20       Q    Why don't we do this.  Why don't we take a

21   few minutes and you can relax, because I haven't seen

22   either of these reports, and I'll look through them,

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

13

1   and I think that will help expedite the questions that

2   I have and probably the answers that you have.

3        Let me ask this before we take our break.

4   Have you had a chance to review your reports in this

5   matter before the deposition today?

6        A    I looked at the report that I printed out

7   and --

8        MR. WHITMAN:  Well, while you are looking at

9   it, I'll ask Captain Popp to go back through them as

10  well.

11       MR. ASPERGER:  Yeah.  And, Captain, all I

12  want to do is I want to go through your reports.  I

13  want you to tell us about what you did during your

14  various inspections, what you've done in connection

15  with this matter.  And so to the extent that you can

16  review your reports and I'll review them, we'll be on

17  the same wavelength and I think things will go much

18  more quickly.  Okay?  And we'll take a break, and we

19  can go off the record at this point.

20       (A break was taken:  10:29 - 12:03.)

21       MR. ASPERGER:  Before we get started, I'm

22  going to have you mark these in this order.

14

1    (Deposition Exhibit Nos. 1 - 3 were marked

2    for identification and attached to the transcript.)

3    MR. ASPERGER:  And let the record reflect

4    that at the commencement of the deposition the

5    materials from Captain Popp's file were produced,

6    including a report dated August 3rd, 2000, an

7    inspection report dated August 9th, 2000, with

8    succeeding pages dated August 14th, 2000 which Captain

9    Popp has explained was just because the computer

10   printed out that date when --

11   THE WITNESS:  I did not correct the first

12   page.

13   MR. ASPERGER:  Okay.

14   MR. SAVILLE:  So which date do you think is

15   the right date?

16   THE WITNESS:  The 14th.

17   MR. SAVILLE:  The 14th.

18   THE WITNESS:  Yes.

19   MR. ASPERGER:  And let the record further

20   reflect that we have spent the last approximately hour

21   reviewing these materials that were produced this

22   morning.

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

15

1    BY MR. ASPERGER:

2        Q    Okay.  And, Captain Popp, as we go through

3    this, go through your testimony and the questions that

4    I have for you, feel free to refer to any of your

5    reports if they will help you to refresh your

6    recollection regarding your answers, and the only

7    thing I would ask is that if you make reference to

8    your report, you tell us so that we can make certain

9    that the record reflects that.

10        And let's have the record reflect that we

11    have marked as Popp Deposition Exhibit No. 1 your

12    report of August 3rd, 2000.  Correct?

13        A    Correct.

14        Q    And Popp Deposition Exhibit No. 2 your

15    report of August 14th, 2000, the first page of which

16    is dated August 9th, 2000, correct?

17        A    Yes.

18        Q    And Popp No. 3 is your report of October

19    15th, 2003?

20        A    That is correct.

21        Q    Are these the only three dates that you

22    conducted inspections regarding this incident?

16

1      A    No.

2      Q    On what other dates did you conduct

3   inspections?

4      A    July 29th, 31st, 3rd, and the 4th.

5      Q    3rd and 4th of August?

6      A    Right.

7      Q    All of 2000?

8      A    Yes.

9      Q    Okay.  Any other inspections subsequent to

10  that?

11     A    Well, then you have -- this was one report,

12  and then the other one, the wire report was --

13     Q    October 15th --

14     A    October 15th.

15     Q    -- 2003.

16     A    October 8th.  The report was from October

17  15th, the inspection was on October 8th.

18     Q    Thank you.  Any other inspections or reports

19  other than these we have marked?

20     A    No, there are no other reports than the ones

21  that are put in front of you.

22     Q    Just for clarification, are there any other

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

18

1    A    Yes.

2    Q    And how did you do so?  Please explain.

3         MR. SAVILLE:  Are you talking about the

4    diameter, or the length?

5         MR. ASPERGER:  Both, actually.

6    A    We measured the wires onboard.  We have a

7    gauge.

