# ASPERGER ASSOCIATES LLC

ATTORNEYS AT LAW

Christine M. Cusack
Direct: 312.240.0930
Email: ccusack@asplaw.net

October 14, 2005

**Via U.S. Mail**
Mike Parnell
Industrial Training International, Inc.
9428 Old Pacific Highway
Woodland, WA 98674

> Re:  Tate & Lyle v. M/V Leon I, et al.
> Date of Loss: July 29, 2000
> Our File No.: 6509.1206

Dear Mr. Parnell:

Pursuant to our telephone call today, I have enclosed two (2) sets of color photos depicting the subject wire rope for your discussion with the metallurgist, Don Pellow. Please let me know if you need any other information to provide to Mr. Pellow.

I have also enclosed a copy of your deposition transcript from October 7, 2005. Please review your transcript and if you find any discrepancies, please note them on the enclosed errata sheet. I also need you to sign and date the certificate page and return it to me along with the errata sheet so that I can file same with the court reporter within thirty (30) days.

Please call if you have any questions.

Very truly yours,

ASPERGER ASSOCIATES LLC

*Christine M. Cusack*

Christine M. Cusack
Paralegal

CMC
Enclosures