DEPOSITION OF STOYAN TERZIEV

IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD.

May 27, 2003

CONDENSED TRANSCRIPT AND KEYWORD INDEX

Page 1

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MARYLAND
2  (Northern Division)
3  IN THE MATTER OF *
   THE COMPLAINT OF
4  ETERNITY SHIPPING, LTD. AND * Civil Action No.:L01CV0250
   EUROCARRIERS, S.A.
5  FOR EXONERATION FROM OR *
   LIMITATION OF LIABILITY
6  *
   * * * * * * *   *
7
8  Deposition of STOYAN TERZIEV, taken on
9  behalf of the Claimant Tate & Lyle North
10 American Sugar, Inc., in Athens, Greece,
11 commencing at 10:00 a.m., Tuesday, May 27,
12 2003, before Danielle Covarrubias, CSR,
13 pursuant to Notice.
14
15
16
17
18
19
20
21
22
23
24
25

Page 2

1  APPEARANCES OF COUNSEL:
2  For Claimant Tate &   ASPERGER CARAHER LLC
   Lyle North American BY:  JEFFREY J. ASPERGER,
3  Sugar Inc.    ATTORNEY AT LAW
   Three Illinois Center
4  303 East Wacker Drive
   Chicago, Illinois 60601
5  (312)856.9901
6  For Claimant
   Josefina Gonzales BRUNKENHOEFER & HALL P.C.
7  (via telephone) BY: R. BLAKE BRUNKENHOEFER,
   ESQ.
8  555 N. Carancahua
   Suite 1770
9  Corpus Christi, TX 78478
10 For Defendants  OBER, KALER, GRIMES & SHRIVER
   Eternity Shipping, BY:  M. HAMILTON WHITMAN, JR.,
11 Ltd., Eurocarriers, ESQ.
   S.A.  120 East Baltimore Street
12 Baltimore, Maryland 21202-1643
13 (410)347-7354
14
15 For Defendants  HILL RIVKINS & HAYDEN, LLP
16 American Bureau of BY:  ROBERT G. CLYNE,
17 Shipping         COUNSELOR AT LAW
18 45 Broadway, Suite 1500
19 New York, NY 10006
20 (212) 669-0600
21
22
23
24
25

Page 3

1  I N D E X
2  WITNESS:        EXAMINED BY:     PAGE:
   STOYAN TERZIEV  Mr. Clyne           5
3              Mr. Asperger      86, 181
               Mr. Brunkenhoefer  148
4              Mr. Whitman       168
5  EXHIBITS:
     1 Notice of Deposition       5
6    2 Hand drawing              97
     3 Message traffic 2/18/00  114
7    4 M/V Leon I attendance    134
       report Bilbao, Spain,
8      August  , 2000
9
10 INFORMATION REQUESTED:
11 Page:
12  98
13  113
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1   ATHENS, GREECE, 10:00 AM, TUESDAY, MAY 27, 2003
2
3       MR. WHITMAN: Preliminarily, for the
4   deposition today we are producing on behalf of
5   Eternity Shipping and Eurocarriers Mr. Stoyan
6   Terziev, former employee of Eurocarriers who has
7   consented to appear and testify as a designee,
8   and I have reviewed the Notice of Deposition with
9   Mr. Terziev and I have circled on the Notice of
10  Deposition the areas which he has consented to
11  testify to, which are items 3, 4, 5, 6, 7, 14 and
12  15.
13      Again he is not the only person who
14  has been proffered for all of these areas, and I
15  am not saying, nor is he saying, that he has all
16  of the knowledge that any individual might have
17  of these areas, but only that these are the areas
18  that he can speak to.
19      MR. CLYNE: We are going to mark as
20  Terziev 1 a copy of the Notice of Deposition
21  pursuant to Rule 30(b)(6) of Eternity Shipping
22  and Eurocarriers which Mr. Whitman has circled --
23      MR. WHITMAN: Actually Mr. Terziev has
24  circled.
25      MR. CLYNE: -- the areas or the numbers

Page 37

1  Q BY MR. CLYNE: And that key is
2  located where?
3  A It is with bosun because only bosun
4  has the right to operate the crane, so he is the
5  only one operating the cranes, when some
6  preparing for discharging, but not discharging
7  (Short recess)
8  Q BY MR. CLYNE: Mr. Terziev, when we
9  last left off we were talking about the limit
10 switches and your understanding of how this
11 accident on July 29, 2000, occurred.
12 Let me go back and ask you this.
13 The disconnecting of the limit switches in order
14 to prepare the crane to be at rest and stowed for
15 sea, that's something that you know based on your
16 own personal knowledge based on having been on
17 board the vessel, is that correct?
18 A Yes.
19 Q So that has to be done every time,
20 is that right?
21 A Yes. Again I am saying that not
22 only because of my knowledge but because of the
23 design of the vessel in order to be fixed in the
24 rest position the jib must be at the zero angle,
25 but the limit switch is at 30 degrees, and in

Page 38

1  order to park the jib in the rest position you
2  must disactivate the limit switch.
3  Q Where is the switch with the key to
4  disconnect the limit switch?
5  A This is in the crane driver's,
6  operator's cabin.
7  Q So somebody would have to go up
8  there and disconnect or turn the key?
9  A Yes. Actually somebody is there
10 operating and when the moment comes to disconnect
11 it's just --
12 Q Okay. I would like to go back now
13 to the time of the beginning of the retrofitting
14 of the cranes, and in particular I would like to
15 ask you some questions about the Yannis K, okay?
16 A Yes.
17 Q Can you just describe in general --
18 and I really don't want it in detail -- how the
19 cranes were removed from the Yannis K.
20 A The job was done in Dubai by Nikko
21 International Workshop, one of the biggest
22 mechanical workshops in Dubai. I think the owner
23 is Dutch or British.
24 We have removed the cranes in
25 parts. First the crew dismounted the wire ropes,

Page 39

1  removed the wire ropes from the cranes. This is
2  a crew job. Removed, stored in two-meters coil,
3  labeled, after when the time comes for the
4  retrofitting to know which wire rope is for which
5  crane.
6  Q Were you there when the wire ropes
7  were removed?
8  A Yes, I was there from the beginning
9  to the end of the removal of the cranes.
10 Q Do you know approximately what time
11 frame this was?
12 A I will tell you the date when was
13 the eclipse of the sun; this was the date.
14 That's why I remember very well, the full -- The
15 full eclipse of the sun, it was the date exactly.
16 It was 2000. Maybe we can remember this. It was
17 summertime, June or August, summertime in Dubai
18 but --
19 Q If I were to tell you that the Leon
20 I went into the shipyard in November of 1999
21 would that assist you? So sometime in the summer
22 of 1999?
23 A Yes.
24 Q Okay. Now you indicated that you
25 were there when the wire ropes were removed from

Page 40

1  the vessel, is that right?
2  A Yes.
3  Q And they were stowed in coils, is
4  that right?
5  A Yes.
6  Q Were they checked before they were
7  stowed in coils?
8  A Yes. This is part of my job. I
9  have this job order from the office because it
10 was a matter of ordering wire ropes in case we
11 have some damage.
12 Q So they were inspected by you, is
13 that right?
14 A Yes.
15 Q Can you tell us how that was done?
16 A When it's removed first you must
17 put it all along the deck. The way of removing
18 is press you to do this job. You start turning
19 the drum and pull the rope all the way out on the
20 deck. This is the best time to inspect because
21 when it's in coil you cannot do.
22 Q Now all eight wire ropes that were
23 on board the Yannis K, were associated with the
24 Yannis K, were inspected?
25 A Yes.