# American Bureau of Shipping

## REGISTER OF CARGO GEAR

LEON I

EXHIBIT ID
Graham-7
6.25.03

EC000061

4

## PART I

### PERIODICAL SURVEYS

#### ORIGINAL AND QUADRENNIAL PROOF TEST AND EXAMINATION

THIS IS TO CERTIFY that the gear listed below has been surveyed and found in satisfactory condition. (If all of the gear is surveyed at the same time, it will suffice to so indicate below; however, if this is not the case, each article or unit inspected should be listed).

| DESCRIPTION AND LOCATION OF GEAR | DATE OF SURVEY | NO. OF CERTIFICATE | SIGNATURE OF SURVEYOR | REMARKS |
|---|---|---|---|---|
| Four (4)-25 tons Deck Cranes located between hatches Nos. 1 & 2, 2 & 3, 3 & 4 and 4 & 5. | 20 July 1972 | 7-2-450-1 | Y. Narabayashi | Before being taken into use |
| Four (4)-25 tons Deck Cranes located between hatches Nos. 1-2, 2-3, 3-4 and 4-5. | 1 October 1984 | 84-1001 | H. Hayashihara | Carried out at Onomichi Dockyard Co. Ltd. |
| Four (4)-25 tons Deck Cranes located between hatches Nos. 1-2, 2-3, 3-4 and 4-5. | 16 October 1985 | VP 115 CHG | G. A. Izquierdo | Satisfactory for new ABS Register of Cargo Gear |
| FOUR (4) 25 TONS DECK CRANES LOCATED BETWEEN HATCHES Nos (1-2), (2-3) (3-4) & (4-5) | 14 OCT 1989 | VP-166 CHG. | E. OSTORNOL | Satisfactory condition |
| FOUR (4) 25 TONS DECK CRANES LOCATED BETWEEN HATCHES Nos 1 & 2, 2 & 3, 3 & 4 AND 4 & 5. | 31 OCTOBER 1993 | VP-254 | | SATISFACTORY CONDITION |
| FOUR (4) 20 FULL TONS S.WL. DECK ROTATING ELECTRIC CRANES BETWEEN HATCHES #1/2, 3/4 5/6 + 6/7 AT FR. NOS. 181, 128, 92, 58 | 2d DEC 1999 | SQ-5356 CHG-A | ROY GRAHAM | SATISFACTORY (CRANES INSTALLED ON VESSEL "LEON I") |