

**eurocarriers s.a.**

Voula Center
102-104, V. PAVLOU STR.
GR-166 73, VOULA
GREECE

TEL: +301 9659781
FAX: +301 9659780
TLX: 215531 EURO GR
       215594 EURO GR

 

119390

# Telefax

| | | | | |
|---|---|---|---|---|
| TO | : **ABS PIRAEUS** | FAX NO. | : | 4293218 |
| ATTN | : MR. ADAMOPOULOS | OUR REF | : | TECH/NK/1200 |
| FROM | : TECH & PC DEPT. | DATE | : | 21.06.99 |
| Total number of pages | 1 | | | |
| RE | : **M/V "LEON I" - GRT 19,872** | | | |

PLEASE BE INFORMED THAT WE WISH TO RETROFIT TO OUR CAPTIONED GEARLESS BULK CARRIER FOUR DECK CRANES OF 25 TONS EACH.

PLEASE ADVISE WHETHER YOU MAY CARRY OUT THE NECESSARY TECHNICAL STUDY (STRENGTH - STABILITY) FOR NECESSARY REINFORCEMENTS.
IF POSITIVE, PLEASE ADVISE COST INVOLVED AND TIME REQUIRED.

PLEASE ALSO ADVISE APPROVAL COST INVOLVED.

BEST REGARDS
FOR EUROCARRIERS S.A.
(AS AGENTS ONLY)

N. KEKRIDIS
TECHNICAL MANAGER

EC001630

# ABS EUROPE

A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

## PIRAEUS TSG

6, SKOUZE STREET - P.O.B. 80 139 - GR 18536 PIRAEUS, GREECE
TEL: (30-1) 4293215 (5 Lines) - TELEX: 212494 - FAX: (30-1) 4292745

---

TO: EUROCARRIERS S. A

ATTN: MR. N. KEKRIDIS

FAX No.: 9659780

FROM: E. G. SOUNDIAS

CC: A BS PIRAEUS-FILE

PAGE 1 OF 3

DATE: 28 JUNE 1999

FILE REF: S-1

BRANCH CODE: 711/22

REFER TO: EGS

SUBJECT: BULK CARRIER
      M. V. "LEON I" ABS ID 8244775
      EX "LAKE ONEIDA"
      184.85 X 24.41 X 15.08 M
      STOCZNIA SZCZECINISKA S. A., HULL NO B-517/4
      CRANE INSTALLATION, SWL = 25 TONS
      LIFTING APPLIANCE CERTIFICATION
      STABILITY REQUIREMENTS

WE ARE IN RECEIPT OF YOUR FAX OF 21 JUNE 1999 REGARDING THE INSTALLATION OF FOUR (4) REVOLVING CRANES SWL = 25 TONS EACH ON THE ABOVE VESSEL.

BASED ON OUR TELECOM OF 21 JUNE 1999 SUBJECT CRANES HAVE AN ABS REGISTER CARGO GEAR BOOK AND THEY WILL BE TAKEN FROM VESSEL PREVIOUSLY CLASSED WITH THIS BUREAU.

WITH REGARD THERETO WE ADVISE THAT THE BASIC REQUIREMENTS NEEDED FOR THE SUBJECT VESSEL TO HAVE A VALID ABS LIFTING APPLIANCE CERTIFICATION ARE AS FOLLOWS:

THE EXISTING CARGO GEAR REGISTER BOOK SHOULD BE SUBMITTED FOR OUR REVIEW.

REINFORCEMENT STRUCTURAL PLANS SHOWING THE ARRANGEMENTS AND DETAILS ARE TO BE SUBMITTED FOR REVIEW BEFORE THE INSTALLATION OF THE CRANES BEGINS. THESE PLANS ARE TO CLEARLY INDICATE THE REINFORCEMENT OF DECK AND BULKHEADS, PEDESTAL, SCANTLINGS, MATERIALS, JOINT DETAILS AND WELDING.

IN GENERAL AT LEAST THREE (3) PRINTS OF EACH DRAWING ARE TO BE SUBMITTED FOR REVIEW.

SPECIAL CONSIDERATION SHOULD BE GIVEN TO THE STRENGTHENING OF THE SHIP CROSS DECK AREA IN THE WAY OF THE INSTALLATION OF THE GEAR AND THE PEDESTAL STRUCTURE IF A NEW PEDESTAL IS ISTALLED.

