

# AMERICAN BUREAU OF SHIPPING

Two World Trade Center, 106th Floor
New York, New York 10048

Page 1 of 2

Report No.: SQ-5356-B     Date:  20 DECEMBER 1999     Port: SHANGHAI, P.R.CHINA

" LEON I "
ABSID 8244775

*THIS IS TO CERTIFY THAT* the undersigned Surveyor to this Bureau did, at the request of the Owner's representative, attend the M/V "LEON I" of Malta, ABSID No. 8244775, 19,872 gross tons, as the vessel lay afloat and on drydock at Da Dong Shipyard, Chong Ming, PRC on 18 November 1999 and subsequent dates in order to examine and report on the installation of four (4) pedestal cranes and report as follows:

Specifications:

| | |
|---|---|
| Crane Type | Electric –Three (3) Action |
| Manafacturer | IHI Heavy Industries Co., Ltd. |
| Safe Working Load | 20 metric tons (degraded from 25 metric tons) |
| Model No. | E-250120-220 |
| Locations: | Main deck centerline between cargo holds: |
| No. 1: | #1/2 at Frame No. 181 |
| No. 2: | #3/4 at Frame No. 128 |
| No. 3: | #5/6 at Frame No.  92 |
| No. 4: | #6/7 at Frame No.  58 |

According to ABS Pireaus technical letter dated 25 November 1999, the existing ABS Register of Cargo Gear for subject cranes is considered valid and the cranes are accepted for installation on board "LEON I" as follows:

According to ABS Piraeus approved Drawing No. MA-038-IA, "CONSTRUCTION PLAN OF CRANES FITTING" dated 25 November 1999, the following fabrication of pedestals and structural reinforcements were carried out at each location:

1. Existing pedestals were cut and modified in height and width in order to fit between associated hatch covers. As per the amended above mentioned drawing and ABS Piraeus letter dated 26 November 1999, No. 1 Crane was raised an additional 1 meter in height.

2. New main deck insert plate; 2,900 x 2,900 x 28t, was installed under each pedestal at each location.

3. The under deck structure was reinforced by installing four (4) 'T' bar transverse beams, 500 x 16t x 200 x 30t and two (2) longitudinal 'T' bar stiffeners, 850 x 30t x 400 x 30t including associated brackets and stiffeners.

4. Two (2) vertical 'T' bar columns, 1300 x 20t x 300 x 30t and 400 x 20t x 300 x 30t were installed extending down from main deck to tank top in way of each related cargo hold

Note: This Report evidences compliance with one or more of the Rules, guides, standards or other criteria of American Bureau of Shipping and is issued solely for the use of the Bureau, its committees, its clients or other authorized entities. This Report is a representation only that the structure, item of material, equipment, machinery or any other item covered by this Report has met one or more of the Rules, guides, standards or other criteria of American Bureau of Shipping as of the date of issue. Parties are advised to review the Rules for the scope and conditions of classification and to review the survey records for a fuller description of any restrictions or limitations on the vessel's service or surveys. The validity, applicability and interpretation of this Report is governed by the Rules and standards of American Bureau of Shipping who shall remain the sole judge thereof. Nothing contained in this Report or in any notation made in contemplation of this Report shall be deemed to relieve any designer, builder, owner, manufacturer, seller, supplier, repairer, operator or other entity of any warranty express or implied.

AB 141     Revision 0

ABS    00244

EXHIBIT
Graham-11
6-25-03



## AMERICAN BUREAU OF SHIPPING
Two World Trade Center, 106th Floor
New York, New York 10048

Page 2 of 2

REPORT No.: SQ-5356-B     Date:  20 DECEMBER 1999     Port: SHANGHAI, P.R.CHINA

transverse corrugated bulkhead and associated stool. (Note size for No.2 crane: 600 x 20t x 300 x 30t and 1500 20t x 300 x 30t.)

5. Additional vertical stiffeners were installed between tank top plating and bottom plating inside the pipe tunnel.

6. As per ABS Piraeus letter dated 26 October 1999, surveys were carried out during construction of the pedestal and underneath deck structure in order to confirm the materials, welder qualifications, welding procedure approval, compliance with approved drawing and satisfactory workmanship.

7. Upon completion, welds were examined visually and by NDT methods as deemed necessary and considered satisfactory by the undersigned.

### REPAIRS TO EXISTING CRANE ASSEMBLIES

8. Existing crane jibs were removed and steel renewals and reinforcements carried as deemed necessary including complete fabrication of the four (4) jib head assemblies.

