1   Transcript of interview with Mr. Roy Graham, recorded with the consent of Mr. Graham
2   and Ms. Martha Adams, Associate General Counsel for ABS (CONDUCTED ON 9/25/00)
3
4   (LCDR NADEAU, USCG):  Sir, could you state your name and address for me?
5
6   (MR. ROY GRAHAM, ABS):  Roy Graham, presently living in Shanghai, China at 25
7   Wuxing Road, Bldg. #8 apt. 402, Shanghai, China.  The zip is 200003.
8
9   (LCDR NADEAU, USCG):  OK,  well first of all let me start by saying I'm just trying to
10  investigate.  I'm a Coast Guard marine investigator.  There was a casualty, in which
11  unfortunately two - It was #4 crane which was the aft most crane on LEON I and I'm
12  trying to determine what happened of course.  We are investigating, pretty much, also on
13  the part of Malta who flagged this boat and to the best of my knowledge it looks like you
14  were on this boat back in November when it was in the shipyard having the cranes
15  installed.
16
17  (MR. ROY GRAHAM, ABS):  Right.
18
19  (LCDR NADEAU, USCG):  So, unfortunately, the company, I wasn't able to reconstruct
20  a whole lot of what went on in the shipyard and you're my best bet to know what
21  happened in the shipyard, what was done, the conditions of the cranes, those types of
22  things.  So if you could tell me the best that you remember, I hope you had an
23  opportunity to review your files, do you even remember the ship?
24
25  (MR. ROY GRAHAM, ABS):  Yeah, I do.  It was, I mean uh, I do a lot of routine crane
26  inspections, but this was, you know, a modification installation project.  So, I mean, I do
27  remember the installation project.  The details of the testing I'm trying to refresh my
28  memory on because routine, routine testing we do, I do, quite a bit of but the job itself I
29  do remember, I mean, they were used, from what I remember they were used cranes that
30  they had purchased and they were installing them on board this vessel that had never had
31  cranes before so we they had submitted drawings for you know, pedestal reinforcements,
32  all that steel work and all that which was, a bit, major portion of the job was the steel
33  reinforcing, you know the foundation and all that of the cranes.  So we did that.  I think
34  the ship was there for a month, or a month and a half, something like that.
35
36  (LCDR NADEAU, USCG):  OK.
37
38  (MR. ROY GRAHAM, ABS):  Once they were completed, I mean, during, at the same
39  time, the cranes themselves were, were ashore and were basically dismantled, I mean, to
40  a point where we could inspect everything.
41
42  (LCDR NADEAU, USCG):  The cranes were dismantled ashore?
43
44  (MR. ROY GRAHAM, ABS):  I mean, not completely, but I mean the booms, they had
45  the booms off and I think they were doing, I think if I remember correctly, they were
46  electric cranes, fully electric cranes so I think they did some motor, some umhh, motor



EXHIBIT
Graham-13
6-25-03

1

ENCLOSURE(8)

1  work and some, you know, they had all the wires off and all the pulleys and sheaves and
2  all that stuff.
3
4  (LCDR NADEAU, USCG):  OK, did the wire come off?
5
6  (MR. ROY GRAHAM, ABS):  Yeah, the wires, the wires were all un, unsheaved.
7
8  (LCDR NADEAU, USCG):  Totally unsheaved, off the, off the drum?
9
10  (MR. ROY GRAHAM, ABS):  Yeah, off the drums, yes.  They were laying, I know they
11  were laying around, you know basically during the whole job they were laying you know.
12
13  (LCDR NADEAU, USCG):  OK. Did uhh, so they weren't new wires that went back on
14  the same wire? end for ended or something?
15
16  (MR. ROY GRAHAM, ABS):  Uhh, I can't remember if they were, yeah I'm sure they
17  were end for ended but from what I remember the certificates that were, that they had,
18  were you know within five years I believe, I can't remember exactly, but I think they
19  were less than five years old. So.
20
21  (LCDR NADEAU, USCG):  OK. And I guess, you, did you yourself inspect all the
22  sheaves and like you said  (when it gets assembled) do you then go around to each crane,
23  to each part and inspect it, or is it kind of like a sampling?
24
25  (MR. ROY GRAHAM, ABS):  Well I mean, yeah I mean, basically it's was like I said
26  they didn't, Chinese shipyards aren't quite as o(Mr. Roy Graham, ABS)anized, you know
27  everything is not laid out so I try to see as much as I could and work was going on.
28
29  (LCDR NADEAU, USCG):  OK, did you find any problems?
30
31  (MR. ROY GRAHAM, ABS):  I was there almost every day, for uhh, you know for the,
32  for the whole project.  As we found problems, I mean like bearings, some ship bearings
33  were renewed and things like that, you know, I mean as we found problems we, we uhhh,
34  changed you know I think it was mainly was jib bearings that we found problems with,
35  things like that.  On the booms I think we did some, uhh, pretty much anything we did is
36  in my report but we did some uhh we changed some, some bad steel that was on the
37  booms themselves, you know inserted some plates did some refabrication of the boom
38  heads, I believe the ends of the booms, where there was a lot of wastage and rusted steel
39  there so we renewed a lot of that.  The bearings and stuff like that, I think the sheaves, I
40  think most of the sheeves were reused. If I remember I think we put new bearing and pins
41  and things like that in them.
42
43  (LCDR NADEAU, USCG):  OK.  Ummh.
44
45  (MR. ROY GRAHAM, ABS):  The wires were, I mean the wires were inspected as they
46  were laid out on the ground during most of this process, I mean I, I looked at them again

