

Luffing Wire
(Boom Hoist Rope)
Contacting Sheave Guard

Top of Mast

See picture
EC 00 2679
for reference

Parnell
EXHIBIT NO. 5
DATE 10/7/05
REPTR SLb
L.A.D. REPORTING