

EC002643