

# I & I SLING, INC.
**SLINGMAX® RIGGING PRODUCTS**

2626 MARKET STREET • P.O. BOX 2423 • ASTON, PA 19014-0423
(610) 485-8500 • 1-800-TRI-FLEX • FAX: (610) 494-5835
Visit: http://www.iandisling.com
http://www.slingmax.com
email: info@iandisling.com



ISO-9001

**TO:** _Eric Viet_

**COMPANY:** _____

**REFERENCE:** _____

**TOTAL NUMBER OF PAGES INCLUDING THIS PAGE:** _(4)_

**ADDITIONAL COMMENTS:** _Per Jim Seville's request_

**IF YOU DO NOT RECEIVE ALL PAGES OR HAVE ANY QUESTIONS / PROBLEMS RECEIVING – PLEASE CALL (610) 485-8500**

**FROM:** _Scott G. Germain_    **DATE:** _____

**BRANCHES:**

| 1402 East Mountain Street | 8926 Telegraph Road | 301 West Lambert Street | 70 Shawmut Road, Suite D | 10619 Lexington Drive |
| Kernersville, NC 27284-7909 | Lorton, VA 22079 | Bunnell, FL 32110 | Canton, MA 02021 | Knoxville, TN 37932 |
| (800) 833-LIFT Fax: (336) 993-6037 | (888) 73-SLING Fax: (703) 550-9407 | (877) I J SLING Fax: (386) 586-6382 | (88) TWIN-PATH Fax: (781) 575-8040 | (865) 671-2951 Fax: (865) 671-2956 |

FOR... CERTIFIED PROOF TESTING — SLINGS — WIRE ROPE — HARDWARE — CHAIN— NYLON — FI



EXHIBIT I&I 1

Form No:      AD-F-83
Revision No:  0
Page:         1 of 1
Date:         6/26/95

# I&I SLING INC.
## PULL TEST PERFORMANCE FORM

Test # __001399__

Customer: __Malta Maritime Authority__

Customer's Purchase Order Number: __USCG__

Quantity and Description: __1 ea. Cust. wire Rope that measures 28 to 29 mm.__
__with 1 Closed Spelter Socket Installed on each end__
Identification:
   Manufacturer: __N/A__

   Type and Construction: __6x37 FC Galv. RHRL Non-preformed__

   Identification Number: __N/A__

Type of Test:
   Times Rated Capacity:
   ____ 1.5   ____ 2.0   ____ 3.0   __X__ To Destruction
   ____ Other: ____

Diagram of How test Was Performed: (use other side)
Results: __Broke at 91,900 lbs__

Instrument Used: __I&I 02__

Location Where Tested: __X__  2626 Market Street, Aston, PA 19014-0068
                       ____ Other: ____

Customer's Representative Present:
   ____ No  __X__ Yes   Name: ____

Accept: Signature _____  Date __12-21-00__
Reject: Signature _____  Date __12/21/00__

Non-Compliance Report Number: (if applicable) ____



**I & I SLING INC.**
CERTIFIED PROOF TESTING
SLINGS__WIRE ROPE__CHAIN__NYLON__FITTINGS

2626 MARKET STREET • P.O. BOX 2423 • ASTON, PA 19014-0423
(610) 485-8500 • 1-800-TRI-FLEX
FAX: (610) 494-5835

# TEST CERTIFICATE

```
            DATE: 12-21-00
        CUSTOMER: MALTA MARITIME AUTHORITY
 INSTRUMENT USED: I&I 02
     TEST METHOD: DESTRUCTION
     DESCRIPTION: 6X37 FC GALV. RHRL NON PREFORMED
    ORDER NUMBER: USCG
   SERIAL NUMBER: N/A
     TEST NUMBER: 001399
            SIZE: MEASURES 28-29 MM
          LENGTH: 11 FOOT
             WLL: N/A
   PEAK LOAD (Lb): 91900
TEST DURATION (min): 0.66
```



Proof Test Equipment calibrated to ASTM E-4, +/- 1% tracable to the National Institute of Standards and Technology.
Warranty: These goods have had a proof load applied in conformance with the customer's design or specifications, as supplied to us. There is no warranty actual or implied, that these goods shall be fit for a particular purpose.

