WIRE ROPE

SPECIFICATION OF WIRE ROPE

|  | HOISTING WIRE ROPE | LUFFING WIRE ROPE |
|---|---|---|
| CONSTRUCTION | Hercules Rope 18 x 7 FC A class | JIS, No.13 filler 6 x Fi(29) IWRC |
| LAYING | Regular Z lay | Regular Z lay |
| GALVANIZATION | Special galvanization | Special galvanization |
| ROPE - DIA | 34 ø | 26 ø |
| BREAKING LOAD | 72.4 TON | 44.0 TON |
| LENGTH | 235 m | 135 m |
| WIRE END | ONE; 34 wire socket (O.type) OTHER; Seizing | ONE; 26 wire socket (O type) OTHER; Seizing |

Remark

1. Seizing end to be fitted on the drum.

2. Wire end to be fitted as follows.



groove abt. 47
effective winding 223
fixed end (2 winds)
HOISTING DRUM

remaining groove abt. 2
effective winding 20
LUFFING DRUM

fixed end (2 winds)

18

EC003268