

GUIDE FOR

---

CERTIFICATION OF CRANES



1991

EC001267

American Bureau of Shipping

# Guide for Certification of Cranes

## 1991

## Notice No. 1

1 November 1993

In accordance with 1.33 of the Guide this change will become effective on 1 May 1994.

EC001269

7.12 Inspection of Wire Rope

All running wire ropes are to be visually inspected at each Annual and Re-testing Survey. The crane owner or operator is to examine the wire rope, including end connections, at frequent intervals between surveys.

Wire rope is not to be used if in any length of ten diameters, the total number of visible broken wires exceeds 5 percent of the total number of wires, if there is more than one broken wire immediately adjacent to an end fitting, if the broken wires are concentrated in one area or one strand, or if the rope shows signs of excessive wear, corrosion, flattening, kinks, separation of the strands or wires, core failures or other defect which renders it unfit for use.

7.13 Repairs and Alterations

a *Crane Structure, Booms, and Permanent Fittings* When important repairs or renewals are required to be made to the structure, booms or permanent fittings of cranes, the repairs are to be carried out to the satisfaction of the surveyor. Any welding is to be done by an approved procedure. Tests and examination of the particular crane as may be deemed necessary are to be carried out in accordance with 5.3, but a dynamometer or load cell may be used in lieu of weights.

b *Repairs to Loose Gear* Welding is not to be used to lengthen, alter, or repair chains, hooks, links, shackles, or swivels.