**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division
-----------------------------X
IN THE MATTER OF THE COMPLAINT :
OF ETERNITY SHIPPING, LTD., AND : Civil Action NO.:
EUROCARRIERS, S.A., FOR        : L01CV0250
EXONERATION FROM OR LIMITATION :
OF LIABILITY                   :
-----------------------------X

Deposition of CAPTAIN HEINER POPP
Baltimore, Maryland
Thursday, October 6, 2005
10:15 a.m.

Job No.: 1-64601
Pages: 1 - 93
Reported by: Beatriz D. Fefel, RPR

**Page 2**

Deposition of CAPTAIN HEINER POPP held at the law offices of:

OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
9th Floor, Severn Room East
Baltimore, Maryland 21202-1643
(410) 685-1120

Pursuant to agreement, before Beatriz D. Fefel, Registered Professional Reporter and Notary Public of the State of Maryland.

**Page 3**

APPEARANCES

ON BEHALF OF THE LIMITATION PLAINTIFFS,
EUROCARRIERS, S.A., AND ETERNITY SHIPPING, LTD.:
   M. HAMILTON WHITMAN, JR., ESQUIRE
   OBER, KALER, GRIMES & SHRIVER
   120 East Baltimore Street
   8th Floor
   Baltimore, Maryland 21202-1643
   (410) 685-1120

ON BEHALF OF TATE & LYLE:
   JEFFREY J. ASPERGER, ESQUIRE
   ASPERGER ASSOCIATES, L.L.C.
   303 East Wacker Drive
   Three Illinois Center, Suite 1000
   Chicago, Illinois 60601
   (312) 856-9901

**Page 4**

APPEARANCES (CONTINUED)

ON BEHALF OF AMERICAN BUREAU OF SHIPPING:
   JAMES A. SAVILLE, JR., ESQUIRE
   HILL, RIVKINS & HAYDEN, L.L.P.
   45 Broadway
   Suite 1500
   New York, New York 10006-3739
   (212) 669-0600

ALSO PRESENT:
   Mike Parnell

**Page 85**

1  A  The one on the left. This -- these are the
2  two (indicating).
3  Q  Photo 18?
4  A  Photo 18. And you have them in Picture 17
5  as well.
6  Q  And in 16 as well, right?
7  A  And 16 as well.
8  Q  And in 16 they're the ones to the left?
9  A  Yes.
10  Q  All right. My question --
11     MR. SAVILLE: Just at 16, they're the ones
12  that are to the left of the boom, not of the photo?
13     MR. ASPERGER: Correct.
14     MR. SAVILLE: Right.
15  BY MR. ASPERGER:
16  Q  And my question is did you measure the
17  clearance between the sheave and the edges of the boom
18  structure -- or the, excuse me, the mast structure?
19  A  We looked at it, and it was not possible for
20  the wire to go in there.
21  Q  Okay. Based upon your observation?
22  A  Yes. That's something we looked for at the

**Page 86**

1  time, that's why I had that remark in there with
2  the -- where I looked at sheaves and all that. We
3  looked at that, there was nothing that was -- and they
4  didn't need any guards because it was not the space
5  there.
6  Q  Okay. Thank you.
7     MR. ASPERGER: Captain, I think that's all I
8  have. Let me check my notes. That's all I have.
9  Thank you very much.
10     MR. SAVILLE: Captain, I've just got a
11  couple short followups.
12        EXAMINATION BY COUNSEL FOR ABS
13  BY MR. SAVILLE:
14  Q  Referring back to Exhibit 1 or 1-A, on the
15  last page, Page 5. Under the Crane Turning Radius
16  section, where the sentence reads, "Measurements were
17  taken from the center of the Crane Pedestal No. 4
18  forward. It was found that with boom raised to
19  maximum height," and then the sentence continues.
20  When you use the word "maximum height," are you
21  referring to the maximum height when it cuts out at
22  the limit, or all the way against the boom stops?

**Page 87**

1  A  The way it is designed by the manufacturer,
2  that is with the --
3  Q  The limit switch?
4  A  -- limit switches engaged.
5  Q  Okay. When you -- if you can go to Exhibit
6  2, when you -- on the section on the Crane Wires, and
7  Mr. Asperger was asking you questions about the number
8  of broken wires exceeding the permissible number.
9  It's on Page 4.
10  A  Okay.
11  Q  I believe you had said that the, based on
12  your observation, the number of broken wires to which
13  you refer were something that was existing on the wire
14  prior to the incident, correct, not something that
15  happened as a result of the incident?
16  A  That's something I concluded because some of
17  the broken nests -- I don't think that all of the
18  broken nests, but some of the broken nests were still
19  on the drum, and therefore there was no strain on
20  them.
21  Q  Based on your observations, can you tell us
22  as you sit here today when those breaks in the wires

**Page 88**

1  that you observed took place?
2  A  No.
3  Q  Would it -- it would be pure guesswork to
4  try and determine at what point in time those breaks
5  took place, correct?
6  A  I would say yes.
7  Q  I thought I had one other thing, Captain.
8  Oh. On the sheaves at the top of the boom, when you
9  saw them were the sheaves able to rotate, or were the
10  sheaves frozen in a position?
11  A  No.
12  Q  And I'm just referring to the luffing.
13  A  No. There was one sheave that was involved
14  where the new wire was in it, I don't know if it was
15  the one, but the wire slid out.
16  Q  Right.
17  A  You could turn it.
18  Q  Okay. So based on your observations,
19  neither of the -- or the sheave that you looked at,
20  neither of them were frozen, or only one, that you
21  were able to determine?
22  A  I -- no, no. You cannot turn the sheave