# OBER | KALER
A Professional Corporation
Attorneys at Law

**FACSIMILE**

| | | |
|---|---|---|
| M. Hamilton Whitman Jr.<br>120 East Baltimore Street<br>Baltimore, MD 21202-1643<br>410-347-7354<br>fax 410-547-0699<br>e-mail: mhwhitman@ober.com | 1401 H Street, NW<br>Washington, DC 20005-3324 | 254 N. Washington Street<br>Falls Church, VA 22046 |

TO:  R. Blake Brunkenhoefer, Esquire                     (361-888-5855)
     Bernard J. Sevel, Esquire/Philip Wright, Esquire     (410-837-7820)
     Jeffrey J. Asperger, Esquire/Erin Walz, Esquire      (312-856-9905)
     James A. Saville, Jr., Esquire/Robert G. Clyne, Esquire  (212-669-0699)
     Francis J. Gorman, P.C.                              (410-528-0602)
     James D. Skeen, Esquire                              (410-625-2292)
     James W. Bartlett, III                               (410-539-5223)
     W. Charles Bailey, Jr., Esquire                      (410-783-1368)

DATE: August 5, 2004                          FILE NO.: 21519.64420

FROM: M. Hamilton Whitman, Jr.                TOTAL PAGES:   55

RE: M/V LEON I

In response to the e-mail of August 2 from Erin Walz, I am attaching copies of items 6, 7, 8, 9 and 10 from enclosure 4 of Mr. Cederstav's report. The remainder of the requested items are industry or academic references which Mr. Cederstav will bring with him to the deposition of Mr. Hislop on Monday, August 9, and which will be made available for copying at that time should you so desire.

Regards,

M. Hamilton Whitman, Jr.

MHWJr/pkp
Enclosures


EXHIBIT A

*** IMPORTANT NOTICE ***

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.