99

1    Q    Have you had the opportunity to work with

2  Heiner Popp on any occasions other than this?

3    A    I met Heiner Popp four or five times.  Have

4  I had a job together with him?  No.

5    Q    And did you meet him four or five times in

6  conjunction with this matter or various matters?

7    A    Not with this matter.

8    Q    Have you ever met him in connection with

9  this matter?

10    A    No.  I've seen his reports though.

11    Q    Is he a class certified surveyor?

12    A    He was.  You mean a class certified

13  surveyor as a class surveyor?

14    Q    Yes, sir.

15    A    No, he's not a class surveyor anymore.

16    Q    He was at one time you said?

17    A    Yeah.  To be quite honest about that, he

18  told me that he was very disappointed that he could

19  not do class work anymore.

20    Q    Why?

21    A    Because the IACS rules that he's a

22  nonexclusive.  He was never ever employed by -- I

EXHIBIT

B

DEPOSITION OF CARL A. CEDERSTAV - VOLUME 1
CONDUCTED ON WEDNESDAY, AUGUST 11, 2004

199

1    wire -- and would you pull your report out with your

2    photographs that show the examination of the wire at

3    Chesapeake?

4         A    There are no photographs taken by me.

5         Q    Who took the photographs?

6         A    Heiner Popp has taken photographs.  They

7    are in his report.  So are the measurements.

8         Q    And you're depicted in at least one of

9    those photographs, correct, sir?

10        A    I've compared those photographs with what I

11   assume in reality and based my opinion on the last.

12             MR. WHITMAN:  I don't think that was the

13   question.  Listen to the question.

14             MR. ASPERGER:  If you don't understand

15   something, just ask.  Let's mark this.

16             (Cederstav Deposition Exhibit 3 was marked

17   for identification and retained by counsel.)

18   BY MR. ASPERGER:

19        Q    I'm showing you Exhibit 3.  This is Heiner

20   Popp's report to which you were referring, correct,

21   sir?

22        A    Yeah.  He has two reports though.  I don't

200

1  know if you've picked the right one.  This is the one

2  which he did of the wire.

3      Q    While you were present?

4      A    I was not present.

5      Q    You were not present for this?

6      A    No.

7      Q    Where is the one that he did of the wire

8  when you examined it at Chesapeake?

9      A    You have misunderstood this.  They had a

10 survey of that wire with Captain Popp.  I was not

11 present.

12     Q    Let me start again.  What was done at

13 Chesapeake when you were present and examined the

14 wire?  First of all, who all was present?

15     A    Eric Veit and myself.

16     Q    And Mr. Dolan?

17     A    No.  Mr. Carson?

18         MR. VEIT:  Can I clarify?

19         MR. ASPERGER:  Thank you.  That would be

20 helpful.

21         MR. VEIT:  The Captain Popp report you're

22 referring to, as you can see on the date, is dated