DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

11

1   happened.  I really didn't talk to anybody, I just

2   went on deck, looked at the crane, went up on the

3   crane, went into the crane cab, looked at the accident

4   site, took pictures of the accident site, took

5   measurements.

6       Q    I think the best thing for us to do at this

7   point, Captain, is for me to look at your August 2000

8   report, which I presume would have reported your

9   activities on that day?

10      A    Yes.

11          MR. WHITMAN:  You have in front of you the

12  August 3 report.

13          MR. ASPERGER:  Correct.

14          MR. WHITMAN:  Which we have provided to you.

15          MR. ASPERGER:  Yes.

16          MR. WHITMAN:  You have brought with you the

17  October 15 report.

18          MR. ASPERGER:  Yes.

19          MR. WHITMAN:  Which I've copied for

20  everybody.  Captain Popp, when he was asked to search

21  for his file, could not find his file, found a CD on

22  which he had loaded, I gather, or printed out what had

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

EXHIBIT
C

DEPOSITION OF CAPTAIN HEINER POPP
CONDUCTED ON THURSDAY, OCTOBER 6, 2005

12

1    been on his computer, and he provided to me yesterday

2    this document, which is not on his letterhead, which

3    is dated August 9, which appears to have additional

4    observations beyond that in the August 3 report.  We

5    have searched our files and we have not found the

6    August 9 report.

7    BY MR. ASPERGER:

8         Q    Go ahead.

9         A    The second page is August 14th.  So. . .

10        Q    Yes.

11        A    Right?

12        Q    Umh-humh.

13        A    So basically the August 9 report was a

14   report that was made up at the time, which was an

15   updated on the August the 14th.  The computer

16   automatically wrote the date in.

17        Q    Thank you for that explanation.

18        A    But I did not change the date on the front

19   page.

20        Q    Why don't we do this.  Why don't we take a

21   few minutes and you can relax, because I haven't seen

22   either of these reports, and I'll look through them,