IN RE: COMPLAINT OF ETERNITY SHIPPING, LTD, ET ANO.

Civil No. BEL-01-250                                        Hearing Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/21/2005 | 11/21/2005 | Time-line |
| 2 | 11/21/2005 | 11/21/2005 | Sample contract (single page) |
| 3 | 11/21/2005 | 11/21/2005 | Standard Terms and Conditions |
| 4 | 11/21/2005 | 11/21/2005 | E-mail subject: Leon I |
| 5 | 11/21/2005 | 11/21/2005 | Contract of Employment |
| 6 | 11/21/2005 | 11/21/2005 | Three contracts |

U.S. District Court (Rev. 3/1999) - Exhibit List

149