# BRUNKENHOEFER & ASSOCIATES, P.C.
*A Professional Law Corporation*

---

**R. Blake Brunkenhoefer**
(bbrunk@gulfattorneys.com)
Mobile (361) 563-6655

1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
(361) 888-6655
Fax (361) 888-5855

November 28, 2005

Honorable Benson Everett Legg         **VIA ELECTRONIC FILING**
Chief Judge
UNITED STATES DISTRICT COURT
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      RE:    Civil Action No. L–01-CV-0250; *In the Matter of the* Complaint of Eternity Shipping, LTD and Eurocarriers, S.A.; In the United States District Court for the District of Maryland, Northern Division

Dear Judge Legg:

    Attached is Exhibit No. 6, the three contracts which were identified and admitted at the hearing on November 21, 2005, in connection with the above-referenced matter.

    By copy of this letter, Exhibit No. 6, as well as Exhibit Nos. 1 through 5 (which were also entered and admitted), is being provided to all counsel of record.

    Thank you for your attention to this matter. Until next we meet or speak, I remain

                      Very truly yours,

                      s/R. Blake Brunkenhoefer

                      R. Blake Brunkenhoefer

RBB/jdd
Enc. [as stated above]

| cc: | M. Hamilton Whitman, Jr.<br>OBER, KALER, GRIMES<br>& SHRIVER, P.C.<br>120 E. Baltimore Street<br>Baltimore, MD 21202<br>**(VIA CM/RRR)** | James D. Skeen<br>SKEEN & KAUFFMAN<br>& SKEEN, L.L.P.<br>800 N. Charles Street<br>Baltimore, MD 21201<br>**(VIA CM/RRR)** |
|---|---|---|

Hon. Benson Everett Legg, *Chief Judge*
November 28, 2005
Page Two
----------------------------------------------

cc:  Jeffrey J. Asperger
     Erin Walz
     ASPERGER CARAHER, L.L.C.
     Three Illinois Center
     303 East Wacker Drive, Suite 1000
     Chicago, Illinois 60601
     **(VIA CM/RRR)**

     Bernard J. Sevel
     ARNOLD, SEVEL & GAY, P.A.
     Two N. Charles Street, Suite 560
     Baltimore, MD 21201
     **(VIA CM/RRR)**

     Robert G. Clyne
     HILL, RIVKINS & HAYDEN, L.L.P.
     45 Broadway, Suite 1500
     New York, NY 10006-3739
     **(VIA CM/RRR)**

     James W. Bartlett, III
     SEMMES, BOWEN & SEMMES
     250 W. Pratt Street, 16th Floor
     Baltimore, MD 21201-2423
     **(VIA CM/RRR)**

     Francis J. Gorman
     GORMAN & WILLIAMS
     Two N. Charles Street, Suite 750
     Baltimore, MD 21201
     **(VIA CM/RRR)**

     W. Charles Bailey, Jr.
     SIMMS SHOWERS, L.L.P.
     20 S. Charles St., Suite 702
     Baltimore, MD 21201-3291
     **(VIA FIRST CLASS MAIL)**