

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**M. Hamilton Whitman, Jr.**
mhwhitman@ober.com
410-347-7354

**Offices In**
Maryland
Washington, D.C.
Virginia

December 5, 2005

<u>BY ELECTRONIC FILING</u>

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

  Re: In the Matter of the Complaint of Eternity Shipping Ltd., <u>et al</u>.
     for Exoneration from or Limitation of Liability
     Civil Action No.: L-01-CV-0250

Dear Judge Legg:

  This letter responds to that portion of the Court's Memorandum Order of November 22, 2005, which requires counsel to provide to the Court, no later than December 5, 2005, certain documents relating to Mr. Gonzales's contract.

  1. An agreed copy of the one-page Contract of Employment which Mr. Gonzales signed on January 14, 2000 is attached hereto as Exhibit A.

  2. The parties agree that the Standard Terms and Conditions Governing the Employment of Filipino Seafarers On-Board Ocean-Going Vessels that were in effect as of January 14, 2000 were incorporated by reference into Mr. Gonzales's one-page Contract of Employment. Limitation Plaintiffs submit that the version of those Standard Terms and Conditions attached hereto as Exhibit B is a complete copy of those Standard Terms and Conditions. Mr. Brunkenhoefer has asked that I inform the Court of his belief that Section 29 of Exhibit B was not included in the Standard Terms and Conditions in effect as of January 14, 2000, but that he otherwise agrees, on the basis of a superficial review, that Exhibit B is a correct copy of the Standard Terms and Conditions that were in effect as of January 14, 2000.

The Honorable Benson E. Legg
December 5, 2005
Page 2

3.  Counsel agree that the Gonzales Employment Contract was not changed from January 14, 2000 through July 29, 2000, the date of Mr. Gonzales's death.

4.  The submission of these documents is without prejudice to any argument that the parties may wish to make in their briefs with regard to the legal effect of changes to the Standard Terms and Conditions which were proposed, issued, or implemented subsequent to January 14, 2000.

We appreciate your Honor's continued consideration in the handling of this matter.

Respectfully yours,

M. Hamilton Whitman, Jr.

MHWJr./bak

Enclosures

cc:   All Counsel (by electronic filing)