Sent By: GREBER&SIMMS ;          410 783 1368          ; Feb-8-01 4:23;          Page 8/8

PHILIPPINE OVERSEAS EMPLOYMENT ADMINISTRATION

## CONTRACT OF EMPLOYMENT

KNOW ALL MEN BY THESE PRESENTS:

This contract, entered into voluntarily by and between:

Name of Seafarer: GONZALES JR., JUAN M.
Address: MIRAMAR COMPD. BURGOS ST. ILOILO CITY
SIRB No.: A453155          SRC No.: 0383544-99
License No.:

hereinafter referred to as the Employee,

and

Name of Agent: BRIGHT MARITIME CORPORATION
For and in behalf of: ETERNITY SHIPPING LTD
(Principal/Country)

for the following vessel:
Name of Vessel: MV LEON I
Official Number: _____     Gross Registered Tonnage (GRT) 19872
Flag: MALTA   Year Built: 1982   Classification Society: ABS

hereinafter referred to as the Employer.

WITNESSETH

1. That the Employee shall be employed on board under the following terms and conditions:
   1.1 Duration of Contract: 9 MONTHS + 3 MONTHS BOTH PARTIES CONSENT
   1.2 Position: AB
   1.3 Basic Monthly Salary: 300 USD + 30 USD ALLOW
   1.4 Hours of Work: 48 HOURS/WEEK
   1.5 Overtime: 114 USD ( 90 HOURS/MONTH )
   1.6 Vacation Leave with Pay: 38 USD/MONTH
   1.7 Point of Hire: MANILA, PHILIPPINES

2. The terms and conditions of the revised Employment Contract for seafarers governing the employment of all Filipino seafarers approved per Department Order No. 33 and Memorandum Circular No. 55 series of 1996 shall be strictly and faithfully observed.

3. Any alterations of changes, in any part of this Contract shall be evaluated, verified, processed and approved by the Philippine Overseas Employment Administration (POEA). Upon approval, the same shall be deemed an integral part of the Standard Employment Contract (SEC) for seafarers.

4. All claims, complaints or controversies relative to the implementation of the overseas employment contract shall be resolved through the established Grievance Machinery in the Revised Employment Contract for Seafarers. If result of the procedures is unsatisfactory to any of the parties, it may be appealed to the management of the company or with the Philippine Labor Attache or Consular officer overseas. This procedure shall be without prejudice to any action that the parties may take before the appropriate authority.

5. Violations of the terms and conditions of this Contract with its approved addendum shall be a ground for disciplinary action against the erring party.

IN WITNESS WHEREOF the parties have hereto set their hands this 14TH day of JAN., 19 2000 at MANILA Philippines.

GONZALES JR., JUAN                    DESIREE P. _____/PRES.
     Seafarer                              For the Employer

19 JAN 2000        Verified and approved by the POEA
     Date                                Signature of POEA Official

EXHIBIT A