# BRUNKENHOEFER & NIELSEN, P.C.
*– A Professional Law Corporation –*

**R. Blake Brunkenhoefer**
(bbrunk@gulfattorneys.com)
Mobile (361) 563-6655

1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
(361) 888-6655
Fax (361) 888-5855

December 5, 2005

Honorable Benson Everett Legg  **VIA ELECTRONIC FILING**
Chief Judge
UNITED STATES DISTRICT COURT
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    RE:    Civil Action No. L–01-CV-0250; *In the Matter of the* Complaint of Eternity Shipping, LTD and Eurocarriers, S.A.; In the United States District Court for the District of Maryland, Northern Division

Dear Judge Legg:

In accordance with this Court's November 22, 2005 Memorandum Order, attached are complete copies of the documents referenced in the "timeline" previously produced by Claimant-Gonzales (November 21, 2005 hearing "Exhibit 1"):

1. D.O.L.E. Department Order No. 33, Series of 1996

2. P.O.E.A. Memorandum Circular No. 055-96

3. D.O.L.E. Department Order No. 04-00, Series of 2000

4. P.O.E.A. Memorandum Circular No. 09-00

5. P.O.E.A. Memorandum Circular No. 011-00

6. P.O.E.A. Memorandum Circular No. 02-02

> NOTE: "D.O.L.E." represents "Department of Labor & Employment of the Philippines," and "P.O.E.A." signifies the "Philippines Overseas Employment Administration."

> NOTE: Claimant apologizes for the type on some of the longer of these documents. They were originally forwarded from the Philippines in "Rich Text" format and problems arose in saving these documents, prior to their conversion to the appropriate (PDF) format.

Hon. Benson Everett Legg, *Chief Judge*
RE: *In re: Eternity Shipping, et al.*
December 5, 2005
Page Two

---

Further complying with this Court's commands, Claimant-Gonzales will today file her "Memorandum Regarding the Prosecution of 'Limitation Actions'" under separate cover. Therein, Plaintiff hopes to address other matters raised in ¶I(C) of the Court's November 22, 2005 Memorandum Order.

Finally, Claimant-Gonzales respectfully reiterates her prior request for an extension of time in which to file her brief in support of her assertion that Section 20(g) was not part of her son's employment contract and, thus, she is otherwise entitled to recover damages from the vessel owner/employer under the "Jones Act" and the general maritime law. If the Court will permit her to do so, Claimant will complete her briefing on this final matter by December 12, 2005.

A copy of this letter, and all attachments hereto, is being provided to all counsel of record.

       Respectfully submitted,

       s/R. Blake Brunkenhoefer

       R. Blake Brunkenhoefer

RBB/jdd

Encl. [as stated above]

cc:
| | |
|---|---|
| M. Hamilton Whitman, Jr.<br>OBER, KALER, GRIMES<br>& SHRIVER, P.C.<br>120 E. Baltimore Street<br>Baltimore, MD 21202<br>**(VIA E-MAIL &/OR FAX)** | James D. Skeen<br>SKEEN & KAUFFMAN<br>& SKEEN, L.L.P.<br>800 N. Charles Street<br>Baltimore, MD 21201<br>**(VIA E-MAIL &/OR FAX)** |
| Jeffrey J. Asperger<br>Erin Walz<br>ASPERGER CARAHER, L.L.C.<br>Three Illinois Center<br>303 East Wacker Drive, Suite 1000<br>Chicago, Illinois 60601<br>**(VIA E-MAIL &/OR FAX)** | Bernard J. Sevel<br>ARNOLD, SEVEL & GAY, P.A.<br>Two N. Charles Street, Suite 560<br>Baltimore, MD 21201<br>**(VIA E-MAIL &/OR FAX)** |
| Robert G. Clyne<br>HILL, RIVKINS & HAYDEN, L.L.P.<br>45 Broadway, Suite 1500<br>New York, NY 10006-3739<br>**(VIA E-MAIL &/OR FAX)** | James W. Bartlett, III<br>SEMMES, BOWEN & SEMMES<br>250 W. Pratt Street, 16th Floor<br>Baltimore, MD 21201-2423<br>**(VIA E-MAIL &/OR FAX)** |

Hon. Benson Everett Legg, *Chief Judge*
RE: *In re: Eternity Shipping, et al.*
December 5, 2005
Page Three

---

| | | |
|---|---|---|
| cc: | Francis J. Gorman | W. Charles Bailey, Jr. |
| | GORMAN & WILLIAMS | SIMMS SHOWERS, L.L.P. |
| | Two N. Charles Street, Suite 750 | 20 S. Charles St., Suite 702 |
| | Baltimore, MD 21201 | Baltimore, MD 21201-3291 |
| | **(VIA E-MAIL &/OR FAX)** | **(VIA E-MAIL &/OR FAX)** |