June 14, 2000

## POEA MEMORANDUM CIRCULAR NO. 009-00

TO : All Principals/Employers, Licensed Manning Agencies and Filipino Seafarers

SUBJECT : Amended Standard Terms and Conditions Governing the Employment of Filipino Seafarers on Board Ocean-Going Vessels

Pursuant to Department Order No. 4, Series of 2000, the following guidelines on the implementation of the Amended Standard Terms and Conditions Governing the Employment of Filipino Seafarers on Board Ocean-Going Vessels are hereby issued:

1. The terms and conditions provided therein are the minimum requirements acceptable to the POEA for the employment of Filipino seafarers on board ocean-going vessels. The parties to the contract may therefore improve on the minimum terms and conditions provided such improvements shall be made in writing and appended to the contract of employment. Such improvements in the contract shall have prospective application.

2. Effective 25 June 2000, manning agencies shall use and submit to the POEA the full text of the seafarer's employment contract herein attached including improvements, if any, for approval and processing.

3. Manning agencies are directed to inform and provide copies of the amended standard terms and conditions to all its accredited principals.

4. Every departing seafarer is required to show a copy of the processed and approved employment contract, including its improvements, if any, at the POEA's Labor Assistance Center (LAC) at the international airports.

5. Manning agencies are directed to include the discussion of the amended standard terms and conditions governing the employment of Filipino seafarers on board ocean-going vessels in the Pre-Departure Orientation Seminar/Briefing of all its hired seafarers.

All Circulars and issuances inconsistent herewith are hereby repealed and superseded accordingly.

For strict compliance.

(SGD.) REYNALDO A. REGALADO
Administrator

Republic of the Philippines
Department of Labor and Employment
PHILIPPINE OVERSEAS EMPLOYMENT ADMINISTRATION
CONTRACT OF EMPLOYMENT

KNOW ALL MEN BY THESE PRESENTS:

This Contract, entered into voluntarily by and between:
Name of Seafarer: _____
Address: _____
SIRB No.: _____ SRC No. _____
License No. _____
hereinafter referred to as the Employee
and
Name of Agent: _____
For and behalf of _____
       (Principal/Country)
for the following vessel:
Name of Vessel: _____
Official Number: _____ Gross Registered Tonnage (GRT): _____
Flag: _____ Year Built: _____ Classification Society: _____
hereinafter referred to as the Employer,

WITNESSETH

1. That the employees shall be employed on board under the following terms and conditions:
1.1   Duration of Contract: _____
1.2   Position: _____
1.3   Basic Monthly Salary: _____
1.4   Hours of Work: _____
1.5   Overtime: _____
1.6   Vacation Leave with Pay: _____
1.7   Point of Hire: _____
2. The herein terms and conditions in accordance with Department Order No. 4 and Memorandum Circular No. 9, both Series of 2000, shall be strictly and faithfully observed.
3. Any alterations or changes, in any part of this Contract shall be evaluated, verified, processed and approved by the Philippine Overseas Employment Administration (POEA). Upon approval, the same shall be deemed an integral part of the Standard Terms and Conditions Governing the Employment of Filipino Seafarers On Board Ocean-Going Vessels.
4. Violations of the terms and conditions of this Contract with its approved addendum shall be ground for disciplinary action against the erring party.
IN WITNESS WHEREOF the parties have hereto set their hands this _____ day of _____ 20___ at _____, Philippines

_____   _____
          Seafarer                     For the Employer

Verified and approved by the POEA

_____   _____

Date    Signature of POEA Official