POEA MEMORANDUM CIRCULAR NO. 011-00

TO : All Concerned

SUBJECT : Temporary Restraining Order on Certain Amendments of the Revised Terms and Conditions Governing the Employment of Filipino Seafarers on board Ocean-Going Vessels

In view of the Temporary Restraining Order issued by the Supreme Court in a Resolution dated 11 September 2000 on the implementation of certain amendments of the Revised Terms and Conditions Governing the Employment of Filipino Seafarers on board Ocean-Going Vessels as contained in DOLE Department Order No. 04 and POEA Memorandum Circular No. 09, both Series of 2000, please be advised of the following:

1. Section 20, Paragraphs (A), (B) and (D) of the former Standard Terms and Conditions Governing the Employment of Filipino Seafarers on board Ocean-Going Vessels, as provided in DOLE Department Order No. 33, and POEA Memorandum Circular No. 55, both Series of 1996 shall apply in lieu of Section 20 (A), (B) and (D) of the Revised version;

2. The implementation of Section 20 (E) and (G) of the Revised Terms and Conditions is hereby suspended.

This Memorandum Circular shall take effect immediately.

(SGD.) REYNALDO A. REGALADO
Administrator