## POEA MEMORANDUM CIRCULAR NO. 02-02

TO          :     All Shipping Principals/Employers, Licensed Manning Agencies and Seafarers

SUBJECT     :     Section 20 of the Revised Standard Terms and Conditions Governing the Employment of Filipino Seafarers on Board Ocean-Going Ships

In a Resolution dated 17 April 2002, the Supreme Court has dismissed with finality the petitions entitled "Pedro L. Linsangan et al., vs. Hon. Bienvenido Laguesma" (G.R. No. 143476) and "MARINO, Inc. vs. Hon. Bienvenido Laguesma: (G.R. No. 144479) which sought to restrain the implementation of the subject provision of the Revised Standard Terms and Conditions, as contained in DOLE Department Order No. 04, and POEA Memorandum Circular No. 09, both series of 2000.

In view of which POEA Memorandum Circular No. 11, series of 2000, issued on 12 September 2000 enforcing the Temporary Restraining Order issued by the Supreme Court in a Resolution dated 11 September 2000, on the implementation of the abovementioned provision is hereby Rescinded.

The Seabased Employment Accreditation and Processing Center shall process the full text of the standard terms and conditions as prescribed by POEA Memorandum Circular No. 09, series of 2000.

This Memorandum Circular shall take effect immediately.

(SGD.) ROSALINDA DIMAPILIS-BALDOZ
Administrator