# BRUNKENHOEFER & NIELSEN, P.C.
*– A Professional Law Corporation –*

---

**R. Blake Brunkenhoefer**
(bbrunk@gulfattorneys.com)
Mobile (361) 563-6655

1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
(361) 888-6655
Fax (361) 888-5855

December 5, 2005

Honorable Benson Everett Legg           **VIA ELECTRONIC FILING**
Chief Judge
UNITED STATES DISTRICT COURT
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    RE:    Civil Action No. L–01-CV-0250; *In the Matter of the* Complaint of Eternity Shipping, LTD and Eurocarriers, S.A.; In the United States District Court for the District of Maryland, Northern Division

Dear Judge Legg:

    In an attempt to comply with this Court's November 22, 2005 Memorandum Order, I have just filed Claimant-Gonzales "Memorandum Regarding the Prosecution of 'Limitation Actions.'"

    I wish to notify the Court that the document should have been filed in connection with the Limitation Plaintiffs' pending Motion for Summary Judgment, but the e-filing system would not allow me to file anything at this time, other than documents in connection with the Motion to Re-Open Motions for Summary Judgment. As I recognized the need to get my document on file, I submitted as best as the system would allow.

    In addition, I would ask the Court to accept my Memorandum as timely-filed. I have filed the document prior to midnight Central Time on December 5, 2005, but my e-filing confirmation indicates the document was filed with the Honorable Court at 12:45 a.m., December 6, 2005. Again, I have worked as hard as possible to meet this Court's requirements, and I beg this Court's indulgence if I have not technically satisfied its commands.

    A copy of this letter is being provided to all counsel of record.

    Good night and best wishes.

                                                   Respectfully submitted,

                                                   s/R. Blake Brunkenhoefer

                                                   R. Blake Brunkenhoefer

Hon. Benson Everett Legg, *Chief Judge*
RE: *In re: Eternity Shipping, et al.*
December 5, 2005
Page Two

---

RBB/rbb

cc:
| | |
|---|---|
| M. Hamilton Whitman, Jr.<br>OBER, KALER, GRIMES<br>& SHRIVER, P.C.<br>120 E. Baltimore Street<br>Baltimore, MD 21202<br>**(VIA E-MAIL &/OR FAX)** | James D. Skeen<br>SKEEN & KAUFFMAN<br>& SKEEN, L.L.P.<br>800 N. Charles Street<br>Baltimore, MD 21201<br>**(VIA E-MAIL &/OR FAX)** |
| Jeffrey J. Asperger<br>Erin Walz<br>ASPERGER CARAHER, L.L.C.<br>Three Illinois Center<br>303 East Wacker Drive, Suite 1000<br>Chicago, Illinois 60601<br>**(VIA E-MAIL &/OR FAX)** | Bernard J. Sevel<br>ARNOLD, SEVEL & GAY, P.A.<br>Two N. Charles Street, Suite 560<br>Baltimore, MD 21201<br>**(VIA E-MAIL &/OR FAX)** |
| Robert G. Clyne<br>HILL, RIVKINS & HAYDEN, L.L.P.<br>45 Broadway, Suite 1500<br>New York, NY 10006-3739<br>**(VIA E-MAIL &/OR FAX)** | James W. Bartlett, III<br>SEMMES, BOWEN & SEMMES<br>250 W. Pratt Street, 16th Floor<br>Baltimore, MD 21201-2423<br>**(VIA E-MAIL &/OR FAX)** |
| Francis J. Gorman<br>GORMAN & WILLIAMS<br>Two N. Charles Street, Suite 750<br>Baltimore, MD 21201<br>**(VIA E-MAIL &/OR FAX)** | W. Charles Bailey, Jr.<br>SIMMS SHOWERS, L.L.P.<br>20 S. Charles St., Suite 702<br>Baltimore, MD 21201-3291<br>**(VIA E-MAIL &/OR FAX)** |