REPUBLIC OF THE PHILIPPINES)
MAKATI CITY                ) S.S.

## SUPPLEMENTAL AFFIDAVIT

I, RUBEN T. DEL ROSARIO, of legal age, married and with office address at 15th Floor, Pacific Star Building, Makati Avenue corner Sen. Gil Puyat Avenue, 1200 Makati City, Philippines after being sworn to in accordance with law, hereby depose and say:

1. Upon review of my Affidavit of 5 October 2004, my attention has been called to the fact that Exhibit 3 thereof was an incomplete copy of the Standard Terms and Conditions Governing the Employment of Filipino Seafarers On-Board Ocean-Going Vessels.

2. To rectify this, I am attaching hereto a true and correct copy of the Standard Terms and Conditions Governing the Employment of Filipino Seafarers On-Board Ocean-Going Vessels that was issued as Annex A to POEA Memorandum Circular No. No. 55, Series of 1996.

3. The attachment hereto can be used to replace Exhibit 3 of my Affidavit of 5 October 2004 which contained an incomplete copy of the Standard Terms and Conditions.

4. The handwritten notation which appears illegibly at the top of the first page of the attachment is not part of the text of the document.

5. These Standard Terms and Conditions were in effect on 14 January 2000.

I attest to the truth of the above facts.

Makati City, 5 December 2005.

RUBEN T. DEL ROSARIO
Affiant

SUBSCRIBED AND SWORN to before me this 5th day of December 2005. Affiant exhibited to me his Community Tax Certificate No. 14658241 issued on 18 January 2005 at Makati City, Philippines.

CHARLES JAY D. DELA CRUZ
Serial No. M-197
Notary Public
Commission at Makati City
Until 31 December 2005
15/F Pacific Star Building
Makati Ave. cor. Sen. Gil Puyat Ave.
1200 Makati City
Roll No. 41141
PTR No. 9405323
Issued at Makati City on January 4, 2005-12-05
IBP No. 631732, Lifetime

Doc. No. 180;
Page No. 36;
Book No. VIII;
Series of 2005.