

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**M. Hamilton Whitman, Jr.**
mhwhitman@ober.com
410-347-7354

**Offices In**
Maryland
Washington, D.C.
Virginia

December 13, 2005

BY ELECTRONIC FILING

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

    Re:    In the Matter of the Complaint of Eternity Shipping Ltd., et al.
               for Exoneration from or Limitation of Liability
               Civil Action No.: L-01-CV-0250

Dear Judge Legg:

       In compliance with the Court's Memorandum Order of December 8, 2005, we hereby advise your Honor that the parties have chosen January 18, 2006 for the continued summary judgment hearing in this matter.

       We appreciate your Honor's continued consideration in the handling of this case.

                                                     Respectfully yours,

                                                     M. Hamilton Whitman, Jr.

MHWJr/pkp

cc:    All Counsel (by electronic filing)