UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 13, 2005

MEMORANDUM TO COUNSEL RE:  In the Matter of the Complaint of Eternity Shipping, Ltd., *et al.*, for Exoneration from or Limitation of Liability
Civil #L-01-250

Dear Counsel:

The Court is in receipt of Mr. Whitman's December 13th letter stating that the parties have chosen January 18, 2006 as the date for the continued summary judgment hearing.

Accordingly, the Court hereby SCHEDULES the continued hearing for January 18, 2006 at 10:00 a.m.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file