1

C O N F I D E N T I A L

V O L U M E 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Northern Division)

IN THE MATTER OF *
THE COMPLAINT OF * ORIGINAL
ETERNITY SHIPPING, LTD. AND * Civil Action No.
EUROCARRIERS, S.A. * L01CV0250
FOR EXONERATION FROM OR *
LIMITATION OF LIABILITY * CONFIDENTIAL

\-----------

Deposition of KEVIN HISLOP

Baltimore, Maryland

Monday, August 9, 2004

10:06 a.m.

Job No.: 1-39302

Pages: 1 - 238

Reported By: Dawn M. Hart, Notary Public, RPR/RMR

EXHIBIT A

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

Q (Nods head.)

A Any determination -- only from the sketches and the photographs that depicted the two, the two hatches.

Q Well, obviously they were close enough that if the ship's crane had fallen --

A The ship's crane fallen.

Q -- it would have fallen and in fact did fall on the gantry crane, correct?

A That's correct. Correct, yes.

Q I assume you agree with Opinion No. 7; is that right?

A Yes, in part. At the time of -- yes, in part. At the time of an annual survey the -- it -- the surveyor is looking for the proper maintenance program to ensure that when he attests to the satisfaction of those cranes on that particular day, that he is attesting to the condition of the cranes for that until the next annual survey on the assumption that the shipowner will be diligent in maintaining that maintenance program.

Q So it's the shipowner's responsibility to

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD., AND EUROCARRIERS, S.A. FOR EXONERATION FROM OR LIMITATION OF LIABILITY

CIVIL ACTION NO. L-01-CV-0250

Pages 1 - 177

-----------

Videotaped deposition of Robert Cantey
Baltimore, Maryland
Tuesday, September 17, 2002

Reported by: Kathleen R. Turk, RPR-RMR

Page 2

September 17, 2002
1:13 p.m.

Videotaped deposition of Robert Cantey held at the offices of:

Domino Sugar Plant Administration Building
1100 Key Highway East
Baltimore, MD 21230-5123

Pursuant to notice, before Kathleen R. Turk, RPR-RMR, a Notary Public of the State of Maryland.

Page 3

APPEARANCES:

Ober, Kaler, Grimes & Shriver
For the Limitation Plaintiffs ETERNITY SHIPPING, LTD., AND EUROCARRIERS, S.A.
120 East Baltimore Street
Baltimore, MD 21202
(410) 685-1120
BY: Eric M. Veit, Esq.
M. Hamilton Whitman, Jr., Esq.

Asperger Caraher, L.L.C.
For the Claimants TATE & LYLE NORTH AMERICAN SUGARS, INC., AND DOMINO SUGAR
Three Illinois Center
303 East Wacker Drive
Suite 1000
Chicago, IL 60601
(312) 856-9901
BY: Jeffrey J. Asperger, Esq.

Page 4

Arnold, Sevel & Gay, P.A.
For the Claimant ROBERT J. CANTEY AND WILLIAM LANGVILLE
Two North Charles Street
Suite 560
Baltimore, MD 21201
(410) 837-0215
BY: Philip M. Wright, Esq.

Brunkenhoefer & Hall, P.C.
For the Claimant JOSEFINA GONZALES
Tower II, Suite 1770
555 N. Carancahua
Corpus Christi, TX 78478
(361) 888-6655
BY: R. Blake Brunkenhoefer, Esq.

hen how the boo
workmen chippin

ıgar now, they

t shipping,

hatch, they
that's in the
ch coaming. Lik

he crew.

rom learning
but in your own

xplain a
e doing.

pping?
ng sugar?

ng -- I guess
w, like,

at's what
they banging
coaming,

it

here,
get up
p.
ity done
hanging from

a basket?

A On that particular ship?

Q On, on that ship or, or any ship.

A Oh, yes, I have.

Q How -- is it a common occurrence? Is it uncommon?

A That has happen many times, you know, the guy chipping, but like I say, you know, they're not supposed to be hanging their boom over our head.

Q While --

A But they --

Q -- you and other men are --

A While's we are working.

Q All right. Can you recall approximately how long the ship's crewmen were working chipping before the incident happened?

A Oh, I can't -- I don't know exactly how long. I don't know how long, but they was chipping. I don't know exactly how long.

Q Okay. What first drew your attention that something unusual was happening and that -- and that

there was an accident?

A The guys started hollering. The guys in the hold started hollering.

When they start hollering, I looked up. And when I looked up, I seen the crane is coming down.

Q Okay. Now --

A The boom on the -- the boom on the crane is coming down, and the ship boom is bringing it down, coming across it, bringing it down.

Q And -- and I don't think I've asked you, but where were you at the time this occurred?

A I was right on the side of the, the, the hatch.

I was already come up out of the hold, and I'm standing on, I'm standing on deck now.

Q You had just recently come out of the hold?

A I just had come up because I came out of the hold to take the, you know, so I could have take the dozer out.

See, whenever the dozers is -- whenever a hatch is almost finished, then I comes up, you know,

to go on the outside so we can take the, you know, to hook the dozers up. The guys hook the dozer up in the hold, I go on the outside and I unhook them.

So I just had come up, and we have, still have a little more sugar to take out, so I'm leaning up, you know, by the hatch, waiting for them to finish the little bit was in there, and then I would go on the outside.

But in the meantime, when I came up, while I'm standing there, the guys start hollering in the -- hollering.

Q The -- the guys in the hold were hollering?

A The guys started hollering in the hold, and by the time I could look up, the only thing I could have seen, that boom coming down across that crane, and that's what brought that crane down, brought that crane boom down.

Q Brought the shoreside crane down?

A Brought the sugarhouse crane down.

Q Right, okay.

A Because the boom went straight across it

like that (indicating).

Q Did you notice -- before you saw that, the booms of the two cranes coming down, did you -- had you heard any noises from the ship's crane that would indicate there was a problem?

A I haven't heard no noise. I haven't paid no attention to that, to no noise on the crane.

And I wasn't paying no attention to no noise, you know, on the crane because like I said, I don't know, I don't drive no cranes, so I, you know, I wouldn't have paid too much attention to, you know, noise coming out of the crane. So I don't know what happened --

Q All right.

A -- to the crane.

Q So you described how the ship's crane, the boom on that, came down on the -- I think you called it the sugarhouse crane.

A Umh-humh.

Q Just please tell us, then, what, what happened next, what you saw.