# BRUNKENHOEFER & NIELSEN, P.C.
*– A Professional Law Corporation –*

---

**R. Blake Brunkenhoefer**
(bbrunk@gulfattorneys.com)
Mobile (361) 563-6655

1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
(361) 888-6655
Fax (361) 888-5855

January 16, 2006

Honorable Benson Everett Legg, *Chief Judge*        **VIA OVERNIGHT MAIL**
UNITED STATES DISTRICT COURT
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

  RE:  Civil Action No. L–01-CV-0250; *In the Matter of the* Complaint of Eternity Shipping, LTD and Eurocarriers, S.A.; In the United States District Court for the District of Maryland, Northern Division

Dear Judge Legg:

   In connection with the above-referenced cause, and in accordance with the Court's requirement that "hard copies" of all documents over fifteen (15) pages in length be submitted to the Court, enclosed please find copies of the following materials:

**1.  DOCUMENT #167 (01/13/06) "Claimant-Gonzales' Reply to Limitation Plaintiffs Response to Claimant's Memorandum Regarding 'P.O.E.A. Contract' Issues"**

   NOTE: This 4-page document indicates that it was filed with the "Affidavit of Von Lovel D. Bedona" (which, as shall be shown, is 17 pages in length), but I erroneously filed a copy of the Reply itself as an exhibit to the Reply.

**2.  DOCUMENT #168 (01/14/06) [re-file] "Claimant-Gonzales' Reply to Limitation Plaintiffs Response to Claimant's Memorandum Regarding 'P.O.E.A. Contract' Issues"**

   NOTE: In re-filing the Reply, I attached the "Affidavit of Von Lovel D. Bedona" referenced in my original Reply (#167). However, it appears the affidavit I "re-filed" was incomplete because the transmitting fax machine in the Philippines attempted to send several pages at once, thereby fully covering page 4 and partially covering adjacent pages. I did not see this late Friday night.

**3.  DOCUMENT #169 (01/16/06) "Affidavit of Von Lovel D. Bedona"**

   NOTE: Having been advised by Tony Whitman that the "Affidavit of Von Lovel D. Bedona" I had attached to the re-filed Reply (i.e., when I discovered that my original filing did not actually

Hon. Benson Everett Legg
January 16, 2006
Page Two

_____

include the referenced affidavit and I attempted to re-file the document) was missing portions of page 3 and all of page 4, I resubmitted a complete copy of the "Affidavit of Von Lovel D. Bedona" and identified that it was filed in connection with the original Reply (#167).

In short, I apologize for any confusion I have caused. <u>Claimant's original "Reply" (#167) should have as its sole exhibit the complete 17-page "Affidavit of Von Lovel D. Bedona" (#169)</u>.

Thank you for your patience. I remain,

Very truly yours,


R. Blake Brunkenhoefer

RBB/jdd

Encl: (as stated)

cc:  M. Hamilton Whitman, Jr.                            James D. Skeen
     OBER, KALER, GRIMES                                 SKEEN & KAUFFMAN
     & SHRIVER, P.C.                                     & SKEEN, L.L.P.
     120 E. Baltimore Street                             800 N. Charles Street
     Baltimore, MD 21202                                 Baltimore, MD 21201
     **(VIA E-MAIL)**                                    **(VIA E-MAIL)**

     Jeffrey J. Asperger
     Erin Walz                                           Bernard J. Sevel
     ASPERGER CARAHER, L.L.C.                            ARNOLD, SEVEL & GAY, P.A.
     Three Illinois Center                               Two N. Charles Street, Suite 560
     303 East Wacker Drive, Suite 1000                   Baltimore, MD 21201
     Chicago, Illinois 60601                             **(VIA E-MAIL)**
     **(VIA E-MAIL)**

     Robert G. Clyne                                     James W. Bartlett, III
     HILL, RIVKINS & HAYDEN, L.L.P.                      SEMMES, BOWEN & SEMMES
     45 Broadway, Suite 1500                             250 W. Pratt Street, 16th Floor
     New York, NY 10006-3739                             Baltimore, MD 21201-2423
     **(VIA E-MAIL)**                                    **(VIA E-MAIL)**

     Francis J. Gorman                                   W. Charles Bailey, Jr.
     GORMAN & WILLIAMS                                   SIMMS SHOWERS, L.L.P.
     Two N. Charles Street, Suite 750                    20 S. Charles St., Suite 702
     Baltimore, MD 21201                                 Baltimore, MD 21201-3291
     **(VIA E-MAIL)**                                    **(VIA E-MAIL)**