IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * | Case No.   L-01-CV-0250 |

\* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit A, which is an attachment to the February 24, 2006 correspondence to Judge Legg, exists only in paper format and is 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_March 3, 2006_
Date

_/S/_
Signature

_Jeffrey J. Asperger_        _3123978_
Printed Name                 Bar Number

_303 East Wacker Drive, Suite 1000_
Street Address

_Chicago, Illinois 60601_
City/State/Zip

_(312) 856-9901_        _(312) 856-9905_
Phone No.               Fax No.