**ASPERGER ASSOCIATES LLC**

ATTORNEYS AT LAW

Jeffrey J. Asperger
Direct: (312) 240-0975
Email: jasperger@asplaw.net

March 14, 2006

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
101 W. Lombard Street, 7th Floor
Baltimore, MD 21201

        Re:    In the Matter of the Complaint of
                    Eternity Shipping, Ltd., et al,
                    For Exoneration from or Limitation of Liability
                    Civil Action No.: L-01-CV-0250

Dear Judge Legg:

I have received Attorney Whitman's and Attorney Bartlett's letters regarding my letter to the Court dated February 24, 2006.

The principal purpose of my letter was to complete and/or clarify the record, as Your Honor had directed, and I apologize for the delay. The paralegal in our office responsible for this file and these materials and exhibits had taken an unexpected medical leave of absence.

When I departed the hearing late in the day on January 18, it appeared that the principal arguments regarding my client's interests had been presented. I only learned some days later that Mr. Whitman advanced several additional arguments in my absence to which I had no opportunity to respond. It is those arguments that I addressed and ask that the Court accept my comments in that light. I should like to note that there have been a number of letters directed to the Court, outside of the formal briefing process, which contain arguments regarding points being advanced by one party or another. Since our comments are simply responding to arguments advanced by counsel after my departure from the January 18 hearings, we would ask that the Court consider them and permit replies if the Court deems more input desirable.

                                                Respectfully yours,

                                                ASPERGER ASSOCIATES LLC

                                                Jeffrey J. Asperger

JJA/ld