UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

June 19, 2006

MEMORANDUM TO COUNSEL RE:   In the Matter of the Complaint of Eternity Shipping, Ltd., *et al.*, for Exoneration from or Limitation of Liability
Civil #L-01-250

Dear Counsel:

    I am writing to give you a status report on the pending summary judgment motions. While I regret the delay, the opinion is nearing completion and I plan to issue it in early July.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file