IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF CHANGE OF ADDRESS

NOW COMES the CLAIMANT TATE & LYLE NORTH AMERICAN SUGARS, INC., by and through its attorneys, ASPERGER ASSOCIATES LLC informing the Court that counsel of record in this matter is no longer at 303 East Wacker Drive, Suite 1000, Chicago, Illinois 60601. **All future pleadings and correspondence should be addressed to:**

Jeffrey J. Asperger
**ASPERGER ASSOCIATES LLC**
150 North Michigan Avenue, Suite 420
Chicago, Il 60601
(312) 856-9901  Telephone
(312) 856-9905  Fax

Notice is hereby given to all counsel of record.

ASPERGER ASSOCIATES LLC

_____/s/_____
Jeffrey J. Asperger

Jeffrey J. Asperger
ASPERGER ASSOCIATES LLC
303 East Wacker Drive, Suite 1000
Chicago, Illinois 60601
(312) 856-9901

1

## CERTIFICATE OF SERVICE

I, Jeffrey J. Asperger, do hereby certify that a true and correct copy of the above and foregoing document was served via e-mail notification from the District Court and in the manner indicated upon:

Bernard S. Sevel, Esq.
ARNOLD, SEVEL & GAY, P.A.
The B&O Building, Suite 560
2 N. Charles Street
Baltimore, Maryland 21201
*Attorneys for Claimant Robert J. Cantey
and Claimant William Langeville*

James D. Skeen, Esq.
WRIGHT, CONSTABLE & SKEEN,
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, Maryland 21201
*Attorneys for Claimant Robert J. Cantey,
William Langeville and
Tate & Lyle North American Sugars, Inc.*

Francis J. Gorman, P.C.
GORMAN & WILLIAMS
2 North Charles Street
Baltimore, Maryland 21201-3754
*Attorneys for
Louis Dreyfus Sugar Company*

R. Blake Brunkenhoefer, Esq.
BRUNKENHOFER & REYNA, P.C.
1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78478
*Attorneys for Claimant Josefina Gonzales*

Alexander M. Giles
SEMMES BOWEN and SEMMES PC
250 w. Pratt Street
Baltimore, MD 21201
*Attorneys for American Bureau of
Shipping*

James W. Bartlett, III, Esq.
Alexander M. Giles
SEMMES, BOWEN, & SEMMES, P.C.
250 West Pratt Street, 16th Floor
Baltimore, MD 21201-2423
*Attorneys for American Bureau of
Shipping*

Carla Napier Murphy
M. Hamilton Whitman, Jr.
Eric M. Veit
Charles Diorio
OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
Baltimore, MD 21202-1643
*Attorneys for Eternity Shipping*

Robert G. Clyne, Esq.
James A. Saville
HILL, RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
*Attorneys for American Bureau of
Shipping*

W. Charles Bailey, Jr.
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201-3754
*Lead Attorney for Josefina Gonzales*

John Walter Sippel, Jr.
*Office of the United States*
*36 S. Charles St. Fourth Floor*
*Baltimore, MD 21201*

in accordance with all applicable provisions of the Federal Rules of Civil Procedure, on this 11th day of July, 2006.

_____/s/_____
Jeffrey J. Asperger