IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In the Matter of the Complaint         :
of Eternity Shipping, Ltd. and          :    Civil Action No. L-01-250
Eurocarriers, S.A. for Exoneration      :
from or Limitation of Liability         :

**ORDER**

For the reasons stated in the Memorandum of even date, the Court:

(i) GRANTS the parties' motion to re-open the summary judgment motions (Docket No. 139);

(ii) GRANTS American Bureau of Shipping's Motion For Summary Judgment (Docket No. 76);

(iii) GRANTS Limitation Plaintiffs' Motion For Summary Judgment On First Amended Claim For Damages Of Josefina Gonzales (Docket No. 74);

(iv) GRANTS Claimant Tate & Lyle North American Sugars, Inc.'s FRCP 56 Motion For Summary Judgment As To Claimant Josefina Gonzales (Docket No. 73); and

(v) ORDERS the parties to CONFER and, on or before August 24, 2006, NOTIFY the Court in writing whether they consent to referral of the case to a Magistrate Judge for a settlement conference regarding the remaining claims.

It is so ORDERED this 3rd day of August, 2006.

_____/s/_____
Benson Everett Legg
Chief Judge