

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739    Tel: (212) 669-0600
Fax: (212) 669-0698/0699              e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

*Via Electronic Filing*

August 7, 2006

Honorable Benson E. Legg
United States District Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

       RE: In the Matter of the Complaint of
          Eternity Shipping Ltd., *et al.*
          For Exoneration from or Limitation of Liability
          Civil Action No. L-01-CV-0250
          Our Ref.: 28005-RGC/JAS
          - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Judge Legg:

  We represent Third-Party Defendant, American Bureau of Shipping ("ABS"), in the captioned matter and, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, write to request that a typographical error in the Court's August 3, 2006, Memorandum granting summary judgment in favor of ABS and against Third-Party Plaintiffs be corrected.

  Specifically, although addressing certain flaws in the Third-Party Plaintiffs' arguments, the last sentence of the first paragraph of Section III(C) on page 26 reads:

    Before the Court turns to the alleged defects, it must address two flaws at the core of <u>ABS'</u> arguments.

  ABS respectfully submits that this sentence should be amended by deleting the reference to "ABS'" and replacing same with "Third-Party Plaintiffs'" such that the amended sentence reads:

    Before the Court turns to the alleged defects, it must address two flaws at the core of <u>Third-Party Plaintiffs'</u> arguments.

|  | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| ... S Highway 9 South (Route 9 South) | 712 Main Street, Suite 1515 | 1115 Broad Street | Of Counsel: |
| ... Amboy, NJ 08879-3313 | Houston, TX 77002-3209 | Bridgeport, CT 06604 | Brown & Associates |
| ... 732) 838-0300 Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 367-5535 Fax: (203) 367-5536 | 11140 Fair Oaks Boulevard, Suite 100 |
| ...@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: thefirm@hillrivkins.com | Fair Oaks, CA 95628-5126 |
|  |  |  | Tel: (916) 859-4910 Fax: (916) 859-4911 |

Honorable Benson E. Legg
United States District Judge
August 7, 2006
Page Two

      We thank the Court for its attention to the foregoing.

      Respectfully submitted,

      HILL RIVKINS & HAYDEN LLP

      James A. Saville, Jr.

JAS\mc
28005106-LEGG

cc:  *Via Electronic Filing*  
     *W. Charles Bailey, Jr., Esq.*  
     Simms Showers LLP

     *Via Electronic Filing*  
     *R. Blake Brunkenhoefer, Esq.*  
     Brunkenhoefer & Hall P.C.

     *Via Electronic Filing*  
     *Bernard J. Sevel, Esq.*  
     Arnold, Sevel & Gay, P.A.

     *Via Electronic Filing*  
     *James D. Skeen, Esq*  
     Skeen & Kauffman, LLP

     *Via Electronic Filing*  
     *Jeffrey J. Asperger, Esq.*  
     Asperger Associates, L.L.C.

     *Via Electronic Filing*  
     *Francis J. Gorman, P.C.*  
     Gorman & Williams

     *Via Electronic Filing*  
     *M. Hamilton Whitman, Jr., Esq.*  
     Ober Kaler Grimes & Shriver

