LAW OFFICES
OF

# SKEEN & KAUFFMAN, L.L.P.

911 North Charles Street
BALTIMORE, MARYLAND 21201

JAMES D. SKEEN
TELEPHONE (410) 625-2252
FACSIMILE (410)625-2292
EMAIL jskeen@skaufflaw.com

August 24, 2004

**VIA ELECTRONIC FILING**

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

        Re:    In the Matter of the Complaint of
                 Eternity Shipping, Ltd., et al,
                 For Exoneration from or Limitation of Liability
                 Civil Action No.: L-01-CV-0250

Dear Judge Legg:

       In accordance with the Court's Order of August 3, 2006, counsel for the remaining parties in this case have conferred and consent to referral of the case to a Magistrate Judge for a settlement conference regarding the remaining claims.

       Counsel would respectfully request that the case be referred to Magistrate Judge Bredar for the settlement conference in light of his familiarity of the issues. Thank you for your consideration.

                                      Very truly yours,

                                      /s/

                                      James D. Skeen

cc: All counsel on record

JDS/mlh