## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF**  
**JAMES K. BREDAR**  
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0950  
(410) 962-2985 FAX

October 4, 2006

TO ALL COUNSEL OF RECORD

Subject: *In the Matter of the Complaint of Eternity Shipping, Ltd. and Eurocarriers, S.A. for Exoneration from or Limitation of Liability v American Bureau of Shipping*  
Civil No. BEL-01-250

Dear Counsel:

    This letter is to confirm that the settlement conference in the above-captioned matter previously set for Wednesday, November 8, 2006, at 10:00 a.m. has been rescheduled at the request of counsel. The new date is **Monday, December 4, 2006, at 10:00 a.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland. Your *ex parte* letter, as described in my letter of September 7, 2006 (Paper No. 185), should arrive in chambers no later than Monday, November 27, 2006. It is understood that Mr. Gorman will arrive as soon as possible after the jury selection has been conducted before Judge Garbis in an unrelated case.

    Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar  
United States Magistrate Judge

JKB/cw  
cc: The Hon. Benson E. Legg  
    Court file  
    Chambers file