

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410-347-7354

Offices In
Maryland
Washington, D.C.
Virginia

October 10, 2006

**VIA ELECTRONIC FILING**

The Honorable James K. Bredar
United States District Court
 for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, MD 21201

>   Re:   In the Matter of the Complaint of
>         Eternity Shipping Ltd., et al.
>         for Exoneration from or Limitation of Liability
>         Civil Action No.: L-01-CV-0250

Dear Judge Bredar:

   I am in receipt of your Honor's letter of October 4, 2006 rescheduling the settlement conference in this matter for Monday, December 4, 2006. This December 4 date was reached after substantial efforts by all counsel to agree on a date when counsel and clients could be available, and Judge Garbis has graciously agreed to accommodate this date in connection with Mr. Gorman's attendance at trial in his court.

   I regret to advise that, while these efforts were afoot to agree on a suitable date, conflicts arose with the December 4 date for both of my clients. I learned of this development on October 4, 2006, when I telephoned my clients to reconfirm their availability for the chosen date of December 4.

   That same afternoon, I advised all counsel of this conflict and suggested that we, unfortunately, would need to approach your Honor again for dates in early 2007. Mr. Asperger, representing Claimant Tate & Lyle North American Sugars, Inc. has objected to any postponement from the December 4 date and has advised that his calendar is very busy in early 2007. No other counsel has voiced any objection to postponing the settlement conference.

1849623



The Honorable James K. Bredar
October 10, 2006
Page 2

      With apologies for the inconvenience to all concerned, I ask that your Honor consider this letter as my request on behalf of the Limitation Plaintiffs that the settlement conference be rescheduled for the earliest date in 2007 that is available to your Honor as well as to all counsel and all necessary client representatives.

      I appreciate your Honor's consideration of this request.

      Respectfully yours,

      M. Hamilton Whitman, Jr.

MHWjr/pkp

cc:   The Honorable Benson E. Legg
      All Counsel