# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**  
**JAMES K. BREDAR**  
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**  
**BALTIMORE, MARYLAND 21201**  
**(410) 962-0950**  
**(410) 962-2985 FAX**

October 24, 2006

TO ALL COUNSEL OF RECORD

Subject: *In the Matter of the Complaint of Eternity Shipping, Ltd. and Eurocarriers, S.A. for Exoneration from or Limitation of Liability v American Bureau of Shipping*
Civil No. BEL-01-250

Dear Counsel:

    This letter is to confirm that the settlement conference in the above-captioned matter previously set for Monday, December 4, 2006, at 10:00 a.m. has been rescheduled at the request of counsel. The new date is **Monday, January 29, 2007, at 10:00 a.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland. Your *ex parte* letter, as described in my letter of September 7, 2006 (Paper No. 185), should arrive in chambers no later than Monday, January 22, 2007.

    Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Benson E. Legg
    Court file
    Chambers file