

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410-347-7354

Offices In
Maryland
Washington, D.C.
Virginia

December 15, 2006

<u>VIA ELECTRONIC FILING</u>

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, Maryland   21201

Re:   In the Matter of the Complaint of Eternity Shipping Ltd., <u>et</u> <u>al</u>.
      for Exoneration from or Limitation of Liability
      Civil Action No.: L-01-CV-0250

Dear Judge Legg:

We have received Mr. Brunkenhoefer's letter of December 11, 2006, in which he seeks "clarification of the Court's intentions" with respect to whether Mrs. Gonzales should participate in the settlement conference with Judge Bredar scheduled for January 29, 2007.

Without going into any argument concerning the preclusive effect of the Court's ruling, we can say that it is the position of the Limitation Plaintiffs that it would not be appropriate for Mrs. Gonzales to participate in the settlement conference, as the Court has granted Summary Judgment on her claim in this case.

Should the Court desire to hear further from us on this matter, we will, of course, be pleased to respond accordingly.

Respectfully yours,

M. Hamilton Whitman, Jr.

MHWJr./bak

cc:   All Counsel (via electronic filing)