UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 21, 2006

MEMORANDUM TO COUNSEL RE:   In the Matter of the Complaint of Eternity Shipping, Ltd., *et al.*, for Exoneration from or Limitation of Liability
Civil #L-01-250

Dear Counsel:

    I have received Mr. Brunkenhoefer's letter seeking the Court's advice regarding whether his client, Josefina Gonzales, should participate in the settlement conference scheduled for January 29, 2007. I also have received Mr. Whitman's response.

    Magistrate Judge Bredar is handling the settlement conference. Accordingly, whether Ms. Gonzales should participate in the conference is a matter within Judge Bredar's discretion, and I have forwarded your letters to him.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file