UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 7, 2007

MEMORANDUM TO COUNSEL RE:   In the Matter of the Complaint of Eternity Shipping, Ltd., *et al.*, for Exoneration from or Limitation of Liability
Civil #L-01-250

Dear Counsel:

On January 29, 2007, the parties participated in a settlement conference before Magistrate Judge James K. Bredar. Judge Bredar has informed me that the claims of Louis Dreyfus Sugar Company, William Langeville, and Robert Canty settled. The claims of Tate & Lyle did not settle, however.

On or before February 13, 2007, counsel for Louis Dreyfus Sugar Company, William Langeville, Robert Canty, and Limitation Plaintiffs shall either (i) file joint motions to dismiss or (ii) state a proposed date for the filing of such motions.

At 4:00 p.m. on Thursday, February 15th, the Court will hold a telephone conference with counsel for Limitation Plaintiffs and counsel for Tate & Lyle to discuss the schedule for further proceedings in the case. Counsel for Limitation Plaintiffs are asked to initiate the call.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file