

**OBER | KALER**
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**M. Hamilton Whitman, Jr.**
mhwhitman@ober.com
410-347-7354

**Offices In**
Maryland
Washington, D.C.
Virginia

February 12, 2007

<u>VIA ELECTRONIC FILING</u>

The Honorable Benson Everett Legg
United States District Court
for the District of Maryland
Third Floor, Room 340
101 W. Lombard Street
Baltimore, Maryland 21201

  Re: In the Matter of the Complaint of Eternity Shipping Ltd., et al.
     for Exoneration from or Limitation of Liability
     Civil Action No.: L-01-CV-0250

Dear Judge Legg:

  This will respond to your Honor's Memorandum to Counsel of February 7, 2007.

  As your Honor has been advised by Judge Bredar, the Settlement Conference held on January 29, 2007 resulted in the settlement of three claims in the LEON I Limitation Proceeding but left unresolved the claim of Tate & Lyle North American Sugars, Inc. for crane repair costs and associated business expenses. The settled claims are those of Robert J. Cantey and William Langville (including the derivative claims by Tate & Lyle North American Sugars, Inc. arising out of the personal injuries to Messrs. Cantey and Langville) and of Louis Dreyfus Sugar Company.

  The settlements that were agreed to at the Settlement Conference are not dependent upon the resolution of any other claims in the case, and the Limitation Plaintiffs have agreed that the amounts paid in settlement of these three claims shall not be deemed to reduce the Limitation Fund.

  As this is a proceeding under the Limitation of Liability Act, in which parties who would customarily be Defendants are nominated Limitation Plaintiffs, and given the fact that not all claims are being settled, entry of the standard Local Rule 111 Settlement Order will not be appropriate. Nevertheless, the parties agree that it would be appropriate for the Court to enter an order dismissing the settled claims of Robert J. Cantey and



OBER | KALER
A Professional Corporation

The Honorable Benson E. Legg
February 12, 2007
Page 2

William Langville (and the derivative claims of Tate & Lyle North American Sugars, Inc.), and Louis Dreyfus Sugar Company.

Filed herewith for your Honor's consideration are an agreed Joint Motion and an agreed draft Settlement Order dismissing the settled claims. The Motion and Order have been reviewed and approved by counsel for the settling Claimants, including counsel for Tate & Lyle North American Sugars, Inc.

We appreciate your Honor's continued consideration in the handling of this case.

Respectfully yours,

M. Hamilton Whitman, Jr.

MHWJr:jh

cc:   All Counsel (via electronic filing)