IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * | CIVIL ACTION NO. L-01-CV-0250 |

\* \* \* \* \* \* \* \* \* \* \* \*

JOINT MOTION FOR ENTRY OF
SETTLEMENT ORDER REGARDING CERTAIN CLAIMS

Limitation Plaintiffs Eternity Shipping Ltd. and Eurocarriers, S.A. and Claimants Robert J. Cantey ("Cantey"), William Langville ("Langville"), Tate & Lyle North American Sugars, Inc. ("Tate & Lyle") and Louis Dreyfus Sugar Company ("Louis Dreyfus"), pursuant to the Court's Memorandum to Counsel dated February 7, 2007, move for entry of a Settlement Order dismissing certain claims brought by them, and state:

1. At the Settlement Conference held in this proceeding on January 27, 2007, Limitation Plaintiffs agreed to settle the claims arising out of personal injury to Cantey and Langville, including the derivative claims of Tate & Lyle, and agreed to settle the claim for property damage brought by Louis Dreyfus Sugar Company.

2. The parties have agreed to the entry of a Settlement Order in the form attached hereto.

WHEREFORE, the undersigned parties request that the Court enter the Settlement Order filed herewith.

Respectfully submitted,

_____
M. Hamilton Whitman, Jr., Trial Bar No.: 00373
Carla N. Murphy, Trial Bar No.: 26367
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120

Attorneys for Eternity Shipping, Ltd. and
Eurocarriers, S.A.

_____
James D. Skeen
Skeen & Kauffman
800 North Charles Street
Suite 400
Baltimore, Maryland 21201

_____
Jeffrey Asperger
Asperger Associates LLC
150 North Michigan Avenue, Suite 420
Chicago, IL 60601

Attorneys for Robert J. Cantey,
William Langville, and
Tate & Lyle North American Sugars, Inc.

2

_____
Bernard J. Sevel
Arnold, Sevel & Gay, P.A.
Suite 560
The B&O Building
2 North Charles Street
Baltimore, Maryland 21201

Attorneys for Robert J. Cantey
and William Langville

_____
Francis J. Gorman
Gorman & Williams
Two North Charles Street, Suite 750
Baltimore, Maryland 21201-3754

Attorneys for Louis Dreyfus Sugar Company

3