UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 13, 2007

MEMORANDUM TO COUNSEL RE:   In the Matter of the Complaint of Eternity Shipping, Ltd., *et al*., for Exoneration from or Limitation of Liability
Civil #L-01-250

Dear Counsel:

Because of a scheduling conflict, the Court moves the February 15th telephone conference to Friday, February 16th at 2:00 p.m. The purpose of the call is for the Court to discuss with counsel for Limitation Plaintiffs and counsel for Tate & Lyle the schedule for further proceedings in the case. Counsel for Limitation Plaintiffs are asked to initiate the call.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file