UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 20, 2007

MEMORANDUM TO COUNSEL RE:   In the Matter of the Complaint of Eternity Shipping, Ltd., *et al*., for Exoneration from or Limitation of Liability
Civil #L-01-250

Dear Counsel:

On February 16, 2007, the Court held a telephone conference to schedule a trial on Tate & Lyle's claims against Limitation Plaintiffs. The Court set the following schedule:

(i) Pretrial Order Due:    Friday, September 14, 2007

(ii) Pretrial Conference:    10:00 a.m. on Friday, October 5, 2007

(iii) Bench Trial:    Tuesday, November 13, 2007
Wednesday, November 14, 2007
Thursday, November 15, 2007
Friday, November 16, 2007

Monday, November 19, 2007
Tuesday, November 20, 2007
Wednesday, November 21, 2007

Monday, November 26, 2007
Tuesday, November 27, 2007
Wednesday, November 28, 2007
Thursday, November 29, 2007

Although the Court stated during the telephone conference that the trial would begin on Monday, November 12th, the Court has since realized that the courthouse will be closed that day in observance of Veterans' Day. Accordingly, the trial will begin on November 13th.

Because the damages portion of the trial will take only a few days, the Court will not bifurcate it from the liability and limitations portions and will try the entire case as a whole.

      Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                              Very truly yours,

                                                      /s/

                                          Benson Everett Legg

c:      Court file