IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * | CIVIL ACTION NO. L-01-CV-0250 |

\* \* \* \* \* \* \* \* \* \* \* \*

## SETTLEMENT ORDER REGARDING CERTAIN CLAIMS

The Court has been advised that the parties have agreed to settlement of the following claims filed in this Limitation Proceeding:

1. Claim of Robert J. Cantey (Paper No. 8);

2. Claim of Robert J. Cantey (in the Claim, denominated "Canty") and Tate & Lyle North American Sugars, Inc. (Paper No. 10);

3. Claim of William Langville (in the Claim, denominated "Langeville") and Tate & Lyle North American Sugars, Inc. (Paper No. 11);

4. Claim of Louis Dreyfus Sugar Company (Paper No. 15).

Accordingly, pursuant to Local Rule 111, it is this _19TH_ day of _February_, 2007, by the United States District Court for the District of Maryland,

ORDERED, that the Claims recited above are hereby dismissed, with each party to bear its own costs, the dismissals being without prejudice to the right of any Claimant to

move to reopen his or its Claim within 60 days of the date of this Order in the event that settlement is not consummated by that time; and it is further

ORDERED, that no claims other than the specific Claims recited above are dismissed pursuant to this Order; and it is further

ORDERED, that the Limitation Fund established in this case by the filing of the Limitation Plaintiffs' Ad Interim Stipulation for Value (Paper No. 1, Exhibit D) shall not be, and shall not be deemed to have been, diminished by the settlement of the Claims recited above; and it is further

ORDERED that the Clerk of the Court shall serve copies of this Order on counsel of record by electronic filing.

_____
Benson Everett Legg
Chief United States District Judge

2