

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * <br> * <br> * Case No: L-01-CV-250 <br> * |

*****

## MOTION FOR ADMISSION PRO HAC VICE

I, James D. Skeen, am a member in good standing of the bar of this Court. My bar number is 00010. I am moving the admission of Daile Grigaitis McCann to appear *pro hac vice* in this case as counsel for Tate & Lyle North American Sugars, Inc.

We certify that:

1.   The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State & U.S. Courts** | **Date of Admission** |
|---|---|
| Illinois Supreme Court | November, 1997 |
| United States District Court, Northern District of Illinois | December, 1997 |
| Seventh Circuit Court of Appeals | January, 1999 |
| Federal Trial Bar | June, 2001 |

3.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

Page 1 of 2



5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for the case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITEE |
|---|---|
| *(signature)* | *(signature)* |
| Signature | Signature |
| James D. Skeen | Daile Grigaitis McCann |
| Printed Name | Printed Name |
| Skeen & Kaufman, LLP | Asperger Associates LLC |
| Firm | Firm |
| 911 N. Charles Street<br>Baltimore, MD 21201 | 150 N. Michigan Avenue, Suite 420<br>Chicago, IL 60601 |
| Address | Address |
| (410) 625-2252 | (312) 856-9901 |
| Telephone Number | Telephone Number |
| (410) 625-2292 | (312) 856-9905 |
| Fax Number | Fax Number |

*********************************************************************

### ORDER

☑ GRANTED   ☐ DENIED

6-22-07
Date

Felicia C. Cannon
Clerk, United States District Court
by: *(signature)*