UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

August 29, 2007

MEMORANDUM TO COUNSEL

Re: In the Matter of the Complaint of Eternity Shipping, Ltd.
and Eurocarriers, S.A.,
Civil No. L-01-250

Dear Counsel:

Please be advised that the trial in the above case will not be held on November 14, 2007, as previously scheduled. All other dates remain in place.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c: Court File