IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | |
| ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. | * | CIVIL ACTION NO. |
| FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * | L-01-CV-0250 |

\* \* \* \* \* \* \* \* \* \* \* \*

### SETTLEMENT ORDER REGARDING CLAIMS OF TATE & LYLE NORTH AMERICAN SUGARS, INC.

The Court has been advised that the parties have agreed to settlement of the claims of Tate & Lyle North American Sugars, Inc. (Docket Nos. 12, 13 and 31).

Accordingly, pursuant to Local Rule 111, it is this ____ day of _____, 2007, by the United States District Court for the District of Maryland,

ORDERED, that the Claims recited above are hereby dismissed, with each party to bear its own costs, the dismissals being without prejudice to the right of the Claimant to move to reopen its Claims within thirty (30) days of the date of this Order in the event that settlement is not consummated by that time; and it is further

ORDERED, that no claims other than the specific Claims recited above are dismissed pursuant to this Order; and it is further

ORDERED, that the Clerk of the Court shall serve copies of this Order on counsel of record by electronic filing.

_____
Benson Everett Legg
Chief United States District Judge