IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | |
| ETERNITY SHIPPING, LTD. AND EUROCARRIERS, S.A. | * | CIVIL ACTION NO. |
| FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * | L-01-CV-0250 |

\* \* \* \* \* \* \* \* \* \* \* \*

### SETTLEMENT ORDER REGARDING CROSS-CLAIM OF THE AMERICAN BUREAU OF SHIPPING

The Court has been advised that the parties have agreed to settlement of the cross claim of The American Bureau of Shipping (Docket No. 37).

Accordingly, pursuant to Local Rule 111, it is this ____ day of _____, 2007, by the United States District Court for the District of Maryland,

ORDERED, that the Claim recited above is hereby dismissed, with each party to bear its own costs, the dismissal being without prejudice to the right of the Claimant to move to reopen its Claim within sixty (60) days of the date of this Order in the event that settlement is not consummated by that time; and it is further

ORDERED, that no claims other than the specific Claim recited above are dismissed pursuant to this Order; and it is further

ORDERED, that the Clerk of the Court shall serve copies of this Order on counsel of record by electronic filing.

_____
Benson Everett Legg
Chief United States District Judge