IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TATE & LYLE NORTH AMERICAN SUGARS, INC. | * | |
| | * | |
| Plaintiff | | CIVIL ACTION NO.: |
| | * | |
| v. | | |
| | * | L-00-CV-2348 |
| M/V LEON I, her engines, boilers, Tackle, appurtenances, etc., *in rem* | * | |
| and | * | |
| ETERNITY SHIPPING, LTD. Valletta, Malta | * | |
| | * | |
| and | * | |
| EUROCARRIERS, S.A. Athens, Greece | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SETTLEMENT ORDER

The Court has been advised that the parties have agreed to settlement in this case.

Accordingly, pursuant to Local Rule 111, it is this ____ day of _____, 2007, by the United States District Court for the District of Maryland,

ORDERED, that the Complaint in this case is hereby dismissed, with each party to bear its own costs, the dismissal being without prejudice to the right of the Plaintiff to move to reopen the case within thirty (30) days of the date of this Order in the event that settlement is not consummated by that time; and it is further

ORDERED, that the Clerk of the Court shall serve copies of this Order on counsel of record by electronic filing.

_____
Benson Everett Legg
Chief United States District Judge