IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In the Matter of the Complaint
of Eternity Shipping, Ltd. and
Eurocarriers, S.A. for Exoneration
from or Limitation of Liability

Civil No. L-01-250

\*\*\*\*\*\*\*\*\*\*\*\*\*

### FINAL JUDGMENT

In its Memorandum and Order dated August 3, 2006, the Court disposed of certain claims filed in this case. The Court did not direct the entry of final judgment as to those claims at that time.

On September 14, 2007, the parties informed the Court that Tate & Lyle North American Sugars, Inc. ("Tate & Lyle") has agreed to settlement with Eternity Shipping, Ltd. and Eurocarriers, S.A. (collectively, the "Limitation Plaintiffs"). Accordingly, entry of final judgment as to the claims previously adjudicated is now appropriate. For the reasons set forth in the August 3, 2006 Memorandum and Order, the Court hereby:

(i) DIRECTS the entry of final judgment for Defendant American Bureau of Shipping on the claims filed by Tate & Lyle and Josefina Gonzales;

(ii) DIRECTS the entry of final judgment for the Limitation Plaintiffs on the claims filed by Ms. Gonzales; and

(iii) DIRECTS the entry of final judgment for Tate & Lyle on the claims filed by Ms. Gonzales.

Dated this 5TH day of October, 2007.

                                                                                          _____
                                                                                          Benson Everett Legg
                                                                                          Chief Judge