IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF <br> THE COMPLAINT OF <br> ETERNITY SHIPPING, LTD. AND <br> EUROCARRIERS, S.A. <br> FOR EXONERATION FROM OR <br> LIMITATION OF LIABILITY | Civil Action No. L-01-0250 |

*************

SETTLEMENT ORDER REGARDING CLAIMS OF
TATE & LYLE NORTH AMERICAN SUGARS, INC.

The Court has been advised that the parties have agreed to settlement of the claims of Tate & Lyle North American Sugars, Inc. (Docket Nos. 12, 13 and 31).

Accordingly, pursuant to Local Rule 111, it is this 17th day of October, 2007, by the United States District Court for the District of Maryland,

ORDERED that the Claims recited above is hereby dismissed, with each party to bear its own costs, the dismissals being without prejudice to the right of the Claimant to move to reopen its Claim within thirty (30) days of the date of this Order in the event that settlement is not consummated by that time; and it is further

ORDERED that no claims other than the specific Claims recited above are dismissed pursuant to this Order; and it is further

ORDERED that the Clerk of the Court shall serve copies of this Order on counsel of record by electronic filing.

/s/
Benson Everett Legg
Chief Judge