8    Q    Calipers?

9    A    Yes.  But wires deform, so that there are

10   slight variances when you measure it.

11   Q    In your report of August 3rd, 2000, which

12   we've marked as Popp Exhibit No. 1, you indicate on

13   Page 3 that the crane boom topping wire was twenty-six

14   millimeters diameter, six strands, thirty-seven wires

15   per strand, one fiber core?

16   A    That's correct.

17   Q    And how did you obtain that measurement?

18   A    We measured, we counted, and that's how we

19   came up with the measurement.  Although at a later

20   date, when we had the second day inspection in October

21   when the -- I think the diameter was slightly

22   different.

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

19

1    Q    More, or less?

2    A    Less -- was it less?  Probably only by a

3    millimeter, I think.

4    Q    And I'm not trying to -- this isn't a memory

5    test --

6    A    Right.

7    Q    -- so please feel free to consult.

8    A    The wire itself, the sixth strand was

9    thirty, and we made it thirty-six wires.  That's what

10    it was.

11    Q    And what was the diameter?

12    A    My original was thirty-seven.  The diameter

13    close to socket was twenty-seven-oh-nine millimeters.

14    Q    Okay.  So it was a millimeter greater than

15    what you had measured --

16    A    Yes.

17    Q    -- at the time of the incident?

18    A    Right.  So, you know, where we measured the

19    wire had run over the sheaves and it's deformed.

20    Q    Okay.

21    A    The first one.

22    Q    Did you at the time of your investigation of

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

36

1    the time of the incident.

2        Q    Okay.  But you didn't find that in this

3    investigation?

4        A    This was just a visual inspection.

5        Q    I understand.

6        A    With this type of incident I think you have

7    to look closer into it.

8        Q    But in your visual inspection, you did not

9    find any evidence that the sheaves had been damaged at

10   all?

11       A    That's correct.

12       Q    Okay.  And you did not note in your report

13   under the Top of the Crane Sheave Assembly portion of

14   your inspection that there was any evidence that the

15   luffing wire had jumped out of the sheave, correct?

16       A    There was no indication that it had jumped

17   out of the sheave.

18       Q    Okay.  And had there been, you would have

19   made a notation of that in your report?

20       A    That's correct.

21           MR. WHITMAN:  Objection.

22       Q    You also make reference to inspecting the

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

50

1     Q    And point-one-two was the height of the

2  basket --

3     A    Yes.

4     Q    -- correct?

5     A    That's correct.

6     Q    Thank you.

7          You make reference in one of your reports to

8  collecting the remnants of the basket.  What did you

9  do with those?

10    A    I had them at my house, then it's since

11  sold, and they were in the back of a fence in a

12  locker, and that stayed there.  And I was just there

13  and that all has been torn down and cleaned up.

14    Q    So the remnants of the basket are no longer

15  in existence --

16    A    No, no.

17    Q    -- to your knowledge?

18    A    That's right.

19    Q    You had possession of them --

20    A    I had possession.

21    Q    -- until when?

22    A    Until I moved the end of May.

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

52

1       A       That's correct.

2       Q       In your August 3rd report which we've marked

3  as Exhibit 1, under Photo Captions, which I think is

4  the next page past that one, under Caption 4 -- or the

5  caption for Photograph 4 you indicate in parentheses,

6  "base ropes that were used to hold basket still."

7  Explain.

8       A       In the foreground you have the basket and --

9  bad picture.  No. 9, No. 9:  Luffing handle was

10  forward, arrow slightly back -- or that's 6.  Sorry,

11  No. 6.

12      Q       No. 6, okay.

13      A       You have --

14              (Witness reviewing documents.)

15      A       They appear to have had ropes to the basket

16  holding it still so that they could do the scrubbing.

17      Q       Of the sugar from the hatch coamings?

18      A       Yes.  Otherwise, if they pushed, the basket

19  goes off.  So somehow in this picture, I think it's a

20  wide rope that you have there on the bottom, the nylon

21  rope.