EC001631

EUROCARRIERS S. A.                          28 JUNE 1999

PEDESTAL AND UNDER DECK SHIP STRUCTURE SUPPORTING THE REVOLVING CRANES SHOULD SUSTAIN THE VERTICAL REACTION AND OVERTURNING MOMENT RESULTING FROM THE OPERATION OF THE CRANE. THESE REACTION FORCES WOULD BE RESULTED FROM THE DESIGN CONSIDERATION AS PER PARAGRAPH 2.7.2 AND REFLECT APPLICABLE DYNAMIC COEFFICIENT AS PER PARAGRAPH NO 2.5.9 OF THE GUIDE FOR "CERTIFICATION OF CRANES, 1991".

WE SUGGEST CONTACTING ANY INDEPENDENT NAVAL ARCHITECT FIRM REGARDING THE DESIGN OF THE PEDESTAL AND DECK STRENGTHENING SUPPORTING THE REVOLVING CRANES. STRUCTURAL DRAWINGS TOGETHER WITH A COPY OF DETAILED SUPPORTING CALCULATIONS SHOULD BE DEVELOPED AND SUBMITTED TO THIS OFFICE FOR REVIEW AND APPROVAL. THIS OFFICE IS NOT BEING INVOLVED DIRECTLY WITH THE DESIGN OF THE STRUCTURAL DRAWINGS AND SUPPORTING DATA.

AFTER THE INSTALLATION OF THE GEAR ON MAIN DECK AN INCLINING EXPERIMENT OR DEAD WEIGHT SURVEY DETERMINATION SHOULD BE CARRIED OUT ON THE VESSEL FOR VERIFICATION OF THE NEW LIGHTSHIP CHARACTERISTICS. WHEN THE LIGHTSHIP PARTICULARS ARE VERIFIED A REVISED TRIM AND STABILITY BOOKLET REFLECTING THE CRANE OPERATION SHOULD BE PLACED ONBOARD THE VESSEL. AGAIN FOR THE STABILITY WORK INVOLVED THE INDEPENDENT NAVAL ARCHITECT FIRM SHOULD PREPARE THE APPROPRIATE DOCUMENTS AND SUBMITTED FOR OUR REVIEW.

WE EXPECT TO COMPLETE OUR REVIEW WITHIN FOUR WEEKS FROM THE DAY WE RECEIVE ALL NECESSARY PLANS, INFORMATION AND STABILITY BOOKLETS.

OUR TECHNICAL FEES COVERING THE WORK INVOLVED WILL BE BASED ON THE ACTUAL TIME SPENT BY THE REVIEWING ENGINEER. APPROXIMATELY OUR TECHNICAL FEES ARE AS FOLLOWS:

1) CARGO GEAR STRUCTURAL AND ELECTRICAL, PROVIDED INSTALLATION OF GEAR ON THE MAIN DECK IS THE SAME FOR THE FOUR (4) CRANES: U.S. DOLLARS 4250.

2) INCLINING EXPERIMENT OR A DEAD WEIGHT SURVEY DETERMINATION: U. S. DOLLARS 750.

3) INTACT STABILITY-REVISED TRIM & STABILITY BOOKLET: U. S. DOLLARS 1275.

PLEASE NOTE THAT THE AFOREMENTIONED FEES ARE BASED ON ONE SUBMITTAL PLUS ONE RESUBMISSION OF DRAWINGS THAT INCLUDE THE ABS AMENDMENTS. ADDITIONAL SUBMITTALS, MODIFICATIONS, ALTERATIONS TO THE ORIGINAL DESIGN AND SUBMISSION OF DRAWINGS WILL BE CHARGED EXTRA AT AN HOURLY RATE.

EC001632

EUROCARRIERS S. A.                    28 JUNE 1999

ABOVE QUOTED FEE IN US DOLLARS WILL BE CONVERTED TO DRACHMAS AT THE RATE OF THE DAY OF INVOICING.

WE LOOK FORWARD TO YOUR FURTHER RESPONSE IN ORDER THAT WE MAY ISSUE THE REQUIRED ABS REGISTER OF LIFTING APPLIANCES FOR THE SUBJECT VESSEL.