9. All existing sheaves were removed, examined and overhauled as required.

10. All electrical motors and associated drive units were removed, examined and overhauled as necessary.

11. Electric cables, circuit breakers and associated electrical equipment were installed as follows:

Cables:         Manufacturer- Fulgor, Greece
                Type- Heat Resisting, 1000 volts
                I.D. No.- 85 FR, IEC # 332.3

Circuit Breakers:  Manufacturer- CJK
                   Type-TO 400 BA, 400 Amp, 380 volts, 50 Hz
                   I.D. Nos.- IEC # 947-2, IEC # 92 / GB# 14048.2

12. Electrical installation was installed in accordance with submitted documentation as detailed in ABS Piraeus Technical Review letter dated 14 December 1999. All comments in subject letter were satisfactorily dealt with. The electrical installation was examined and considered satisfactory by the undersigned.

13. Upon completion, a satisfactory proof load test and survey in accordance with section 5.3 "Testing of Cranes as a Unit" from the ABS Guide for Certification of Cranes, 1991" as per ABS Piraeus letter dated 25 November 1999. A post test examination of the cranes and associated gear was carried out and considered satisfactory by the undersigned.

Roy Graham / ABS Surveyor

Revision 0

AB 141S

# AMERICAN BUREAU OF SHIPPING
## SUMMARY REPORT OF STATUTORY SURVEYS

To: IMS Singapore
ATN: Mr. Gunpon

VESSEL "LEON I"   ABSID 8244775
PORT OF REGISTRY Valletta, Malta   REPORT NO. SQ-5356   PAGE 1 of 4
FIRST VISIT 18 NOVEMBER 1999   LAST VISIT 20 DECEMBER 1999
DATE SURVEY STATUS 16 NOV. 1999   PORT OF ATTENDANCE Shanghai, P.R.China   CHECKSHEETS

OUTSTANDING RECOMMENDATION
CONTINUED
COMMENCED
COMPLETE

SUFFIX A, B, C ETC. AS APPLICABLE

| Suffix | ☐ | Item | Complete | Commenced | Continued | Outstanding Rec. | Checksheets |
|---|---|---|---|---|---|---|---|
| | ☐ | LOADLINE ANNUAL | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | LOADLINE REASSIGNMENT PERMANENT | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | SAFETY CONSTRUCTION CERTIFICATE (SLC) (ANNUAL) (INTERMEDIATE) (RENEWAL) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | SAFETY EQUIPMENT CERTIFICATE (SLE) (ANNUAL) (INTERMEDIATE) (RENEWAL) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | SAFETY RADIO CERTIFICATE (SLR/SLT) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | SAFETY PASSENGER SHIP SAFETY CERTIFICATE (SLP) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | INTERNATIONAL OIL POLLUTION PREVENTION (IOPP) (ANNUAL) (INTERMEDIATE) (RENEWAL) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | MODU (ANNUAL) (INTERMEDIATE) (RENEWAL) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | GAS CODE (ANNUAL) (INTERMEDIATE) (RENEWAL) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | CHEMICAL CODE (ANNUAL) (INTERMEDIATE) (RENEWAL) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ARCTIC POLLUTION PREVENTION | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | HSE\UK (ANNUAL) (RENEWAL) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | CARRIAGE OF DANGEROUS GOODS - DOCUMENT OF COMPLIANCE (ANNUAL) (RENEWAL) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ANNEX I IOPP | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ANNEX II IOPP | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | CHANGE OF FLAG | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | CHANGE OF NAME | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ADMINISTRATIVE EXTENSION | ☐ | ☐ | ☐ | ☐ | ☐ |
| A | ☒ | CARGO GEAR (INITIAL) (ANNUAL) (RETESTING) (ABS REGISTER) | ☒ | ☐ | ☐ | ☐ | ☒ |
| | ☐ | CARGO GEAR (INITIAL) (ANNUAL) (RETESTING) (GREEK) (NIS) | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | CARGO GEAR STATEMENT OF FACT/ELEVATORS | ☐ | ☐ | ☐ | ☐ | ☐ |
| B | ☒ | NARRATIVE REPORT _INSTALLATION SURVEY_ | ☒ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | **OTHER INCLINING EXPERIMENT / LIGHTSHIP SURVEY | ☐ | ☐ | ☐ | ☐ | ☐ |