EC000164

1   as much as I, as much as I could, I didn't look at them with a magnifying glass from one
2   end to the other, but I inspected them, generally inspected them from one end to the
3   other.
4
5   (LCDR NADEAU, USCG):  What's your guideline for wire? Is there, I heard that there is
6   a certain number of strand you can discount, or ummh you know, what, mainly what are
7   you looking for when you're looking at the wire?
8
9   (MR. ROY GRAHAM, ABS):  Yeah, you're looking for frayed wires, broken, broken
10  strands, there are rules of thumb, we don't have any strict rules I mean, you know (if it's
11  five it's good, and six it's bad) it's basically rules of thumbs and I don't know I mean it
12  depends how many in one, in one, in one strand, how many strands in one leg and if there
13  is so many of these within a certain length, if there's you know 5 or 6 within a few
14  meters, you know similar condition then it has to be renewed stuff like that, but I didn't
15  see any of that.
16
17  (LCDR NADEAU, USCG):  You didn't, you didn't see any of that?
18
19  (MR. ROY GRAHAM, ABS):  No, just typical, you know, a little bit of ummh flattening,
20  you know sometimes you get , you start to get some flattening as the wires start to wear
21  but that's normal.
22
23  (LCDR NADEAU, USCG):  What do you mean by flattening?
24
25  (MR. ROY GRAHAM, ABS):  I mean, the exterior of the wires, not flattening
26  completely, but you know they, they, they start to show some wear, wear on the out, on
27  the exterior of the strands.
28
29  (LCDR NADEAU, USCG):  OK, but they appear to well maintained and ...?
30
31  (MR. ROY GRAHAM, ABS):  Yeah, I didn't see any, any broken, any, nothing broken,
32  or really flattened beyond, you know, that would have, that would have, you know,
33  caused for replacement, like I said they were, from what I remember, they were relatively
34  new wires.
35
36  (LCDR NADEAU, USCG):  OK.
37
38  (MR. ROY GRAHAM, ABS):  I can't remember exactly the dates of the certificates,
39  but...
40
41  (LCDR NADEAU, USCG):  I, I have them too and you're right I think they were well
42  within, within that five-year mark.  Were there any IHI reps, do they typically attend
43  when you have this type of work or no?
44
45  (MR. ROY GRAHAM, ABS):  No, there wasn't, that the owners, if they wanted to call
46  somebody, but the owners had a couple of superintendents, you know, at, during the job

3

EC000165

1  and whatever shipyard personnel.  You know?  They didn't, they didn't  have any outside
2  specialists, no.
3
4  (LCDR NADEAU, USCG):  OK, as far as testing goes, you do a proof test?  I'm looking
5  through, I looked through the ABS, its certification of cranes, your certificate talks about
6  the 5.3, and it talks about the proof tests, I assume all that was done?
7
8  (MR. ROY GRAHAM, ABS):  Yes.  We do first, I mean, first we do an operational test
9  which is a full, you know,  full position operational test, up, down to check all the limits,
10  the limit switches, the safeties, you know they have cutouts for the boom up and the
11  boom down and I'm not sure if these cranes had a limit on turning.  I guess the #4 must
12  have, must have had a limit for turning or it would have crashed the house.
13
14  (LCDR NADEAU, USCG):  Crashed the house?
15
16  (MR. ROY GRAHAM, ABS):  Well, the #4 wasn't up against the house.
17
18  (LCDR NADEAU, USCG):  No it wasn't.  It was between, yeah it was
19
20  (MR. ROY GRAHAM, ABS):  It was like a hatch over.
21
22  (LCDR NADEAU, USCG):  Right.  Well you say operationally test, you test the limits.
23  How are the limits tested?  Is it like I've done lifeboats before when you're raising the
24  boat, I just take a broomstick and I push the limit or do you actually…
25
26  (MR. ROY GRAHAM, ABS):  Well, we just, we just, yeah, we just run it, the guy just
27  holds the, I mean, I'm not a crane operator…
28
29  (LCDR NADEAU, USCG):  Right
30
31  (MR. ROY GRAHAM, ABS):  just holds the handle…
32
33  (LCDR NADEAU, USCG):  until it cuts out?
34
35  (MR. ROY GRAHAM, ABS):  in the up position until it cuts out.
36
37  (LCDR NADEAU, USCG):  OK, and that's that's done on all cranes?
38
39  (MR. ROY GRAHAM, ABS):  Yes.  Yes we did it on all cranes there.  I mean I, I
40  requested that because it was, you know, they were new and everything  had been
41  dismantled.
42
43  (LCDR NADEAU, USCG):  OK
44
45  (MR. ROY GRAHAM, ABS):  That was definitely done.
46