Test Results:
☐ Acceptable
☐ Not Acceptable

Conducted By: _____

08/25/2004  11:35   6104945835            I&I SLING INC                    PAGE  04/04

# Roberts Calibration, Inc.

Post Office Box 935                                             (912) 964-1118
Savannah, Georgia 31498                                         FAX: (912) 964-9420

## Certificate of Calibration

**CUSTOMER:** I&I Sling, Inc.                    Ph: 610-485-8500
**LOCATION:** 2626 Market Street; Aston, PA 19014  FX: 610-494-5835
**MACHINE MFG:** Lucker
**MACHINE MODEL:** 400K                          [ ] Compression   [X] Tension
**SERIAL NUMBER:** 98109 (I+I #02)               [X] Horizontal   [ ] Vertical

### First Run

| RANGE: 10,000 TO 100,000 | | ERROR | |
|---|---|---|---|
| # | STANDARD | MACHINE | % | LBS |
| O | 10,046.0 | 10,000.0 | 0.46% | 46.0 |
| O | 20,154.0 | 20,000.0 | 0.77% | 154.0 |
| L | 40,212.0 | 40,000.0 | 0.53% | 212.0 |
| L | 60,178.0 | 60,000.0 | 0.30% | 178.0 |
| L | 80,242.0 | 80,000.0 | 0.30% | 242.0 |
| L | 100,170.0 | 100,000.0 | 0.17% | 170.0 |

TEST # N/A
Mv/V: N/A

| RANGE: 40,000 TO 400,000 | | ERROR | |
|---|---|---|---|
| # | STANDARD | MACHINE | % | LBS |
| L | 40,221.0 | 40,000.0 | 0.55% | 221.0 |
| L | 80,307.0 | 80,000.0 | 0.38% | 307.0 |
| L | 160,538.0 | 160,000.0 | 0.34% | 538.0 |
| L | 240,731.0 | 240,000.0 | 0.30% | 731.0 |
| L | 320,949.0 | 320,000.0 | 0.30% | 949.0 |
| L | 400,900.0 | 400,000.0 | 0.23% | 900.0 |

TEST # N/A
Mv/V: N/A

### Second Run

| RANGE: 10,000 TO 100,000 | | ERROR | |
|---|---|---|---|
| # | STANDARD | MACHINE | % | LBS |
| O | 10,025.0 | 10,000.0 | 0.25% | 25.0 |
| O | 20,132.0 | 20,000.0 | 0.66% | 132.0 |
| L | 40,194.0 | 40,000.0 | 0.49% | 194.0 |
| L | 60,149.0 | 60,000.0 | 0.25% | 149.0 |
| L | 80,261.0 | 80,000.0 | 0.33% | 261.0 |
| L | 100,120.0 | 100,000.0 | 0.12% | 120.0 |

TEST # N/A
Mv/V: N/A

| RANGE: 40,000 TO 400,000 | | ERROR | |
|---|---|---|---|
| # | STANDARD | MACHINE | % | LBS |
| L | 40,109.0 | 40,000.0 | 0.27% | 109.0 |
| L | 80,426.0 | 80,000.0 | 0.53% | 426.0 |
| L | 160,418.0 | 160,000.0 | 0.26% | 418.0 |
| L | 240,646.0 | 240,000.0 | 0.27% | 646.0 |
| L | 320,859.0 | 320,000.0 | 0.27% | 859.0 |
| L | 400,780.0 | 400,000.0 | 0.20% | 780.0 |

TEST # N/A
Mv/V: N/A

Calibration in accordance w/ ASTM E4-99 +/- 1% and traceable to the National Institute of Standards and Technology (NBS), from a lower limit of 10,000 LBS to an upper limit of 400,000 LBS.  ASTM E-4 has been accepted by ISO. Any reading outside of the lower/upper limit does not meet ASTM E-4 specifications.  Elastic calibration device has been verified to ASTM E74-95 traceable to NIST, and load values corrected for temperature of 23°C/74°.

**DISCLAIMER:** *The information on the certificate of calibration is a statement of fact that on the date of calibration the instrument had an accuracy as indicated. This Certificate of Calibration is not a guarantee or warranty that the instrument will have the same percentage of accuracy as determined on the date of calibration. Roberts Calibration has no control over the operation, maintenance, repairs, and/or overall condition of the instrument; and hereby disclaim any and all liability for damage or loss from deterioration, obsolescence, malfunction, or substandard performance of said instrument; which shall remain the sole responsibility of the machine's custodian and/or owner.*

| | | STANDARDS USED | | |
|---|---|---|---|---|
| # | SERIAL NO. | CALIBRATION DATE | "A" LOWER LIMIT | "A" UPPER LIMIT |
| L | 940216C | 5-19-00 NSTL Hi | 7,600 LBF Tension | 600,000 LBF |
| O | 940216C | 5-16-00 NSTL Lo | 4,280 LBF Tension | 60,000 LBF |

Temp: 68°                                           Remarks: As Found As Is
Sigmod: No
Calibration Performed in Accordance with Roberts Calibration, Inc.
Quality Assurance Procedure Rev. 0 August 25, 1998
* Weights calibrated by Department of Agriculture, State of Missouri, Division of Weights & Measures
** Troemner Cast Slotted Weight (11 each) Class F
**DATE:** 2-Nov-00         **CALIBRATED BY:** *Bill Anderson*

C:\MSOFFICE\EXCEL\CERT\400K-Aston.xls