22      Q       Nylon rope?

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

53

1      A    That is now as well on No. 5 and No. 6

2    picture.   That was holding the basket to the --

3      Q    Against the coaming?

4      A    Against the coaming, or holding it sideways

5    so that it wouldn't sway.

6      Q    Did you determine whether when the crane was

7    in its fully -- when the boom was in its fully topped

8    out position, how far the basket would have been from

9    the coaming?

10     A    Yes.

11     Q    And can you tell us what that measurement

12   is?

13          MR. SAVILLE:   When you ask that, do you mean

14   at the limit switch, or against the stops, when it's

15   fully topped out?

16          MR. ASPERGER:   Good question.

17     Q    Could you make a determination as to when

18   the boom was against the stops or when it was --

19     A    No.

20     Q    -- at its --

21     A    I could not.

22     Q    Okay.

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

54

1      A      This measurement that I gave here was two

2    meter.

3      Q      The two-point-two-seven meters?

4      A      Yes.  On Page 5 you said it was?

5      Q      Page 5, correct.

6      A      Okay.  That is the two-two-seven, that is

7    the measurement at the center of the basket would have

8    been distance from the aft end of the hatch coaming.

9      Q      Okay.

10     A      So that's why apparently he tried to

11   lower -- to raise it further, to get them closer.

12     Q      Closer.  And is that also -- is it also your

13   understanding that that's why these ropes were on the

14   basket, to pull the men closer to the hatch coaming?

15     A      No.  The ropes were basically to, to go on

16   either side, so when you are in place that you don't

17   swing.  Because --

18     Q      Okay.

19     A      -- you are hanging on a very long wire, you

20   have to hold the basket still so that you can -- if

21   you started applying pressure, you lose it.

22     Q      Did you determine how these men would have

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

55

1    been able to reach the coaming to scrape sugar if they

2    were two-point-two-seven meters from the coaming?

3        A    No, I could not determine that.

4        Q    Is it fair to say that they would not have

5    been able to reach the coaming to conduct manual

6    scraping --

7        A    That's correct.

8        Q    -- if they were that far away?

9        A    That's correct.

10        Q    So these ropes would have had to have pulled

11    them closer to the coaming in order for them to do

12    their work?

13            MR. SAVILLE:   Objection.

14        Q    Is that a fair conclusion?

15        A    The ropes are basically to steady, you know.

16    It was -- it's too heavy with two guys in it to

17    push -- to pull yourself in, it's not possible.

18        Q    I understand.  My point is if they're two-

19    point-two-seven meters from the coaming, they can't

20    reach the coaming to scrape sugar?

21        A    That's correct.

22        Q    So they had to get from where they were to

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

64

1      A     That's correct.

2      Q     But that's not what you found on the drum?

3      A     No.  But you have to remember the parted

4    wire, the parting of the wire appeared to have been

5    caused at the top of the crane in the area of the

6    sheave assembly.  That's --

7           MR. WHITMAN:  Captain Popp, I'm going to

8    direct you to testify only to what you observed.

9           THE WITNESS:  Right.

10          MR. WHITMAN:  Not to any opinions --

11          THE WITNESS:  Okay.

12          MR. WHITMAN:  -- that you have formed.

13          MR. ASPERGER:  That is what he is testifying

14    to.

15    BY MR. ASPERGER:

16      Q     This is what you observed, you observed the

17    parted portion of the wire at the top of the crane?

18      A     I observed rope residue at the top of the

19    crane which appears to be indicating the location

20    where the wire broke, in that vicinity.

21      Q     Okay.

22      A     The end of the wire that was on the drum

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

70

1      And what was your procedure for measuring

2    it?  Can you explain how you measured the diameter of

3    a wire, wire rope?

4      A    I put the caliper around it, close it, and

5    then just roll it around the wire so that I have the

6    maximum height spot.

7      Q    Okay.  Thank you.

8           Now, you indicate one additional area of

9    partial parting.  Where was that?