REGARDS

S. ADAMOPOULOS

TOTAL P.  03

**EC001633**

17-NOV-1999  14:07   FROM ABS TECH. PIRAEUS          TO          ' 9659780   P.01/02

# **ABS** EUROPE

A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

## PIRAEUS TSG

6, SKOUZE STREET - P.O.B. 80 139 - GR 18536 PIRAEUS, GREECE
TEL: (30-1) 4293215 (5 Lines) - TELEX: 212494 - FAX: (30-1) 4292745

*IN 239097*
*TTch*

| | | |
|---|---|---|
| TO: | MARUTEC CO. | PAGE 1 OF 2 |
| ATTN: | Mr. D.G. Yannoudakos | DATE : 17 November 1999 |
| FAX No.: | 4133676 | FILE REF. : S-1 |
| FROM: | J. Tsolkas | BRANCH CODE : 711/21 |
| | | REFER TO : IK/YT/151921-2 |
| CC: | EUROCARRIERS S.A. (Att. Mr. N. Kekridis) - fax no. 9659780 | |

SUBJECT: Bulk Carrier – Maltese Flag
**M/V "LEON I" – ABSID:8244775**
Ex name: "LAKE ONEIDA"
185.0 x 24.4 x 15.5 m
Stocznia Szczeciniska S.A., Poland – Hull no. B-517/4
Crane Installation–Review of Electrical Plans (Load Analysis and Main Switchboard Single Line Diagram)

Gentlemen,

We acknowledge receipt of your submittal on the above subject dated 15 November 1999.
Please be advised that in order to complete our review the following details remain to be submitted:

1.  Standard of construction and type of new electric cables used.
2.  Details of new cable installation (penetrations through fire and/or watertight bulkheads and decks, conduit pipes on deck new or existing, junction boxes –if used, etc.)
3.  The main switchboard single line diagram, as-built prior to the subject modification, including the sizes of main switchboard bus bars.
4.  Please advise whether the indicated "overcurrent controller" is new or existing and supply manufacturer's specification (brochure) for the new one –if applicable, as well as settings of trips.
5.  Type and size of cables and details/wiring diagram of the modified/new overcurrent protection circuit.
6.  Details (manufacturer's specifications, including making and breaking capacities) and settings for the newly installed circuit breakers.
7.  Details of the indicated connection between the newly installed circuit breakers and the main bus bar.
8.  It appears that editorial mistakes in the Load Factor column of the load analysis of the cranes (page 4/4) have resulted in a wrong calculation of the consumed power for the cranes. Revised calculation remains to be submitted.

— Spare diacontes
— Overcurrent controller (existing?)
— Electric cables type certificate

**DATE:** 17 November 1999

TO:  MARUTEC CO.

**PAGE  2  OF  2**

9.  We understand from drawing titled "Main Switchboard Single Line Diagram" (page 4 of 7) that line 51, indicated to be connected to the bilge pump, is to be connected to the crane No.4 panel (indicated to be connected to line 55). Your comments/revised arrangements in this regard are requested.

10. We understand that coordinated tripping is to be provided between the indicated circuit breakers of the generators and the crane feeder circuit breakers. Suitable evidence in this regard remains to be submitted.

The ABS contact persons for this submittal will be Messrs. Ion Koumbarelis and John Tsolkas.

Please advise whether the cost for the subject review will be covered by you, or the invoice for our services rendered will be issued to Messrs. "EUROCARRIER S.A".

Plans/documentation submitted with your letter dated 15 November 1999 on the above subject will be retained in our files without further action pending your submittal of additional details requested as per items 1 to 10 above.


Regards

Ion Koumbarelis
*Senior Engineer*

EC001635



**ABS**EUROPE
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

24 November 1999

From: ABS Europe- Piraeus

Refer To: EGS/ 148681-7
File Ref.: S-1

To:    ABS Pacific-Shanghai

SUBJECT: Bulk Carrier
M. V. "LEON 1" ID 8244775
Ex. "LAKE ONEIDA"
185.00 x 24.40 x 15.50 m
Stocznia Szczeciniska S. A., Hull No: B-517/14
1966 Freeboard Type "B-Reduced"
Deeper Draft Request

Attention: Mr. Wing Kee Ho
Principal surveyor

Gentlemen:

We have received Marutec Co. letter dated 11 October 1999 requesting deeper draft, 1966 "B-Reduced Freeboard.

Accordingly, we enclosed the applicable freeboard assignment for the subject vessel.

For your information, the assigned center of ring of 3848 mm below the top of the steel upper deck at side, corresponding to a molded draft of 11.272 meters and an extreme draft of 11.298 meters.

A five (5) months provisional Load Line Certificate may be issued pending placing on board the vessel a revised Trim & Stability and Loading Booklet reflecting the new freeboard assignment.

Provided all conditions of assignment are met upon receipt of a copy of the provisional Load Line Certificate, a dully filled copy of the LL-11-D Form together with the usual report and the approved Final Trim & stability and Loading Manual, the Full Term Load Line Certificate, will be issued by ABS Houston.