**If other, type name of survey

CHG-3 _____ CERTIFICATE: FULL TERM ISSUED ~~UNTIL~~ ON 20 DECEMBER 1999 _____ ~~PENDING~~

CHG-7 _____ CERTIFICATE: FULL TERM ISSUED ~~UNTIL~~ ON 20 DECEMBER 1999 _____ ~~PENDING~~

_____ CERTIFICATE: ENDORSED \ (FULL TERM) (INTERIM) (CONDITIONAL) ISSUED UNTIL _____ PENDING

_____ CERTIFICATE: ENDORSED \ (FULL TERM) (INTERIM) (CONDITIONAL) ISSUED UNTIL _____ PENDING

LOADLINE CERTIFICATE::PROVISIONAL ISSUED UNTIL _____ PENDING

Signature: Roy Graham   Employee ID: 62110   Signature: _____   Employee ID: _____
SURVEYOR(S) TO THE AMERICAN BUREAU OF SHIPPING
REVIEWED BY: _____   23552   23 DEC 99   Shanghai
Signature   Employee ID   DATE   PORT

* TOTAL PAGES INCLUDING CHECKSHEETS: PAGE 1 OF 8   (Internal ABS distribution only)

NOTE: This report evidences that the survey reported herein was carried out in compliance with one or more of the Rules, guides, standards or other criteria of the American Bureau of Shipping and is issued solely for the use of the Bureau, its committees, its clients or other authorized entities. This Report is a representation only that the vessel, structure, item of material equipment, machinery or any other item covered by this Report has been examined for compliance with, or has met one or more of the Rules, guides, standards or other criteria of American Bureau of Shipping. The validity, applicability and interpretation of this Report is governed by the Rules and standards of American Bureau of Shipping who shall remain the sole judge thereof. Nothing contained in this Report or in any notation made in contemplation of this Report shall be deemed to relieve any designer, builder, owner, manufacturer, seller, supplier, repairer, operator or other entity of any warranty express or implied.

AB SUM B   Revision 3   Page 1 of 2

ABS   00240

VESSEL _"LEON I"_ ABSID _8244775_
REPORT NO. _SQ-5356_ DATE _20 DEC. 1999_ PAGE 2 of _4_

## OUTSTANDING DEFICIENCIES

SURVEY: A) CARGO GEAR ANNUAL / RETESTING SURVEY: -NONE-

UPON COMPLETION OF CRANE INSTALLATION, ANNUAL AND RETESTING SURVEYS WERE CARRIED AS PER ABS GUIDE FOR CERTIFICATION OF CRANES, 1991. CHG-3 AND CHG-7 CERTIFICATES WERE ISSUED ON DECEMBER 1999. ABS CARGO GEAR REGISTER WAS ENDORSED.

B) CRANE INSTALLATION SURVEY: -NONE-

AS PER ABS PIRAEUS TECHNICAL LETTER DATED 25 NOVEMBER 1999, FOUR (4) EXISTING ABS REGISTERED CRANES ELECTRIC REVOLVING CRANES WERE ACCEPTED FOR INSTALLATION ON THIS VESSEL AND INSTALLED AT THIS TIME. CRANE PEDESTALS AND UNDER DECK REINFORCEMENTS WERE CARRIED OUT IN ACCORDANCE WITH ABS APPROVED DRAWING NO. MA-038-1A, "CONSTRUCTION PLAN OF CRANES FITTING" DATED 25 NOVEMBER 1999. SEE ATTACHED NARRATIVE REPORT FOR DETAILS.

(ADDITIONAL PAGES TO BE ATTACHED AS REQUIRED)

| DISTRIBUTION: | A.B.SUM/ REPORT | CERT. | CHECK SHEET |
|---|---|---|---|
| VESSEL | 1(*) | 1 | 0 |
| OWNER | 1 | 1 | 0 |
| ABS HOUSTON REPORTS | 1 | 1 | 1 |
| LOCAL | 1 | 1 | 1 |

(*)Preliminary copy, if requested.

SIGNATURE: _Roy Graham_
SURVEYOR ATTENDING VESSEL

AB SUM B                    Revision 3                    Page 2 of 2

Test Certificate No. SQ-5356-CHG-A

**CERTIFICATE OF TEST AND EXAMINATION OF CRANES OR HOISTS AND THEIR ACCESSORY GEAR: BEFORE BEING TAKEN INTO USE.** ~~RETESTING SURVEYS, AND TESTS ASSOCIATED WITH REPAIRS~~

This certificate when properly executed by a competent person is accepted by the Government of the United States of America as being in accordance with the requirements of 46 CFR Part 91, Subchapter I-A and 29 CFR 1918.12(a).