4

EC000166

1    (LCDR NADEAU, USCG):  So that was done on #4 crane for sure?

2

3    (MR. ROY GRAHAM, ABS):  Yes.

4

5    (LCDR NADEAU, USCG):  Alright.

6

7    (MR. ROY GRAHAM, ABS):  And then after the operational test when, when, when
8    their ready we do a load test which is basically, uhh, just lifting, lifting the, you know,
9    you're overloading the cranes by 125 per cent so we lifted at that.  I think those, those
10   cranes we had downgraded to 20 tons so we did a proof load test of 25 tons I believe was
11   the requirement.

12

13   (LCDR NADEAU, USCG):  Alright.

14

15   (MR. ROY GRAHAM, ABS):  Basically, we just hoist that, we lift that, uhh, weight, I
16   think if I remember correctly what we used was a piece of machinery because a lot of
17   these shipyards in China they don't have, again, they don't...

18

19   (LCDR NADEAU, USCG):  Yeah.

20

21   (MR. ROY GRAHAM, ABS):  have exact certified weights.

22

23   (LCDR NADEAU, USCG):  Yeah.

24

25   (MR. ROY GRAHAM, ABS):  They found a data sheet on one of these pieces of
26   machinery, I think it was a cherry picker or something...

27

28   (LCDR NADEAU, USCG):  Yeah.

29

30   (MR. ROY GRAHAM, ABS):  and it weighted like 23 tons, and then we, we added
31   some, they had some smaller certified weights like one and 1/2 ton weights, that we, we
32   put on top of this thing, to, to reach the 25 ton, I think, if I remember correctly, that's how
33   we did it.

34

35   (LCDR NADEAU, USCG):  OK.

36

37   (MR. ROY GRAHAM, ABS):  Everything weighed twenty - twenty-two or twenty-three
38   tons something like that and then we added a few additional, ummh, block weights that...

39

40   (LCDR NADEAU, USCG):  Right.

41

42   (MR. ROY GRAHAM, ABS):  We're certified to bring it up to, you know,
43   approximately within, you know, a couple hundred pounds or something of the, of the
44   test weight and then we lifted that and, you know we normally hold it for 5 or ten minutes
45   and we hoist it a little bit and slew it a little bit, we don't do a full operational test with the
46   full weight, because it basically the owners didn't want to do it because, it's, you know

5

1    you're taking a chance of something, damaging something, if something does fall, you
2    know the weights going to go crashing...
3
4    (LCDR NADEAU, USCG):  Sure.
5
6    (MR. ROY GRAHAM, ABS):  down so normally we do this with the weight hanging
7    over the side of the ship, over the dock...
8
9    (LCDR NADEAU, USCG):  Got you.
10
11    (MR. ROY GRAHAM, ABS): or something like that.
12
13    (LCDR NADEAU, USCG):  Yep, yep makes sense.
14
15    (MR. ROY GRAHAM, ABS):  At the maximum, at the maximum radius which I think
16    on there was 22 meters or something.
17
18    (LCDR NADEAU, USCG):  OK, so you didn't have any problems, nothing major out of
19    the ordinary when you were doing this, these tests on this crane, on these cranes I should
20    say?
21
22    (MR. ROY GRAHAM, ABS):  No.
23
24    (LCDR NADEAU, USCG):  No, everything seemed OK. The limit switches, do you
25    recall limit switches on this, I mean do you remember going up and looking at them? Is
26    that part, do you actually go up into the, up into the crane and look at the limit switches,
27    ever, or is it just strictly...
28
29    (MR. ROY GRAHAM, ABS):  Yeah, I can't remember, if these, if these limit switches
30    were exterior or I think that normally they're exterior, you know, the boom physically, the
31    boom - can you hold on just a second?
32
33    (LCDR NADEAU, USCG):  Yeah.
34
35    (MR. ROY GRAHAM, ABS):  I got to grab another call coming in.
36
37    (LCDR NADEAU, USCG):  Oh, Ok.
38
39    (LCDR NADEAU, USCG):  Are you still there ma'am?
40
41    (Ms. Martha Adams, ABS):  Yep.
42
43    (LCDR NADEAU, USCG):  Oh, ok.
44
45    (Ms. Martha Adams, ABS):  Still here.  When I called him he was just saying goodbye to
46    whatever family has been visiting him.