10     A    Seven meters from boom swage fitting.  This

11   was -- looked like a comb and appeared to be fresh.

12   Apparently during the time of impact, with the boom

13   and the blocks and everything else, that there was

14   gouging occurring on the wire.

15     Q    And that's your opinion based upon your

16   observation?

17     A    That's correct.

18     Q    Now, you indicate in the last paragraph, or

19   the last major paragraph in this section:  "The

20   overall wire was well greased and no other

21   deficiencies were noted during initial inspection

22   onboard the vessel with wire on drum."  Then you refer

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

71

1    to a follow-up survey at Chesapeake Engineering.

2        A    Umh-humh, yes.

3        Q    And you found at that follow-up survey two

4    additional areas of decay with meat hooks in area of

5    drum, and you indicate six to ten wires per lay on one

6    strand, correct?

7        A    Yes.

8        Q    Explain that, please.

9        A    During the initial inspection the only wire

10    I could physically look at is the one that was visible

11    on deck.  The one wire on the drum was not --

12        Q    Physical --

13        A    -- accessible.

14        Q    Right.

15        A    It was on the outside, but what is

16    underneath you cannot see.  So when -- as I say, the

17    area was very well greased and it was difficult to see

18    if there is any damage on it.  So once we had the

19    second inspection at Chesapeake, the wire was stowed

20    on three pallets, we opened it up, two pallets were

21    unrolled, and then we looked every piece of the wire

22    over, and that's where we found the decay.

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

72

1    Q    When you say decaying, describe what you

2    mean.

3    A    Broken wires, parted, bent, nests of

4    corroded wires.

5    Q    Corroded wires?

6    A    I don't know if they were corroded, they

7    were so greased.  They were parted and open.

8    Q    Did you observe those wires closely?

9    A    I took pictures of them.  We all looked at

10    them, yes.

11    Q    Did you see any evidence -- and you said

12    there was a lot of grease.  So you -- did the grease

13    obscure any evidence of corrosion, if there was any

14    present?

15    A    I would say yes.

16    Q    Okay.  Did you see any pitting?

17    A    No, not to my knowledge.

18    Q    Okay.  And --

19    A    It's difficult to establish pitting except

20    with a microscope.

21    Q    And is that because there was so much grease

22    on the wire?

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

73

1      A     Yes.

2      Q     You indicate that the area of wire close to

3   the boom head was found with rusty surfaces.

4      A     That's correct.

5      Q     That's corrosion, correct?

6      A     It's rust.

7      Q     And rust is corrosion, correct?

8      A     Yes.  You can call it that, yes.

9      Q     Okay.  You also indicate that in the area of

10   the drums six to ten wires per lay, there were a

11   number of broken wires -- excuse me, let me rephrase

12   this.  You indicate that the number of broken wires

13   exceeded permissible number.  Explain, please.

14      A     When you have an inspection on a wire, you

15   base it on the lay.

16      Q     Yes.

17      A     One lay, broken wires per lay.

18      Q     Yes.

19      A     Ten percent, if I remember right.  So if you

20   have more than ten percent of the wires broken off,

21   not off the whole wire, but just off the one --

22      Q     Of that lay?

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

74

1    A    -- lay, then --

2    Q    Or strand?

3    A    Just that strand, then the wire should be

4    replaced.

5    Q    Okay.  Based on your observation, was

6    this -- the number of broken wires that you observed,

7    did those breaks look fresh, or did they look like

8    they had been there for some time?

9            MR. WHITMAN:  Objection.

10           MR. SAVILLE:  Objection.

11   A    I conclude that they were -- they must have

12   been there before the accident.

13   Q    That was my question, okay.  And why did you

14   conclude that?

15   A    Because they were not involved in the actual

16   area of wire parting.  They were on the drums.

17   Q    Okay.  And when that wire rope had been

18   played out -- or paid out, excuse me, that is, when it

19   was not in the drum, where would this location of

20   these breaks have been?