Our invoice covering the Load Line assignment work involved will be forwarded as per Marutec Co. verbally instructions to the following address:

**EC001636**



**ABS**EUROPE

A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

To: ABS Pacific-Shanghai                24 November 1999            Page 2nd

Eurocarriers S. A.
Voula Center
102-104. V. Pavlou Street
Gr-166 73. Voula, Greece

Very truly yours,
ABS EUROPE
Richard P. Neilson
Vice President
Engineering

By: _____
S. Adamopoulos - Technical Manager

Enclosure:

cc: Calculation folder (w/ attachment, freeboard calcs and check sheet)
ABS Piraeus File
ABS Houston-Load Line & Stability Team (w/ attachment and freeboard calcs)
Muratec Co. (w/ attachment, att'n: Mr. D. G. Yiannoudakos)
Eurocarriers (w/ attachment, att'n; Mr: N. Kekridis)

EC001637



LL 3E (Rev. 10/85)

## American Bureau of Shipping

| FREEBOARD ASSIGNMENT | TYPE:<br>1966 Type "B-Reduced" |
|---|---|

Builder and hull number (s)

Stocznia szczeciniska S. A.. Poland. B-517/14

| LENGTH (L) AS DEFINED<br>IN LL REGULATIONS | NAME OF VESSEL(S) | COUNTRY OF REGISTRY |
|---|---|---|
| 185.56 m | "LEON 1" | Malta |

|  |  | mm |
|---|---|---|
| CENTER OF RING below the upper edge of the deck line | | 3848 |
| LOAD LINE in Tropical Fresh Water. above the center of Ring | | 3378 |
| " in Fresh Water. above the center of Ring | | 3613 |
| " in Tropical Zones. above the center of Ring | | 3613 |
| " in Summer. through/above the center of Ring | | -- |
| " in Winter. below/above the center of Ring | | 4083 |
| " in Winter North Atlantic. below the center of Ring | | -- |

The upper edge of the deck line from which the center of Ring is measured is:

opposite of the top of the steel upper deck at side

The above marking are assigned subject to complete compliance with the 1966 Load Line Regulations and the final approval of Trim and Stability and Loading Manual



Issued at Piraeus on 24 -11-1986

For proper markings see reverse

EC001638



**ABS**EUROPE

A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

25 November 1999

Marutec co. Naval Architects
25, Agiou Spyridonos &
2nd Merarchias Street
Piraeus-Greece

Refer To: EGS/152606-1
File Ref.: S-1

SUBJECT: Bulk Carrier
     M. V. "LEON 1" ID 8244775
     Ex "LAKE ONEIDA"
     185.00 x 24.40 x 15.50 m
     Stocznia Szczeciniska S. A
     Installation of Pedestals
     Lifting Appliance Certification

Attention: Mr. D. G. Yiannoudakos

Gentlemen:

We have your letter of 23 November 1999 resubmitting five (5) prints of the following drawing:

No: MA-038-IA, "Construction Plan of Cranes Fitting", dated October 1999

for the subject lifting appliance. This drawing was resubmitted for approval of alterations made since the previous submission. See ABS letters dated 26 October and 17 November 1999. The revised arrangements and details as indicated are satisfactory. Accordingly three (3) prints of each drawing are being returned, approved for compliance with our requirements for the issuance of an American Bureau of Shipping Register of Lifting Appliances.

The conditions for approval as outlined in our letter of 26 October 1999 are applicable, where appropriate.

Very truly yours,
ABS EUROPE
Richard P. Neilson
Vice President
Engineering

Enclosures:

By: _____
S. Adamopoulos, Technical Manager

**EC001639**



ABSEUROPE
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

25 November 1999

Marutec co. Naval Architects
25, Agiou Spyridonos &
2nd Merarchias Street
Piraeus-Greece

Refer To: EGS/152606-1
File Ref.: S-1

SUBJECT: Bulk Carrier
      M. V. "LEON 1" ID.8244775
      Ex "LAKE ONEIDA"
      185.00 x 24.40 x 15.50 m
      Stocznia Szczeciniska S. A
      Installation of Pedestals
      Lifting Appliance Certification

Attention: Mr. D. G. Yiannoudakos

Gentlemen:

We have your letter of 23 November 1999 resubmitting five (5) prints of the following drawing:

      No: MA-038-IA. "Construction Plan of Cranes Fitting". dated October 1999

for the subject lifting appliance. This drawing was resubmitted for approval of alterations made since the previous submission. See ABS letters dated 26 October and 17 November 1999. The revised arrangements and details as indicated are satisfactory. Accordingly three (3) prints of each drawing are being returned, approved for compliance with our requirements for the issuance of an American Bureau of Shipping Register of Lifting Appliances.