Name of ship on which machinery is fitted

"LEON 1"                                                                  ID 8244775

| (1) Situation and description of the lifting appliance with distinguishing number or mark (if any) | (2) For jib cranes radius at which the proof load was applied | (3) Proof load applied (tons) | (4) Safe working load (for jib cranes at radius shown in Column 2) (tons) |
|---|---|---|---|
| | METERS | METRIC TONS | METRIC TONS |
| IHI HEAVY INDUSTRIES CO. LTD ELECTRIC, LEVEL LUFFING TYPE, THREE (3) ACTION 20 TONS DECK CRANES LOCATED AT: | | | |
| NO. 1- CENTERLINE MAIN DECK BETWEEN HATCH NOS. 1 & 2 AT FRAME NO. 181 | 22 | 25 | 20 |
| NO. 2 - CENTERLINE MAIN DECK BETWEEN HATCH NOS. 3 & 4 AT FRAME NO. 128 | 22 | 25 | 20 |
| NO. 3 - CENTERLINE MAIN DECK BETWEEN HATCH NOS. 5 & 6 AT FRAME NO. 92 | 22 | 25 | 20 |
| NO. 4 - CENTERLINE MAIN DECK BETWEEN HATCH NOS. 6 & 7 AT FRAME NO. 58 | 22 | 25 | 20 |

THE ABOVE CRANES WERE EXAMINED IN ACCORDANCE WITH ABS GUDIE FOR CERTIFICATION OF CRANES, 1991 POST TEST EXAMINATION WAS CARRIED OUT AND CONSIDER SATISFACTORY.

5. Name and address of association witnessing the test and making the examination:   **American Bureau of Shipping.**

   Port of Survey SHANGHAI, P.R.CHINA

6. Position of signatory in association: **Surveyor to American Bureau of Shipping.**

I certify that on the 20th day of DECEMBER 1999, the above lifting appliance, together with accessory gear, was tested by a competent person in a manner set forth on the reverse side of this certificate; that a careful examination of the said machinery and gear by a competent person after the test showed that it had withstood the proof load without injury or permanent deformation; and that the safe working load of the said machinery and gear is as shown in Column 4.

(Signature) ROY GRAHAM

(Date) 20 DECEMBER 1999

In substantial agreement with I.L.O. Form No. 2

Page 1 of 2

CHG-3 (Rev. 4/87)

Certificate No. SQ-5356-CHG-B

**CERTIFICATE OF ANNUAL THOROUGH EXAMINATION OF GEAR WHICH DOES NOT REQUIRE TO BE PERIODICALLY HEAT TREATED, AND FOR <u>ANNUAL INSPECTION</u> OF CARGO GEAR OR CRANES.**

This Certificate when properly executed by a competent person is accepted by the Government of the United States of America as being in accordance with the requirements of 46 CFR Part 91, Subchapter I-A and 29 CFR 1918.12(a).

Name of unit or vessel on which lifting appliance is fitted

'LEON 1'        ID <u>8244775</u>

| (1)<br>Distinguishing number, marks or location | (2)<br>Description of gear* | (3)<br>Number & Date of Certificate of Test and Examination | (4)<br>Condition found and repairs effected |
|---|---|---|---|
| CENTERLINE MAIN DECK BETWEEN HATCH NOS. 1 & 2 AT FRAME NO. 181 | IHI HEAVY INDUSTRIES CO. LTD. - ELECTRIC LEVEL LUFFING TYPE, THREE (3) ACTION, 20 TON S.W.L. CRANES | SQ-5356-CHG-A DATED 20 DECEMBER 1999 | SATISFACTORY. |
| CENTERLINE MAIN DECK BETWEEN HATCH NOS. 3 & 4 AT FRAME NO. 128 | SAME AS ABOVE | SQ-5356-CHG-A DATED 20 DECEMBER 1999 | SATISFACTORY |
| CENTERLINE MAIN DECK BETWEEN HATCH NOS. 5 & 6 AT FRAME NO. 92 | SAME AS ABOVE | SQ-5356-CHG-A DATAED 20 DECEMBER 1999 | SATISFACTORY |
| CENTERLINE MAIN DECK BETWEEN HATCH NOS. 6 & 7 AT FRAME NO. 58 | SAME AS ABOVE | SQ-5356-CHG-A DATED 20 DECEMBER 1999 | SATISFACTORY |

THE ABOVE CRANES WERE EXAMINED IN ACCORDANCE WITH ABS GUIDE FOR CERTIFICATION OF CRANES, 1991.

\* In regard to gear not required to be periodically heat treated, the dimensions of the gear, the type of material of which it is made, and the heat treatment received in manufacture should be stated.