FC000168

1

2    (LCDR NADEAU, USCG):  Oh...

3

4    (LCDR NADEAU, USCG):  There's a bunch of letters in his report; would it be possible
5    to copy those?

6

7    (Ms. Martha Adams, ABS):  A bunch of letters?

8

9    (LCDR NADEAU, USCG):  Oh, you still there?

10

11   (MR. ROY GRAHAM, ABS):  Yeah, I'm back.

12

13   (LCDR NADEAU, USCG):  Hey, yeah, there were some letters referred to, uhh, in the,
14   his report, report #SQ5356-Bravo (B).  You referred to letters, 25 November, technical
15   letters I guess they are.

16

17   (MR. ROY GRAHAM, ABS):  Uhh, yeah, they were from...

18

19   (LCDR NADEAU, USCG):  From Piraeus?

20

21   (MR. ROY GRAHAM, ABS):  Piraeus, yeah.

22

23   (Ms. Martha Adams, ABS):  But where are you look...oh, okay, I see.

24

25   (LCDR NADEAU, USCG):  I wonder if we can get copies of those.  I see well there's 25
26   Nov 99, 14 Dec 99 and 26 Oct 99, technical letters.

27

28   (Ms. Martha Adams, ABS):  OK.  I think I got one of them, I'm not sure I've got all three
29   of them.  We'll have to get hold of those and send them to you.

30

31   (LCDR NADEAU, USCG):  That... and, and Roy do you have, do you keep notes, or is
32   there more to the file than what I would just see on board the boat, more in your file?

33

34   (MR. ROY GRAHAM, ABS):  Ummh...

35

36   (LCDR NADEAU, USCG):  In other words, names, dates, the weights, those types of
37   things, like I know, well, our inspectors will keep you know notes and stuff, and we have
38   our own file, that often wouldn't go anywhere, other than we'd keep it.

39

40   (MR. ROY GRAHAM, ABS):  Well, just whatever's in the Shanghai local, local file,
41   ummh I mean my, whatever my notebooks I usually don't keep you know I mean after the
42   job is done...

43

44   (LCDR NADEAU, USCG):  That's it huh?

45

46   (MR. ROY GRAHAM, ABS):  it's dirty and greasy

7

1
2   (LCDR NADEAU, USCG): Just wondering if there's more, anymore, information in
3   writing out there that I can get my hands on.
4
5   (MR. ROY GRAHAM, ABS): Uhh, I don't really know what you have. I mean you
6   have...
7
8   (LCDR NADEAU, USCG): I have everything that...
9
10   (MR. ROY GRAHAM, ABS): You have the narrative report.
11
12   (LCDR NADEAU, USCG): Yeah, it came off the boat. It's report #SQ, like I said, SQ #
13   dated 20 Dec and it refers to these Piraeus letters.
14
15   (MR. ROY GRAHAM, ABS): Yeah, there were, there was, yeah there was an, there was
16   another electrical, yeah 14 Dec 99, which I don't think we have either, do we Martha?
17
18   (Ms. Martha Adams, ABS): No.
19
20   (LCDR NADEAU, USCG): Yeah, I don't have any of that stuff.
21
22   (MR. ROY GRAHAM, ABS): That would be the one that concerned the electrical,
23   which I think mostly concerned the electrical..
24
25   (LCDR NADEAU, USCG): OK
26
27   (MR. ROY GRAHAM, ABS): The wire, the power cables they ran back to the, they were
28   going to operate the crane itself.
29
30   (LCDR NADEAU, USCG): Got you.
31
32   (MR. ROY GRAHAM, ABS): Because, because the limit, the electric circuitry within
33   the crane itself basically maintained, was maintained as, you know as...
34
35   (LCDR NADEAU, USCG): Right. You just, you put two new cables from the engine
36   room up to the crane itself.
37
38   (MR. ROY GRAHAM, ABS): Circuit breakers and all that, the electrical modifications
39   and I believe that letter of 14 Dec referred to that.
40
41   (LCDR NADEAU, USCG): Would it be possible for me to get copy of any of that that
42   you can find?
43
44   (Ms. Martha Adams, ABS): I'm, I'm going to have to ask Houston to dig, to go digging
45   for them and then...
46