21   A    Didn't I say that?

22   Q    By the way, this was on the luffing wire,

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

75

1    correct?

2         A    Yes.

3         Q    Okay.

4         A    It's in the other report.  That would be --

5         Q    You may look at any report you wish.

6         A    Okay.  1, 2, 3.

7              Okay.  The first pallet containing two

8    sections of wires --

9              MR. SAVILLE:  Which report are you referring

10   to?

11        Q    Which report?

12        A    This is No. 3, Exhibit No. 3.

13        Q    Exhibit 3.

14        A    October 15.

15        Q    Okay.  On Page 2?

16        A    Page 2.  The first pallet you have two

17   sections of wires, the socket, and that's the one that

18   is going to the top of the boom.  And then you have --

19   I think so.  Then you have total length of wire on

20   pallet is a hundred and fifteen-point -- a hundred

21   fifteen foot, nine inches.  And then you have eleven

22   foot for short section.  You have -- sixty-three foot

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

76

1    into the wire you have the first one, first damage on

2    the wire that I think was caused at the time of the

3    accident, was the wire getting jammed somewhere.

4        Q    Okay.

5        A    Then you have sixteen feet from first break,

6    a second break on individual wire was found.  Pattern

7    of wire break was in a vertical up, fanning out,

8    comb-like pattern.  So that is the one that I refer to

9    in my first report.  So the first one is the nest one

10   that is so. . .

11       Q    And you made the notation:  "no deformation

12   on wire ends were found."  What did you mean by that?

13   Why did you make that notation?

14       A    In the wires where they have the nest type,

15   the wire ends are in all type of directions, like if

16   you -- if you would take your hand over the second

17   break, you could slide off without really hurting

18   yourself.  The first one, you would get some of them

19   into you.  So they go into all type of --

20       Q    Meat hooks?

21       A    Both are meat hooks.

22       Q    Both are meat hooks, right.

77

1       A    It's just that the one is all in the same

2    direction, like you cut something, it just bends up.

3       Q    All right.  And this location sixteen feet

4    from the first break, that's, that's the area you

5    referred to in your first report --

6       A    That's right.

7       Q    -- where the number of broken wires exceeded

8    those allowable?

9       A    That's correct.

10      Q    And that number of broken wires would have

11   required replacement of the wire rope?

12           MR. WHITMAN:  Objection.

13      A    No.

14           MR. SAVILLE:  Objection.

15      A    The first one was a nest.  The second one

16   was the occurrence with the sixteen foot where the

17   wires were cut.  And the third one was -- it's -- the

18   end of the wire was then secured with -- it was held

19   together by musing wire, M-U-S-I-N-G, musing wire.

20      Q    What I'm interested in, Captain, is the --

21   you referred to in your August 14th, 2000 report which

22   we've marked as Exhibit 2, you referred to a number of

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

78

1    broken wires which exceeded the permissible number,

2    and you've explained the permissible number was that

3    number --

4        A    Ten percent.

5        Q    -- ten percent, which would have indicated

6    that the wire rope needed to be replaced.

7            MR. WHITMAN:  Objection.

8        Q    Am I correct?

9            MR. WHITMAN:  Objection.

10       A    That's correct.

11       Q    And is that a standard in the industry?

12           MR. WHITMAN:  Objection.

13       A    It's a very old standard.  I don't know if

14   it still applies, but in the old days it was.

15       Q    In any event, I'm trying to determine with

16   you where on the wire rope that location was, where

17   those number of broken wires existed.

18       A    Sixty-three foot and one inch from the

19   socket wire was found with breaks in one strand.

20   Approximately ten individual wires were affected.

21   Nest type break pattern with wire ends bent and

22   deformed.  That's a nest.

79

1    Q    Okay.  And that was what you believe was on

2  the drum at the time that the wire rope was on the

3  vessel?

4    A    No, no.

5    Q    Okay.

6    A    I don't think that's right.

7    Q    Why don't you take a moment and read your

8  descriptions of the wires that you found on the

9  pallets at Chesapeake, and just take your time.