The conditions for approval as outlined in our letter of 26 October 1999 are applicable, where appropriate.

Very truly yours,
ABS EUROPE
Richard P. Neilson
Vice President
Engineering

**EC001640**

By: _____
S. Adamopoulos Technical Manager

Enclosures:

cc: Calculation folder (w/ print and check sheet)
    ABS Piraeus-File
    ABS Surveyor-Shanghai (w/print and copy of ABS Piraeus letter of 26-10-'99)
    Eurocarriers (att'n: Mr. N. Kekridis)

6, SKOUZE STR. - P.O.B. 80139 - GR 185 36 PIRAEUS, GREECE
TEL.: (30-1) 4293215 (5 Lines) - TELEX: 212494 - FAX: (30-1) 4292745



**ABS**EUROPE

A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

25 November 1999

Eurocarriers S. A.                          Refer To: EGS/152589-1
Voula Center                                File Ref.: S-1
102 104, V. Pavlou Street
Gr-166 73, Voula-Greece

SUBJECT: M. V. "LEON-1", ID 8244775
              Deck Crane (Electric Type), SWL = 20 (MT)
              Existing Cargo Gear Register
              Certification of Lifting Appliances

Attention: Mr. K. Kekridis

Gentlemen:

   We have received on 23 November 1999 two (2) prints of the following document:

                    "Register of Cargo Gear"

for the subject crane for our review.

   With regard thereto we advise that the above existing Register has been issued by ABS and is to be available on board for endorsement by the Surveyor at the time of periodical and damage surveys. In it is to be kept the diagram of the arrangement of the assembled crane and load diagrams as per ABS Guide for "Certification of Cranes, 1991".

   We note that the Maximum Safe Working Load (SWL) has been degraded from 15. (MT) to 10. (MT) operable at a maximum and minimum radius of 22. M and 4.5 m respectively.

   Acceptance of the installation of cranes on board the subject vessel is contingent upon satisfactory surveys and proof tests in accordance with section No: 5.3, "Testing Cranes as a Unit" of the above Guide.

   The crane is to be tested on board to the following proof load:

          SWL of Assembled Crane              Proof Load
                20 (MT)                         25 (MT)

**EC001641**



**ABS**EUROPE
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

To: Eurocarriers S. A.          25 November 1999          2nd Page

Test rating conditions most likely to represent all intended service should be selected. The maximum load at the least, intermediate and at maximum radii should be included in these tests and any other test conditions the Owner may request. Only tested conditions will be included on the certificate.

In addition to the items noted in section 5.3 of the aforementioned guide the slewing ring assembly including bolting arrangement and foundation should be examined for slack bolts, damaged bearings, and deformed of fractured weldments.

One (1) copy of the above document will be forwarded to our attending surveyor at ABS Shanghai. The other copy is being kept for our record and file.

Very truly yours,
ABS EUROPE
Richard P. Neilson
Vice President
Engineering

By: _____
S. Adamopoulos - Technical Manager

cc: ABS Surveyor-Shanghai (w/p)
   : Marutec Co. (att`n: Mr. G. D. Yiannoudakos)

EC001642

26-NOV-1999 18:15 FROM ABS TECH. PIRAEUS    TO    9659780    P.01/09

# ABS EUROPE

A DIVISION OF THE AMERICAN BUREAU OF SHIPPING



## PIRAEUS TSG

6, SKOUZE STREET - P.O.B. 80 139 - GR 18536 PIRAEUS, GREECE
TEL: (30-1) 4293215 (5 Lines) - TELEX: 212494 - FAX: (30-1) 4292745

*241100/1N*
*Tech*

TO: ABS SHANGHAI

ATTN: MR. ROY GRAHAM

FAX NO: 00-86-21-6322-9649

FROM: E. G. SOUNDIAS

CC: EUROCARRIERS (ATT'N: MR. N. KEKRIDIS, FAX NO: 9659780)

PAGE 1 OF 9

DATE: 26 NOVEMBER 1999

FILE REF.: S-1

BRANCH CODE: 711/22

REFER TO: EGS

SUBJECT: M. V. "LEON 1" ID 8244775
INSTALLATION OF 4 PEDESTAL CRANES

RE YOUR FAX OF 26 NOVEMBER 1999 ON THE ABOVE.