5. Name and address of association making the examination:     American Bureau of Shipping.

    Port of Survey <u>SHANGHA, P.R.CHINA</u>

6. Position of signatory in association:     Surveyor to American Bureau of Shipping.

I certify that on the <u>20th</u> _____ day of <u>December</u> 19 <u>99</u>, the above lifting appliance was thoroughly examined by a competent person and that no defects affecting its safe working condition were found other than those indicated and corrected as noted in Column 4.

(Date) <u>20 DECEMBER 1999</u>      (Signature) <u>ROY GRAHAM</u>

NOTE: For list of gear not required to be treated and definition of thorough examination, see reverse side.

For the purpose of this certificate a competent person is defined as a Surveyor of a Classification Society or classifying agency

In substantial agreement with I.L.O. Part II

CHG-7 (Rev 4/87)              Page 1 of 2

ABS      00243

ISSUED OUT

## AMERICAN BUREAU OF SHIPPING
CARGO GEAR ANNUAL AND RETESTING SURVEY CHECK SHEET

VESSEL _"LEON I"_  ABSID _8244775_
Associated REPORT NO. _SQ-5356-A_  DATE _20 DEC. 1999_

|  | YES | NO | N/A |
|---|---|---|---|
| **ANNUAL CARGO GEAR SURVEY** | | | |
| 1. All gear as noted in the Cargo Gear Register was examined as follows and found satisfactory: | ☒ | ☐ | ☐ |
| a. CRANES: Visually inspected the crane structure, and crane hooks for deformation, excessive wear, corrosion, and damage or fractures. For Drilling Units crane hooks were non-destructive tested. Externally examined and operational tested as applicable, the crane machinery, safety protective and limiting devices, and wire rope and end attachment. Carried out functional tests. | ☒ | ☐ | ☐ |
| b. BOOMS: All structural parts, including winches, booms, stayed masts, pins and connections, wire ropes, chains, rings, hooks, links, swivels, and blocks were visually examined. | ☐ | ☐ | ☒ |
| 2. Endorsed Cargo Gear Register and issued CHG-7 Certificate. | ☒ | ☐ | |
| **CARGO GEAR RETESTING SURVEY** | | | ☐ |
| 3. (All of the)(Part of) cargo gear load tested. | ☒ | ☐ | |
| 4. Post test examination of all gear carried out as follows and found satisfactory. | | | |
| a. CRANES: Examined each crane, together with all critical accessories, including foundation, sheaves and rope guides, wire ropes including end connections, hoist machinery, brakes and clutches, hooks, slewing assembly and bolting arrangements for permanent deformation. | ☒ | ☐ | ☐ |
| b. BOOMS: Examined all cargo gear, with the whole of the gear accessory thereto, all chains, rings, hooks, links, shackles, swivels, pulley blocks or other loose gear for permanent deformation. | ☐ | ☐ | ☒ |
| 5. Calibration of test equipment used in the process was verified as noted below: | ☒ | ☐ | |
| a. Review of Equipment Calibration Record(s). _SHIPYARD Files_ | ☒ | ☐ | |
| b. Other: _____ | | | |
| 6. Annual Cargo Gear Survey was carried out. | ☒ | ☐ | |
| 7. Endorsed Cargo Gear Register and issued appropriate Certificate. | ☒ | ☐ | |
| **Additional Requirements for NIS Lifting Gear Certificate** | | | ☒ |
| 8. Examination carried out as noted above, on all gear noted on NIS Lifting Gear Certificate. | ☐ | ☐ | |
| a. Annual Survey carried out and Certificate endorsed. | ☐ | | ☐ |
| b. Retesting Survey carried out and NIS Lifting Gear Certificate issued. | ☐ | | ☐ |
| **Additional Requirements for Hellenic Lifting Gear Certificate** | | | ☒ |
| 9. Examination carried out as noted above, on all gear noted on Hellenic lifting gear. | ☐ | ☐ | |
| a. Annual Survey carried out and certificate endorsed. | ☐ | | ☐ |
| b. Retesting Survey carried out and Hellenic Lifting Gear Certificate issued. | ☐ | | ☐ |

* Requires an annual cargo gear survey be carried out.
** Should all gear not be tested, survey not to be considered complete. Gear tested/remaining to be tested to be noted on form A.B. Sum B.

Cargo Gear
*Cargo Gear, Lifting Gear, and Elevator Surveys, SWZ-002-02-P03-W051*   Check Sheet A - Rev. 5   Page 1 of 2

ABS        00252