EC000170

1    (LCDR NADEAU, USCG):  OK,  ok that's fine
2
3    (Ms. Martha Adams, ABS): and send them on to you.
4
5    (LCDR NADEAU, USCG):  OK. Whatever you can do for me, I'd appreciate.
6
7    (MR. ROY GRAHAM, ABS):  Yeah, and I don't have them and I don't, I don't  have any
8    further notes on, on, on anything.
9
10   (LCDR NADEAU, USCG):  Got you.  OK.
11
12   (Ms. Martha Adams, ABS):  And, and Peter Schmidt sent you some material, didn't he,
13   uhh, LCDR?
14
15   (LCDR NADEAU, USCG):  No.
16
17   (Ms. Martha Adams, ABS):  No?
18
19   (LCDR NADEAU, USCG):  I didn't get anything, Peter Schmidt?
20
21   (Ms. Martha Adams, ABS):  Yeah.
22
23   (LCDR NADEAU, USCG):  No.
24
25   (Ms. Martha Adams, ABS):  Out of our Shanghai office?
26
27   (LCDR NADEAU, USCG):  Oh, he sent me a fax.
28
29   (Ms. Martha Adams, ABS):  Oh, ok.
30
31   (LCDR NADEAU, USCG):  I got a fax from him in reply to mine.  When I sent my fax
32   over there asking for Roy, he sent a fax replying saying that acknowledged receipt  of my
33   fax and said that Mr. Graham had departed on for annual leave and...
34
35   (MR. ROY GRAHAM, ABS):  Right, but you had never, I mean...
36
37   (Ms. Martha Adams, ABS):  Hmmh, cause I had the impression that someone had sent
38   you, sent you....
39
40   (LCDR NADEAU, USCG):  No.  That's all I got...
41
42   (Ms. Martha Adams, ABS):  Material.
43
44   (LCDR NADEAU, USCG):  a one page fax.
45
46   (Ms. Martha Adams, ABS):  Ok.

EC000171

1
2   (LCDR NADEAU, USCG):  I'm interested to see whatever you have, I would like, do
3   you need anything like in a way of subpoena or anything, from us, to get that
4   information to us?
5
6   (Ms. Martha Adams, ABS):  Well, I think, I think, we can do it on the basis that we got
7   this formal letter from you saying that...
8
9   (LCDR NADEAU, USCG):  OK.
10
11   (Ms. Martha Adams, ABS):  we're investigating an accident, that, that would be what we
12   need.
13
14   (LCDR NADEAU, USCG):  If, if you need it, I mean, I, I got them, I can send you one if
15   that helps with your clients.  I know it can get sticky.
16
17   (Ms. Martha Adams, ABS):  Yeah.
18
19   (Ms. Martha Adams, ABS):  I say, that's why I was checking on whether this was official
20   Coast Guard (letterhead)
21
22   (LCDR NADEAU, USCG):  Oh, yeah, oh yes, sure,  yeah I can give you whatever you
23   want. We can make it look however you want.  I just sent a fax that's why I used it that
24   way.  Well, Mr. Graham, Mr. Graham, I don't want to eat up all your time here but the
25   biggest thing I was, I was, looking at again was limit switches.  On this particular boat,
26   the limit switches, I don't know if this is normal or not, I don't look at many cranes, but
27   there are chain driven to a little spindle right off the drum.
28
29   (MR. ROY GRAHAM, ABS):  Yeah, okay now that's....
30
31   (LCDR NADEAU, USCG):  And as the drum pays out, of course, it drives this little
32   chain driven spindle and then the limits are just traveled, there's a  block that travels up
33   and down on this spindle and trips the limit switches. When I found the crane, the limit
34   switch was all the way to the edge of this little box. In other words, it appears as if the
35   limit switch was in the wrong spot.
36
37   (MR. ROY GRAHAM, ABS):  It's adjustable or is....
38
39   (LCDR NADEAU, USCG):  It can, it can move.  One of the others I found in the box , I
40   put my finger on it, the thing slid.  I mean it was, it was very loose, and I don't know if, I
41   don't think it was loosened, I think it was just a little old,  or I'm not sure.  But, I guess, ...
42
43   (MR. ROY GRAHAM, ABS):  I think all that stuff was, had, you know, had was
44   dismantled and...
45