10        (Witness complying.)

11    A    What we found at Chesapeake, we found the

12  startup of the wire was with the socket, starting --

13  we had hundred sixty-three foot and one inch from the

14  socket into the wire.  We had a nest of ten individual

15  wires were --

16        MR. SAVILLE:  Sixty-three feet, or a hundred

17  and sixty-three feet?

18        MR. ASPERGER:  Sixty-three feet.

19    A    Sixty-three.  The total length of the wire

20  on the pallet was hundred fifteen feet, nine inches.

21    Q    All right.  So you found a nest of broken

22  wires there that --

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

81

1      A      That's correct.

2      Q      So there were two areas, if I'm

3   understanding you.  Did you observe two areas where

4   there were wires that were broken that exceeded ten to

5   fifteen wires per strand?

6      A      Yes.

7           MR. SAVILLE:  Let me just object to the last

8   one.  But keep going.

9      A      See, the first pallet was hundred and

10  fifteen foot, nine inches.

11          MR. WHITMAN:  Captain Popp, wait until he

12  asks the question.

13     Q      The first pallet contained a hundred and

14  fifteen feet, nine inches?

15     A      The second pallet had eleven foot, the third

16  pallet had a hundred eighty foot.

17     Q      Well, you indicate also on the second

18  pallet --

19     A      The second pallet has a hundred eighty foot.

20     Q      Hundred eighty feet, right.  The third

21  pallet a hundred and fourteen.

22     A      So add that together and you come up with

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

85

1      A      The one on the left.  This -- these are the

2   two (indicating).

3      Q      Photo 18?

4      A      Photo 18.  And you have them in Picture 17

5   as well.

6      Q      And in 16 as well, right?

7      A      And 16 as well.

8      Q      And in 16 they're the ones to the left?

9      A      Yes.

10      Q      All right.  My question --

11          MR. SAVILLE:  Just at 16, they're the ones

12   that are to the left of the boom, not of the photo?

13          MR. ASPERGER:  Correct.

14          MR. SAVILLE:  Right.

15   BY MR. ASPERGER:

16      Q      And my question is did you measure the

17   clearance between the sheave and the edges of the boom

18   structure -- or the, excuse me, the mast structure?

19      A      We looked at it, and it was not possible for

20   the wire to go in there.

21      Q      Okay.  Based upon your observation?

22      A      Yes.  That's something we looked for at the

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

86

1    time, that's why I had that remark in there with

2    the -- where I looked at sheaves and all that.  We

3    looked at that, there was nothing that was -- and they

4    didn't need any guards because it was not the space

5    there.

6         Q    Okay.  Thank you.

7              MR. ASPERGER:  Captain, I think that's all I

8    have.  Let me check my notes.  That's all I have.

9    Thank you very much.

10             MR. SAVILLE:  Captain, I've just got a

11   couple short followups.

12             EXAMINATION BY COUNSEL FOR ABS

13   BY MR. SAVILLE:

14        Q    Referring back to Exhibit 1 or 1-A, on the

15   last page, Page 5.  Under the Crane Turning Radius

16   section, where the sentence reads, "Measurements were

17   taken from the center of the Crane Pedestal No. 4

18   forward.  It was found that with boom raised to

19   maximum height," and then the sentence continues.

20   When you use the word "maximum height," are you

21   referring to the maximum height when it cuts out at

22   the limit, or all the way against the boom stops?

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

91

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2         I, Beatriz D. Fefel, Registered Professional

3    Reporter, the officer before whom the foregoing

4    proceedings were taken, do hereby certify that the

5    foregoing transcript is a true and correct record of

6    the proceedings; that said proceedings were taken by

7    me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by any

10   of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12        IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 14th day of

14   October 2005.

15   My commission expires:

16   August 1, 2008

17

18   _____

19   NOTARY PUBLIC IN AND FOR THE

20   STATE OF MARYLAND

21

22