WITH REGARD THERETO WE ADVISE YOU THAT SUBJECT REVOLVING CRANE HAS A VALID CARGO GEAR REGISTER BOOK ISSUED BY ABS WHEN THE GEAR WAS USED ONBOARD OTHER VESSEL CLASSED BY ABS.

THEREFORE NO DRAWINGS FOR CRANE'S MAJOR STRUCTURAL COMPONENTS ABOVE PEDESTAL ARE REQUIRED TO BE REVIEWED. AVAILABLE EXISTING CRANE'S DRAWINGS HAVE BEEN FORWARDED TO YOUR OFFICE BY COURIER.

DRAWING OF GENERAL ASSEMBLY CRANE IS INDICATED INSIDE THE FORWARDED BOOKLET. DRAWING OF LOAD DIAGRAM WAS REQUESTED TO BE PROVIDED BY THE OWNER. SEE ABS PIRAEUS LETTER OF 25 NOVEMBER 1999 (2ND PARAGRAPH).

COPY OF ABS PIRAEUS LETTER OF 26 OCTOBER 1999 HAS ALREADY FAXED TO YOU. ATTACHED PLEASE FIND ADDITIONAL COPY OF SAME LETTER.

FINAL REVISED DRAWING NO: MA-038-IA, "CONSTRUCTION PLAN OF CRANES FITTING ", DATED OCTOBER 1999, HAS BEEN APPROVED BY OUR LETTER OF 25 NOVEMBER 1999. COPY OF THIS LETTER HAS ALREADY BEEN FAXED TO YOUR OFFICE. ATTACHED PLEASE FIND ADDITIONAL COPY OF SAME LETTER. THIS REVISED DRAWING INDICATES THE INCREASE OF PEDESTAL HEIGHT BY ONE (1) METER FOR THE REVOLVING CRANE LOCATED BETWEEN NOS 1 & 2 CARGO HOLD HATCH SATISFYING THE DAMAGE STABILITY REQUIREMENTS. THIS DRAWING HAS ALREADY FORWARDED TO YOUR OFFICE BY COURIER. ATTACHED PLEASE FIND COPIES OF PORTION OF THE ABOVE DRAWING REFLECTING OUR LATEST AMENDMENTS.

REGARDS

S. ADAMOPOULOS

**EC001643**

26-NOV-1999  18:15   FROM  ABS TECH. PIRAEUS        TO          9659780   P.02/09



A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

26 October 1999

Marutec Co  Naval Architects                    Refer To: EGS/148681-3
25, Agiou Spyridonos &                           File Ref.: s-1
2nd Merarchias Street
185 35 Piraeus-Greece

SUBJECT: Bulk Carrier
        M. V. "LEON I" id 8244775
        Ex "LAKE ONEIDA"
        185.00 x 24.40 x 15.50
        Stocznia Szczeciniska S. A.
        Installation of Pedestals
        Lifting Appliances Certification

Attention: Mr. D. G. Yiannoudakos

Gentlemen:

We have your letter of 11 October 1999 submitting four (4) prints of the following drawing
and other reference information:

        No: MA-038-IA, "Construction Plan of Cranes Fitting", dated October 1999

for the subject vessel.

Provided the details and arrangements as indicated and amended are adhered to, the
drawings are approved for the issuance of an American Bureau of shipping Register of
lifting Appliances.

Our approval is based on our independent analysis, which has confirmed that factors of
safety in the pedestals and underdeck supporting structure are in accordance with 2.5.2
through 2.5.4 and 2.5.9 of the American Bureau of Shipping Requirements for the "Guide
for Certification of Cranes, 1991".

Please be advised that the cross deck area, in way of hatch side girder, is reserved
pending submission of structural details, frame Nos: 56-61 and 125-132. port or stbd.

In-plant survey during construction of the pedestal and underneath deck structure will be
required to the extent necessary for the Surveyor to confirm the materials, welder
qualifications, welding procedure approval, compliance with approved drawing and
workmanship.

Our analysis for the foundation was carried out based on the reactions force and
overturning moment showing on the above drawing.

6. SKOUZE STR. · P.O.B. 80139 · GR. 185 36 PIRAEUS. GREECE
TEL.: (30-1) 4293215 (5 lines) · TELEX. 212494 · FAX. (30-1) 4292745

**EC001644**

26-NOV-1999  18:16   FROM  ABS TECH. PIRAEUS          TO            9659780   P.03/09

# **ABS**EUROPE
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

To: Marutec Co. Naval Architects.          26 October 1999       2nd Page

Please inform this office. which port the subject structural work will be carried out in order that we may forward the approved drawing to our attending Surveyor.