EC000173

1    (LCDR NADEAU, USCG):  Well, that's, that's, what I'm wondering, when you, when it,
2 when it was apart, I mean you say dismantled, you know this was up right next to the,
3 you know its in the actual, I don't know what to call it though, the working room of the
4 crane.
5
6    (MR. ROY GRAHAM, ABS):  Yeah,  you know, I think some of those they had even
7 changed the chains on some of them if I remember correctly now. I mean our reports on
8 the repairs don't get as so detailed that they changed this chain, and this screw, and this
9 bolt, you know.
10
11    (LCDR NADEAU, USCG):  But you know that some of the chains were, were....
12
13    (MR. ROY GRAHAM, ABS):  I believe some of the chains actually were bad, you know,
14 were bad or broken or looked at and they ordered new chains and changed some of them
15 out or...
16
17    (LCDR NADEAU, USCG):  OK.
18
19    (MR. ROY GRAHAM, ABS):  Not all, not necessarily all of them, not sure if they
20 changed all of them or some of them and I can't even remember exactly which ones they
21 did change on the limit, but now I do remember these, these limit switches were
22 changed..
23
24    (LCDR NADEAU, USCG):  Yeah.
25
26
27    (MR. ROY GRAHAM, ABS):  Like a sproket on a bicycle chain.
28
29    (LCDR NADEAU, USCG):  Right.  Right, exactly.  Ummh, ok.  And...
30
31    (MR. ROY GRAHAM, ABS):  They worked.  I mean, and like I said, that we, we tested
32 them and they worked so...
33
34    (LCDR NADEAU, USCG):  Yeah. That's what I was going...
35
36    (MR. ROY GRAHAM, ABS):  Instead of going up there physically...
37
38    (LCDR NADEAU, USCG):  Right.
39
40    (MR. ROY GRAHAM, ABS):  and to see if they were all tightened..  It's not really...
41
42    (LCDR NADEAU, USCG):  So, every crane had the upper limit switch tested.  In other
43 words, the boom was raised to the upper most position until it the limit, tripped, tripped it
44 out.
45
46    (MR. ROY GRAHAM, ABS):  Yeah. Yes sir.

EC000173

1
2    (LCDR NADEAU, USCG):  OK.  Umhh.
3
4    (MR. ROY GRAHAM, ABS):  Is that, is that what, what the problem was?
5
6    (LCDR NADEAU, USCG):  Well, it looks like, yeah, if it tripped out, it definitely was
7    two blocked. You know, uhh, there were shoulder marks on it, it was, it was, up all the
8    way higher than the others would go, and you know, I can see where if you took the wire
9    off , you put a new chain on there, if I turn that spindle independently of the drum that
10   changes the position, right, that's going to change the position of the block, anytime you
11   disconnect those two you're changing  the position.  I can see where that could, that could
12   foul things up but it doesn't, if you tested it, then it would, you know, there really isn't,
13   doesn't tell me a whole lot.
14
15   (MR. ROY GRAHAM, ABS):  Yeah, I mean we tested it.  Because, I mean, I was
16   adamant about that.  I mean, that's, we, we always do that for sure.
17
18   (LCDR NADEAU, USCG):  On every single one of them?
19
20   (MR. ROY GRAHAM, ABS):  Yeah.
21
22   (LCDR NADEAU, USCG):  OK. OK. The motors…, you said some were sent out.  Do
23   you remember #4 .  Do you know if that one was sent out or not?  The luffing motor?
24
25   (MR. ROY GRAHAM, ABS):  I can't, I can't remember if it was or not.  I mean they
26   were, they were either sent out or just cleaned in place and overhauled, you know,  kind
27   of overhauled in place, maybe opened up and cleaned, and bearings changed or
28   something like that I can't remember exactly how much was done on each exact, on each
29   specific one.
30
31   (LCDR NADEAU, USCG):  OK.  And, you mentioned the owner's reps. Do you have
32   any of their names. Would  you know, would I be able to reach any of these people that
33   were representing owner and the yard?
34
35   (MR. ROY GRAHAM, ABS):  The, the owner, I don't have any of that stuff with me
36   now cause I'm on holiday.
37
38   (LCDR NADEAU, USCG):  Right.  Would any of that be in you files back…
39
40   (MR. ROY GRAHAM, ABS):  I probably got,  I probably got their business cards laying
41   around somewhere.
42
43   (LCDR NADEAU, USCG):  Okay.
44
45   (MR. ROY GRAHAM, ABS):  I mean the shipyard, of course, you could, you could get a
46   hold of, I mean, or I can… through our Shanghai office or something you could probably