Our invoice covering our technical work involved will be forwarded to your company in due course.

Other drawings submitted with same letter above will be the subject of separate correspondence.

Very truly yours,
ABS EUROPE
Richard P Neilson
Vice President
Engineering

By: _____
S. Adamopoulos/ Technical Manager

Enclosure:

cc: Eurocarriers S. A. (attention: Mr. N. kekridis)
Calculation folder (w/ calcs. print and check sheet)
ABS Piraeus-File
ABS Surveyor-hold (w/ print)

EC001645

26-NOV-1999  18:16   FROM  ABS TECH. PIRAEUS          TO          9659780   P.04/09



A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

25 November 1999

Eurocarriers S. A.
Voula Center
102 104, V. Pavlou Street
Gr-166 73, Voula-Greece



Refer To: EGS/ 52589-1
File Ref: S-1

SUBJECT: M. V. "LEON-1", ID 8244775
         Deck Crane (Electric Type), SWL = 20 (MT)
         Existing Cargo Gear Register
         Certification of Lifting Appliances

Attention: Mr. K. Kekridis

Gentlemen:

    We have received on 23 November 1999 two (2) prints of the following document:

                    "Register of Cargo Gear"

for the subject crane for our review.

    With regard thereto we advise that the above existing Register has been issued by ABS
and is to be available on board for endorsement by the Surveyor at the time of periodical
and damage surveys. In it is to be kept the diagram of the arrangement of the assembled
crane and load diagrams as per ABS Guide for "Certification of Cranes, 1991".

    We note that the Maximum Safe Working Load (SWL) has been degraded from 15.
(MT) to 10. (MT) operable at a maximum and minimum radius of 22. M and 4.5 m
respectively.

    Acceptance of the installation of cranes on board the subject vessel is contingent upon
satisfactory surveys and proof tests in accordance with section No: 5.3, "Testing Cranes
as a Unit" of the above Guide.

    The crane is to be tested on board to the following proof load:

        SWL of Assembled Crane              Proof Load
              20 (MT)                         25 (MT)

            6. SKOUZE  STR. - P.O.B. 80139 - GR  185 36  PIRAEUS, GREECE
        TEL.: (30-1) 4293215 (5 Lines) - TELEX: 212494 - FAX: (30-1) 4292745

EC001646

26-NOV-1999  18:16   FROM ABS TECH. PIRAEUS          TO        9659780  P.05/09



**ABS**EUROPE
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

To: Eurocarriers S. A.          25 November 1999          2nd Page

Test rating conditions most likely to represent all intended service should be selected. The maximum load at the least, intermediate and at maximum radii should be included in these tests and any other test conditions the Owner may request. Only tested conditions will be included on the certificate.

In addition to the items noted in section 5.3 of the aforementioned guide the slewing ring assembly including bolting arrangement and foundation should be examined for slack bolts, damaged bearings, and deformed of fractured weldments.

One (1) copy of the above document will be forwarded to our attending surveyor at ABS Shanghai. The other copy is being kept for our record and file.

Very truly yours.
ABS EUROPE
Richard P. Neilson
Vice President
Engineering

By: _____
S. Adamopoulos - Technical Manager

cc: ABS Surveyor-Shanghai (w/p)
: Marutec Co. (att'n: Mr. G. D. Yiannoudakos)
: ABS Piraeus-file
. Calculation folder (w/ p and check sheet)

**EC001647**

26-NOV-1999  18:17  FROM  ABS TECH. PIRAEUS          TO          9659780   P.06/09
                                                                              7


## **ABS**EUROPE
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING

25 November 1999

Marutec co. Naval Architects                    Refer To  EGS 152606-1
25, Agiou Spyridonos &                          File Ref. S-1
2nd Merarchias Street
Piraeus-Greece

SUBJECT: Bulk Carrier
         M. V. "LEON 1" ID 8244775
         Ex "LAKE ONEIDA"
         185.00 x 24.40 x 15.50 m
         Stocznia Szczeciniska S. A
         Installation of Pedestals
         Lifting Appliance Certification

Attention: Mr. D. G. Yiannoudakos

Gentlemen:

We have your letter of 23 November 1999 resubmitting five (5) prints of the following
drawing:

        No. MA-038-IA, "Construction Plan of Cranes Fitting", dated October 1999

for the subject lifting appliance. This drawing was resubmitted for approval of alterations
made since the previous submission. See ABS letters dated 26 October and 17 November
1999. The revised arrangements and details as indicated are satisfactory. Accordingly
three (3) prints of each drawing are being returned, approved for compliance with our
requirements for the issuance of an American Bureau of Shipping Register of Lifting
Appliances.