EC000174

1   get the number of this, of the Saiigon shipyard. There, I don't know how much, those,
2   those people do a lot, lot of jobs, and...
3
4   (LCDR NADEAU, USCG):  Yeah.
5
6   (MR. ROY GRAHAM, ABS):  I can't remember exactly who was or what was the guy's
7   name that was in cha(Mr. Roy Graham, ABS)e of that job. But the owners were, I mean,
8   the, the company, I believe was Eurocarriers and if I remember correctly the, the head
9   superintendent was, I think they had two ships there at the same time, that, that owner if I
10  remember correctly, and they had three guys kind of working, working both ships. The
11  lead superintendent I think was Romanian guy and I believe his name was Stoian, his first
12  name was Stoian, S-T-O-I-A-N, something like that, I can't remember his last name,
13  some long Romanian name.
14
15  (LCDR NADEAU, USCG):  All right. OK. Well, ummh..
16
17  (MR. ROY GRAHAM, ABS):  I don't know, like I said, I may have their cards around or
18  I may have thrown them in the, you know, thrown them in the trash or whatever, I don't,
19  some of those guys I hold, you know, names I hold onto, some of them I don't.
20
21  (LCDR NADEAU, USCG):  OK. Well any help I can get Martha, will be, anything you
22  can get for me...
23
24  (Ms. Martha Adams, ABS):  From..well, you won't have any information on the owner's
25  reps. That will have to wait until Roy gets back to Shanghai. But we'll try to get those
26  letters for you. Those should be in the file in Houston.
27
28  (LCDR NADEAU, USCG):  That would be great. That would be great. And you have
29  my address and fax number?
30
31  (Ms. Martha Adams, ABS):  I've got your fax number anyway.
32
33  (LCDR NADEAU, USCG):  OK.
34
35  (Ms. Martha Adams, ABS):  I think you put your address on the fax as well.
36
37  (LCDR NADEAU, USCG):  Yeah, it's probably on my fax, you're right, it's on that fax.
38  Well anything else you can think of Mr. Graham that uh I haven't asked again what, what
39  it looks like, what we found was first of all two breakers tripped. It looks like the main
40  breaker down in the engine room and the breaker up in the cab both tripped. The crane
41  was all the way in the up position. Look again, it looks to me like it was two blocked.
42  The luffing wire parted. The operator claims, the operator of the crane claims that he was
43  not hoisting at the time. In fact, he had hoisted and then he had stopped, taken his hand
44  off and was looking out the window when the thing let go. Uh, looks like again, looks
45  like that limit switch was all the way to the left in the box. In other words, you couldn't
46  move it any further to the left and it looks like it was depressed. Uh, we tested the limit

EC000175

1   switch. It seems to be operational. In other words, in the position it's in it looks like it
2   cut the motor out.
3
4   (MR. ROY GRAHAM, ABS): Oh, it does?
5
6   (LCDR NADEAU, USCG): Yeah, it looks like, but it looks like it's, it was almost, uh, as
7   if it (they had already two blocked) it was already pulling on the wire itself. You know, I
8   don't know how much more it would have turned, before it cut out, but it looked like it
9   was almost simultaneous.
10
11  (MR. ROY GRAHAM, ABS): But I mean if, if, if it was loose and, uh, as the boom hit it
12  it would have just kept pushing it back or?
13
14  (LCDR NADEAU, USCG): If it was loose?
15
16  (MR. ROY GRAHAM, ABS): The bolt you say it, it, it was something that wasn't really
17  tight on there?
18
19  (LCDR NADEAU, USCG): Oh, no, no, no that limit switch was tight where it was. It
20  was...
21
22  (MR. ROY GRAHAM, ABS): Fixed in the position it was in...
23
24  (LCDR NADEAU, USCG): But in, in, in the position, I, I assume those are adjusted, you
25  can slide them left to right
26
27  (MR. ROY GRAHAM, ABS): Or in the slot or something?
28
29
30
31
32
33  (LCDR NADEAU, USCG): Yeah, along a little, a little slot, right. This one was all the
34  way to the left. In other words, if I wanted to, there, there was no adjustment left. It was
35  maxed out to the left which was a little odd compared to the others; none of the others
36  were like that and, um, you know thinking to myself I said well if I were to take this wire
37  off and somehow I spin the, one of the shafts, the block on there is fixed, um, so it would
38  move without the wire, then when I put the wire back on I probably somehow offset it.
39  But having you told me that, by you tested it, well it worked okay there, it kind of throws
40  my theory out the window. OK. Well, again anything else you can think of.
41
42  (MR. ROY GRAHAM, ABS): Yeah, unless they, you know, unless somebody tampered
43  with them after...
44