The conditions for approval as outlined in our letter of 26 October 1999
are applicable, where appropriate.

                                        Very truly yours,
                                        ABS EUROPE
                                        Richard P. Neilson
                                        Vice President
                                        Engineering

                                        By: _____
Enclosures:                             S. Adamopoulos-Technical Manager

cc: Calculation folder (w/ print and check sheet)
    ABS Piraeus-File
    ABS Surveyor-Shanghai (w/print and copy of ABS Piraeus letter of 26-10-'99)
    Eurocarriers (att'n: Mr. N. Kekridis)

        6, SKOUZE  STR. - P.O.B. 80139 - GR  185 36  PIRAEUS, GREECE
        TEL.: (30-1) 4293215 (5 Lines) - TELEX: 212494 - FAX: (30-1) 4292745

**EC001648**

26-NOV-1999  18:17  FROM  ABS TECH. PIRAEUS       TO        9659780  P.07/09

MAIN DECK

BKT 500×500×20
·200×20

100×15 (NEW)
15
(NEW)

200×20(NEW)

2000

15
(NEW)

12
EXISTING
∮ 60×30× 15

100×15 (NEW)

200×20 (NEW)

30                                    30

HOLD N₀7                              HOLD N₀ 6

2⅓ ⅓

WEB

13

50°

FLANGE

FULL PENETRATION
WELDING (TYP.)

E                    E

1300×20÷300×30 (NEW)

400×20÷300×30
(NEW)

30                    30

20

BHD

TRIPPING BKTS (NEW)
SPACING 1300mm (MAX)

30                    PL 200 x20    (NEW)

FB

150×30 (NEW)

900

2100

300×30-(NEW)

TANK TOP

30

20    20

20    20

BOTTOM

56              58              60    61

30

150×13÷150×12 (EX.)

150× 30 (NEW)

150× 30 (NEW)

150×B÷150×12 (EX.)

30

15

15

G                    F

850

INSERT
PLATE          45        CHAMFER  BEFORE WELDING

EXISTING DECK PLATE

20

13

DECK BEAMS

L 200

MAIN DECK
SCALE 1:50

EC001649

26-NOV-1999  18:18  FROM  ABS TECH. PIRAEUS    TO    9659780  P.08/09

25   φ1060    900    30

FB 150×25

FB 150×25 (NEW)

FULL PENETRATION WELD.

30

FB 150×25

30

1000

CRANE PEDESTAL AFTER MODIFICATION

4000

250×25+200×25 (NEW)

Full Penet:
De:

TRIPPING BKT 335×25
+ FB 150×25 (NEW)

25

200

150×25+200×25 (NEW)

RUBHI 2900 IS APLICABLE
FOR PEDESTAL INSTALLATION
BETWEEN HATCHES 1 2 AT FR. 176 -182

B

B

30    FB 150×25 (NEW)    30
25

2800

TWO TRIPP
FOR PEDEST
BETWEEN H
AT COMMON

CRANE PEDESTAL (NEW)

5    5

(2900)
1900

335    1140

1700

A    A

900

500×25+200×25 (NEW)

BKT 500×500×25+ 200×20

500×25+200×25

BKT 500×500×25+ 200×20

MAIN DECK

INSERT PL. 2900×2900×28 (NEW)

FULL PENETRATION WELDING

SEC. C-C
SCALE 1:25



**EC001650**



DETAIL B
SCALE 1:25

SEC. J-J
SCALE 1:25

EC001651

 **ABS**EUROPE
A DIVISION OF THE AMERICAN BUREAU OF SHIPPING



3 December 1999

Eurocarriers S. A
Voula center
102-104, V. Pavlou Street
Gr -166 73, Voula
Greece

Refer to: EGS
File Ref.: S-1

## TO WHOM IT MAY CONCERN

SUBJECT: Bulk Carrier
    M. V. "LEON 1", ABSID: 8244775
    Ex. "LAKE ONEIDA"
    Installation of Pedestals
    Lifting Appliance Certification

Attention: Mr. N. Kekridis

Gentlemen:

We refer to your fax of 24 November 1999 on the above.

With regard thereto we confirm that we have completed the structural review and approval of drawing indicating the pedestal installation (cranes` retrofitting design) on the main deck of the subject vessel.

Very truly yours,
ABS EUROPE
Richard P. Neilson
Vice President
Engineering

By: _____
S. Adamopoulos Technical Manager

**EC001652**