14

EC000176

1   (LCDR NADEAU, USCG):  Exactly, yeah, that, we thought of that too.  And, you know,
2   of course then we said no, but that's always a possibility- tampering with them so they
3   can get access to where they want them to be...
4
5   (MR. ROY GRAHAM, ABS):  wanted to be you know they, they, they weren't tight and
6   came loose and moved in the slots or whatever, vibrated loose or whatever, I mean, that's
7   , no idea.
8
9   (LCDR NADEAU, USCG):  OK.  And breakers tripping- I couldn't explain that either.
10  Both breakers tripped.  I know that. That was a new breaker, a good substantial...
11
12  (MR. ROY GRAHAM, ABS):  Well I mean if the, if the, if the motor was, you know,
13  maxed out and pulling on the wire...
14
15  (LCDR NADEAU, USCG):  Yeah.
16
17  (MR. ROY GRAHAM, ABS):   It probably would have caused, you know, the motors to
18  trip prior to the reaching the force to break the wire.
19
20  (LCDR NADEAU, USCG):  Yeah, but then it was already static load and let go anyway.
21  OK. Well, if you think of anything, you got my number.
22
23  (MR. ROY GRAHAM, ABS):  OK.  Yeah...
24
25  (LCDR NADEAU, USCG):  Give me a call.
26
27  (MR. ROY GRAHAM, ABS):  I got one fax here.  I guess that's your...
28
29  (LCDR NADEAU, USCG):  Yeah.
30
31  (MR. ROY GRAHAM, ABS):  right here in Baltimore
32
33  (LCDR NADEAU, USCG):  got my number there in Baltimore  If you think of
34  something , again, you're the best I've got so far.  You've been very cooperative and I
35  appreciate your help.  Umh, I still don't know why it broke, but, umh, happy to hear that
36  it was all tested and everything looked fine there anyway, so I'm happy between there an
37  here.  Okay.  Umh, any questions for me, either or you?
38
39  (MR. ROY GRAHAM, ABS):  Ummh, No.  I don't' have anything.  Martha?
40
41  (Ms. Martha Adams, ABS):  No.
42
43  (LCDR NADEAU, USCG):  No.
44
45  (Ms. Martha Adams, ABS):  Nothing at this point.
46

EC000177

1   (MR. ROY GRAHAM, ABS):  If you need anything else from me you, you can contact
2   me in Shanghai, or if you want me...
3
4   (Ms. Martha Adams, ABS):  Or call me...
5
6   (LCDR NADEAU, USCG):  OK.
7
8   (Ms. Martha Adams, ABS):  And I'll track him down dear.
9
10  (LCDR NADEAU, USCG):  Yeah, the biggest, the biggest thing is just trying to get any
11  of the other records I can any other, uh, again all I have is what was on the boat which
12  really, uh, that report is just like 3 pages, so including the certificates.
13
14  (Ms. Martha Adams, ABS):  Roy, do you want me to send you an E-mail to remind you
15  to look for business cards when you get back, or will you remember it?
16
17  (MR. ROY GRAHAM, ABS):  Uh, I'll dig up whatever I have, yeah, and, umh,  you
18  know, just let me know what else he, he wants or...
19
20  (Ms. Martha Adams, ABS):  Yeah.  Well, if for some reason we can't track down those
21  letters, I'll let you know that too...
22
23  (LCDR NADEAU, USCG):  OK.
24
25  (Ms. Martha Adams, ABS):  But I think those are going to be in Houston.
26
27  (LCDR NADEAU, USCG):  Do you need anything else in writing from me, you know, I
28  guess, an e-mail or umh...
29
30  (Ms. Martha Adams, ABS):  No.
31
32  (LCDR NADEAU, USCG):  OK, You're all set.
33
34  (Ms. Martha Adams, ABS):  That will do it.
35
36  (LCDR NADEAU, USCG):  Again, I'm not sure, quite sure what I'm asking for writing
37  those letters but any other records you have for what was done with these cranes in the
38  shipyard will be helpful.  I know, like again, I know when I was, when I was out doing
39  these types of things, I would just keep a little log or something, and I didn't know often
40  it didn't end up in the official file, but if you got stuff like that lying around it would be
41  helpful.
42
43  (MR. ROY GRAHAM, ABS):  Yeah, ok.
44
45  (LCDR NADEAU, USCG):  One way or the other.
46

EC000178

1    (MR. ROY GRAHAM, ABS):  OK.

2

3    (LCDR NADEAU, USCG):  OK.  Thank you very much.

4

5    (MR. ROY GRAHAM, ABS):  Alright.

6

7    (Ms. Martha Adams, ABS):  Thank you.

8

9    (LCDR NADEAU, USCG):  Have a... enjoy your vacation.

10

11   (MR. ROY GRAHAM, ABS):  OK.  Thank you.

12

13   (LCDR NADEAU, USCG):  We'll see you.

14

15   (Ms. Martha Adams, ABS):  All right.

16

17   (LCDR NADEAU, USCG): Bye.

18

19   (Ms. Martha Adams, ABS): Bye-bye.

20

21   (MR. ROY GRAHAM, ABS):  Bye.

22

23

24

25

26

27

28

29

30

31

32

33

34

35

EC000179